M/D-2

FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254    RECEIVED

2005 AUG 15  A 9:35

Avery Griggs
_____
**Name**

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

221719
_____
**Prison Number**

_____

Easterling Correctional Facility
_____
**Place of Confinement**


United States District Court _____MIDDLE_____ District of __ALABAMA__

Case No. CA: 3:05cv782-A
(To be supplied by Clerk of U. S. District Court)


__AVERY GRIGGS_____, PETITIONER
(Full name) (Include name under which you were convicted)

__GWENDOLYN C. MOSLEY_____, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF ____ALABAMA_____
_____, ADDITIONAL RESPONDENT.

_____

    (if petitioner is attacking a judgment which imposed a sentence to be
served in the <u>future</u>, petitioner must fill in the name of the state where the
judgment was entered.  If petitioner has a sentence to be served in the <u>future</u>
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

.(1) This petition must be legibly handwritten or typewritten and signed by the
petitioner under penalty of perjury.  Any false statement of a material
fact may serve as the basis for prosecution and conviction for perjury.
All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83,
the 8-1/2 x 11 inch paper size standard for use throughout the federal
judiciary and directed the elimination of the use of legal size paper. All
pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper,
otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and two copies * must be mailed to the Clerk of the United States District Court whose address is
P. O. Box 711, Montgomery, Alabama 36101 .

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.          PETITION

1. Name and location of court which entered the judgment of conviction under attack    Russell County Circuit Court, Phenix City, Alabama

2. Date of judgment of conviction    December 3, 2001

3. Length of sentence    LIFE X 2          Sentencing Judge

4. Nature of offense or offenses for which you were convicted:
    Robbery 1st / Attempted murder

5. What was your plea?  (check one)
    (a) Not guilty  ( X )
    (b) Guilty      (   )
    (c) Nolo contendere   (   )
    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. Kind of trial: (Check one)
   (a) Jury (X)
   (b) Judge only ( )

7. Did you testify at the trial? Yes (X)  No ( )

8. Did you appeal from the judgment of conviction? Yes (X) No ( )

9. If you did appeal, answer the following:
   (a) Name of court____Alabama Court of Criminal Appeal s_____
   (b) Result ___Affirmed_____
   (c) Date of result ____February 21, 2003_____
   If you filed a second appeal or filed a petition for certiorari in the
   Supreme Court, give details:_____
   _____
   _____
   _____

10. Other than a direct appeal from the judgment of conviction and sentence, have
    you previously filed any petitions, applications, or motions with respect
    to this judgment in any court, state or federal? Yes (X) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court___Russell County Circuit Court_____
       (2) Nature of proceeding__Rule 32 Petition (Ala. Rules of
           Criminal Procedure_____
       (3) Grounds raised __WHETHER THE TRIAL COURT HAD JURISDICTION TO
    IMPOSE JUDGMENT AND SENTENCE UPON THE CRIME OF ATTEMPTED
    MURDER?_____
    _____
    _____

       (4) Did you receive an evidentiary hearing on your petition, application
           or motion? Yes ( ) No (X)
       (5) Result ___DENIED (COURT WOULD NOT GRANT FORMA PAUPERIS)_____
       (6) Date of result __March 15, 2005_____
    (b) As to any second petition, application or motion give the same infor-
        mation:
       (1) Name of court_____
       (2) Nature of proceeding_____
       _____
       (3) Grounds raised_____
       _____
       _____
       _____
       _____
       (4) Did you receive an evidentiary hearing on your petition, application
           or motion? Yes ( ) No ( )
       (5) Result_____
       (6) Date of result_____

(c) As to any third petition, application or motion, give the same infor-
mation:
(1) Name of court _____
(2) Nature of proceeding _____

(3) Grounds raised _____
_____
_____
_____
_____
_____
_____

(4) Did you receive an evidentiary hearing on your petition, application
or motion? Yes ( ) No ( )
(5) Result _____
(6) Date of result _____
(d) Did you appeal to the highest state court having jurisdiction the result
of any action taken on any petition, application or motion:
(1) First petition, etc.          Yes (X) No ( )
(2) Second petition, etc.         Yes ( ) No ( )
(3) Third petition, etc.          Yes ( ) No ( )
(e) If you did not appeal from the adverse action on any petition, applica-
tion or motion, explain briefly why you did not: _____
_____
_____
_____
_____
_____

12.  State concisely every ground on which you claim that you are being held
unlawfully.  Summarize briefly the facts supporting each ground.

CAUTION:  In order to proceed in the federal court, you must ordinarily first
exhaust your state court remedies as to each ground on which you
request action by the federal court.  As to all grounds on which you
have previously exhausted state court remedies, you should set them
forth in this petition if you wish to seek federal relief.  If you
fail to set forth all such grounds in this petition, you may be
barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised
grounds for relief in habeas corpus proceedings.  Each statement preceded by
a letter constitutes a separate ground for possible relief.  You may raise
any grounds which you may have other than those listed if you have exhausted
all your state court remedies with respect to them.  However, you should
raise in this petition all available grounds (relating to this conviction)
on which you base your allegations that you are being held in custody unlaw-
fully.

If you select one or more of these grounds for relief, you must allege
facts in support of the ground or grounds which you choose.  Do not check
any of the grounds listed below.  The petition will be returned to you
if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prose-cution to disclose to the defendant evidence favorable to the defen-dant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A.  Ground one: The Petitioner's right to access to the Courts was violated by the court's failure to grant forma pauperis.
Supporting FACTS (tell your story briefly without citing cases or law): Petitioner filed a state post conviction remedy Rule 32 petition, attacking judgment of the conviction demonstrating the issue herein. Petitioner demonstrated his inability to pay the court cost, yet, the trial court denied forma pauperis.

B.  Ground two: The trial court violated due process by sentencing the Petitioner for murder and robbery, thus violated double jeopary.
Supporting FACTS (tell your story briefly without citing cases or law): The petitioner was charged with a single offense of robbery in the first degree, and attempted murder arising from the same avert act. The trial court committed a violation of double jeopardy for sentencing the petitioner to both offenses.

C. Ground three: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____

_____
_____
_____
_____
_____
_____
_____
_____

D. Ground four: _____

Supporting FACTS (tell your story briefly without citing cases of law): _____

_____
_____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

_____
_____
_____
_____
_____
_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( ) No (X)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
   (a) At preliminary hearing _____ N/A _____

(c) At trial_____

(d) At sentencing_____

(e) On appeal _____

(f) In any post-conviction proceeding_____

(g) On appeal from any adverse ruling in a post-conviction proceeding:_____
_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( XX )  No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )  No (XX)
(a) If so, give name and location of court which imposed sentence to be served in the future:_____

(b) And give date and length of sentence to be served in the future:_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )  No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

N/A
_____
Signature of Attorney (if any)

I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on ___11 Aug 05_____
(date)

_____
Signature of Petitioner