■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sharon Black_
☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery
8/8/05

1. Article Addressed to:

Warden Gwendolyn Mosley
c/o Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

05cv782 pct

7004 2510 0001 0150 5801

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540