IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AVERY GRIGGS, #221719, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05-CV-782-A |
| | ) |
| GWENDOLYN C. MOSLEY, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for enlargement of time filed by the respondents on September 6, 2005 (Court Doc. No. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from September 6, 2005 to and including September 27, 2005 to file their answer to the petition for habeas corpus relief.

Done this 9th day of September, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE