*Vol 1*

COURT OF CRIMINAL APPEALS NO. CR-01-1189

# APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

FROM

CIRCUIT COURT OF ___RUSSELL___ COUNTY, ALABAMA

CIRCUIT COURT NO. CC01-252 & 253

CIRCUIT JUDGE HON. GEORGE R. GREENE

Type of Conviction / Order Appealed From: ROBBERY 1ST & ATTEMPTED MURDER

Sentence Imposed: LIFE CONSECUTIVE W/CC 01-253, $250. VCF EA CASE,

Defendant Indigent: ☒ YES ☐ NO    ATTY FEES, COSTS, RESTITUTION.

AVERY L. GRIGGS
_____
NAME OF APPELLANT

HON. NEAL KIRKLAND POPE   334-298-7062
(Appellant's Attorney)          (Telephone No.)
1110 BROAD STREET
(Address)
PHENIX CITY, AL 36867
(City)        (State)        (Zip Code)

V.

STATE OF ALABAMA
_____
NAME OF APPELLEE

(State represented by Attorney General)

NOTE: If municipal appeal, indicate above, and enter name and address of municipal attorney below.

_____
_____

(For Court of Criminal Appeals Use Only)

EXHIBIT
A

INDEX TO TRANSCRIPT

|  | PAGE |
|---|---|
| Case Action Summary | 1 |
| Indictment | 5 |
| Writ of Arrest | 7 |
| Motion for Discovery | 8 |
| Order granting Motion for Discovery. | 9 |
| Order | 10 |
| Motion for Consolidation of Offenses | 11 |
| Motion for Exclusion of Involuntary Admissions and Confession.  Order setting hearing. | 13 |
| Request of Defendant for Production by State | 16 |
| Motion for Discovery | 18 |
| Demand for List of Witnesses and Order granting same. | 20 |
| Demand for Production of Defendant's Statements and Scientific Reports and Order granting same. | 21 |
| Order granting State's Motion for Discovery | 22 |
| Order granting Motion for Witness List | 23 |
| Order granting Motion for Discovery | 24 |
| Motion to Withdraw | 25 |
| Order granting request to withdraw of Hon. Jose Guzman. | 27 |
| Order granting Motion for Consolidation of Offenses. | 28 |
| Order setting hearing. | 29 |
| Arrest Report | 30 |
| Alias Warrant, | 31 |
| Arraignment Order | 32 |

|                                                                      | PAGE |
|----------------------------------------------------------------------|------|
| Arraignment Order                                                    | 33   |
| Memo to Sheriff                                                      | 34   |
| Affidavit of Substantial Hardship and Order                         | 35   |
| Plea of Not Guilty and Waiver of Arraignment                        | 37   |
| Entry of Appearance of Hon. N. Kirkland Pope                        | 38   |
| Motion for Approval of Expenses Pursuant to May v. State            | 40   |
| Defendant's Motion for Discovery                                    | 42   |
| Order on Motion for Discovery                                       | 47   |
| Order on Motion for Approval of Expenses                            | 48   |
| Motion for Exclusion of Involuntary and Unconstitutional Admissions and Confessions | 49   |
| Order granting Motion to Consolidate and setting on Motion to Suppress | 56   |
| Order granting Motion to Suppress                                   | 57   |
| Jury Venire                                                          | 58   |
| Strike List                                                         | 58   |
| State's Witness List                                                | 69   |
| Defendant's Witness List                                            | 71   |
| Jury Instructions                                                   | 72   |
| Jury Verdict                                                        | 76   |
| Verdict                                                             | 77   |
| Letter from Defendant's Supporters                                  | 78   |
| Sentencing Order                                                    | 85   |
| Extension of Probation Or Parole Date Notice for Failure to Pay Court Cost Ordered Monies | 87   |
| Letters from Defendant                                              | 88   |
| Conviction Report                                                   | 94   |

|                                                                                          | PAGE |
|------------------------------------------------------------------------------------------|------|
| Notice of Appeal to the Court of Criminal Appeals of Alabama                              | 95   |
| Docketing Statement                                                                      | 97   |
| Reporter's Transcript Order                                                               | 99   |
| Notice of Appeal to the Alabama Court of Criminal Appeals by the Trial Court Clerk        | 100  |
| Reporter's Requests for Extension and Orders                                              | 101  |
| Case Action Summary CC 01-253                                                             | 107  |
| Indictment                                                                                | 111  |
| Writ of Arrest                                                                            | 113  |
| Motion for Discovery                                                                      | 114  |
| Notices                                                                                   | 115  |
| Order on Motion for Discovery                                                             | 116  |
| Order                                                                                     | 117  |
| Arraignment                                                                               | 118  |
| Motion for Consolidation of Offenses                                                      | 119  |
| Demand for Production of Defendant's Statements and Scientific Reports and Order          | 121  |
| Demand for Witness List and Order                                                         | 122  |
| Order on Discovery                                                                        | 123  |
| Order on Production                                                                       | 124  |
| Order on Motion for Witnesses                                                             | 125  |
| Order granting request to withdraw of Hon. Jose Guzman                                    | 126  |
| Order granting Motion for Consolidate Offenses                                            | 127  |
| Order setting hearing                                                                     | 128  |
| Executed Warrant                                                                          | 129  |
| Arrest Report                                                                             | 130  |

|  | PAGE |
|---|---|
| Affidavit of Substantial Hardship and Order | 131 |
| Memo to Sheriff | 133 |
| Plea of Not Guilty and Waiver of Arraignment | 134 |
| Arraignment Order | 135 |
| Order on Discovery Request | 136 |
| Order on Motion for Expenses | 137 |
| Order granting Motion to Consolidate and setting hearing on Motion to Suppress | 138 |
| Order on Motion to Suppress | 139 |
| Strike List | 140 |
| State Witness List | 141 |
| Defendant's Witness List | 143 |
| Jury Instructions | 144 |
| Jury Verdict | 148 |
| Verdict | 149 |
| Sentencing Order | 150 |
| Extension of Probation or Parole Date Notice | 152 |
| Conviction Report | 153 |
| Notice of Appeal to the Court of Criminal Appeals | 154 |
| Docketing Statement | 156 |
| Reporter's Transcript Order | 158 |
| Notice of Appeal to the Alabama Court of Criminal Appeals by the Trial Court Clerk | 159 |
| Reporter's Requests for Extension and Orders | 160 |
| Reporter's Index to Exhibits | 166 |
| State's Exhibit No. 1 | 167 |
| State's Exhibit No. 2 | 168 |

                                                              PAGE

State's Exhibit No. 3                                          169

State's Exhibit No. 4                                          170

State's Exhibit No. 5                                          171

State's Exhibit No. 6                                          172

State's Exhibit No. 7                                          173

State's Exhibit No. 8                                          174

State's Exhibit No. 9                                          175

State's Exhibit No. 11                                         176

State's Exhibit No. 12                                         177

State's Exhibit No. 13                                         178

State's Exhibit No. 14                                         179

State's Exhibit No. 15                                         180

State's Exhibit No. 16                                         181

State's Exhibit No. 17                                         182

State's Exhibit No. 18                                         184

Defendant's Exhibit No. 1                                      186

Defendant's Exhibit No. 2                                      187

Defendant's Exhibit No. 3                                      188

Defendant's Exhibit No. 4                                      189

Defendant's Exhibit No. 5                                      190

Defendant's Exhibit No. 6                                      191

Defendant's Exhibit No. 7                                      192

Certificate of Completion and Transmittal of Record
on Appeal by Trial Court Clerk                                193

Reporter's Transcript Order                                     1

Index to Reporter's Transcript                                  2

Caption (December 3, 2001)                                      3

|                                               | PAGE |
|-----------------------------------------------|------|
| Court's Introduction of Case to Jury          | 4    |
| Batson Motion                                 | 7    |
| Court's Opening Instructions to Jury          | 7    |
| Opening Statement by Mr. Davis                | 14   |
| Opening Statement by Mr. Pope                 | 20   |
| Testimony of Demetrius Jackson                | 22   |
| Testimony of Jessie McKinnon                  | 63   |
| Testimony of Bryant Harris                    | 70   |
| Testimony of Randy Lavoie                     | 83   |
| Testimony of Greg Ballard                     | 92   |
| Testimony of Michael Vargo                    | 98   |
| Motion                                        | 136  |
| Testimony of Morris Griggs                    | 137  |
| Objections to Closing Arguments               | 138  |
| Jury Charge                                   | 139  |
| Verdict                                       | 156  |
| Sentencing                                    | 160  |
| Reporter's Certificate                        | 164  |

**000001**

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000252.00
OPER: SHG                    CASE ACTION SUMMARY
PAGE:   1                   CIRCUIT   CRIMINAL              RUN DATE: 07/26/2002
===============================================================================
IN THE CIRCUIT COURT OF  RUSSELL                              JUDGE: GRG

STATE  OF  ALABAMA              VS      GRIGGS AVERY L
                                       21 OAK STREET
CASE: CC 2001 000252.00
                                       FT MITCHELL, AL  36856 0000

DOB: 05/17/1977         SEX: M  RACE: B  HT: 6 00  WT: 170  HR: BLK EYES: BRO
SSN: 420271226  ALIAS NAMES:
===============================================================================
CHARGE01: ROBBERY 1ST          CODE01: ROB1  LIT: ROBBERY 1ST    TYP: F #: 001
OFFENSE DATE: 08/26/2000           AGENCY/OFFICER: 0570100 00PL226

DATE WAR/CAP ISS: 04/09/2001       DATE ARRESTED: 10/20/2000
DATE   INDICTED: 03/16/2001        DATE    FILED: 03/22/2001
DATE   RELEASED:                   DATE  HEARING:
     BOND AMOUNT:    $100,000.00      SURETIES:

DATE 1: 02/21/2002  DESC: SENT        TIME: 0200 P
DATE 2: 11/26/2001  DESC: JTRL        TIME: 0900 A

TRACKING NOS: DC 2000 002562 00  /  GJ 2001 200067 00  /

    DEF/ATY: POPE NEAL KIRKLAND        TYPE: A                    TYPE:
             1110 BROAD STREET

             PHENIX CITY    AL 36867                      00000

    PROSECUTOR: DAVIS KENNETH E


===============================================================================
OTH CSE: DC200000256200 CHK/TICKET NO: WA-00-3061     GRAND JURY: 67
COURT REPORTER: _____ SID NO:    000000000
DEF STATUS: JAIL           DEMAND:                    OPER: JOS
===============================================================================
  TRANS DATE    ACTIONS, JUDGEMENTS, AND NOTES                    OPE
===============================================================================
| 03/22/2001 | ATTORNEY FOR DEFENDANT: GUZMAN JOSE ENRIQUE (AR01)    JOS |
|------------|------------------------------------------------------------|
| 03/22/2001 | SET FOR:  ARRAIGNMENT ON 04/24/2001 AT 0900A(AR01)    JOS |
|------------|------------------------------------------------------------|
| 03/29/2001 | MOTION FOR DISCOVERY BY STATE                         JOS |
|------------|------------------------------------------------------------|
| 04/02/2001 | NOTICE SENT: 04/02/2001 GUZMAN JOSE ENRIQUE           JOS |
|------------|------------------------------------------------------------|
| 04/06/2001 | ORDER ON MOTION FOR DISCOVERY BY STATE                JOS |
|------------|------------------------------------------------------------|
| 04/09/2001 | ALIAS WARRANT ISSUED: 04/09/2001          (AR08)      JOS |
|------------|------------------------------------------------------------|
| 04/10/2001 | ORDER TO ISSUE ALIAS WRIT UPON DEFENDANT BEING        JOS |
|------------|------------------------------------------------------------|
| 04/10/2001 |    RELEASED IN ERROR ON CC-2001-156 & 157. BOND       JOS |
|------------|------------------------------------------------------------|
| 04/10/2001 |    SHALL REMAIN THE SAME, COST OF WRIT WAIVED.        JOS |
|------------|------------------------------------------------------------|
| 04/13/2001 | TRANSMITTAL NOTICE     SENT TO DEFENSE ATTO(AR09)     JOS |
|------------|------------------------------------------------------------|
| 04/18/2001 | DISTRICT ATTORNEY'S FEES ($184.50)                    JOS |
|------------|------------------------------------------------------------|
| 04/24/2001 | UPON THE DEFENDANT'S FAILURE TO APPEAR IN COURT,      JOS |
|------------|------------------------------------------------------------|
| 04/24/2001 |    PRELIMINARY FORFEITURE AND ALIAS WRIT ORDERED      JOS |
|------------|------------------------------------------------------------|
| 04/26/2001 | MOTION FOR CONSOLIDATION OF OFFENSES                  JOS |
|------------|------------------------------------------------------------|
| 05/02/2001 | DEMAND FOR PRODUCTION OF DEFENDANT'S STATEMENTS       JOS |
|------------|------------------------------------------------------------|
| 05/02/2001 |    AND SCIENTIFIC REPORTS                             JOS |
|------------|------------------------------------------------------------|
| 05/02/2001 | DEMAND FOR LIST OF WITNESSES                          JOS |
|------------|------------------------------------------------------------|
```

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000252.00
OPER: SHG                    CASE ACTION SUMMARY
PAGE:   2                    CIRCUIT  CRIMINAL              RUN DATE: 07/26/2002
================================================================================
IN THE CIRCUIT COURT OF  RUSSELL
                                                                     JUDGE: GRG
STATE  OF  ALABAMA                 VS       GRIGGS AVERY L
                                            21 OAK STREET
CASE: CC 2001 000252.00
                                            FT MITCHELL, AL  36856 0000

DOB: 05/17/1977        SEX: M  RACE: B  HT: 6 00  WT: 170   HR: BLK EYES: BRO
SSN: 420271226  ALIAS NAMES:
================================================================================
   TRANS DATE     ACTIONS, JUDGEMENTS, AND NOTES
                                                                     OPE
================================================================================
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 05/02/2001 | REQUEST OF DEFENDANT FOR PRODUCTION BY STATE | JOS |
| 05/02/2001 | MOTION FOR DISCOVERY | JOS |
| 05/02/2001 | MOTION FOR EXCLUSION OF INVOLUNTARY ADMISSTIONS | JOS |
| 05/02/2001 | AND CONFESSIONS | JOS |
| 05/09/2001 | ORDER ON MOTION FOR PRODUCTION | JOS |
| 05/09/2001 | TRANSMITTAL NOTICE      SENT TO DEFENSE ATTO(AR09) | JOS |
| 05/16/2001 | ORDER ON DEMAND FOR DOCUMENTS | JOS |
| 05/16/2001 | ORDER FOR THE STATE TO PRESENT TO ATTORNEY FOR | JOS |
| 05/16/2001 | DEFENDANT A LIST OF WITNESSES EXPECTED TO BE | JOS |
| 05/16/2001 | CALLED AT TRIAL | JOS |
| 05/18/2001 | TRANSMITTAL NOTICE      SENT TO DEFENSE ATTO(AR09) | JOS |
| 06/18/2001 | MOTION TO WITHDRAW | JOS |
| 06/29/2001 | MOTION TO WITHDRAW GRANTED | JOS |
| 07/10/2001 | ORDER SETTING MOTION FOR EXCLUSTION OF INVOLUNTARY | JOS |
| 07/10/2001 | ADMISSIONS AND CONFESSIONS FOR AUGUST 2, 2001, | JOS |
| 07/10/2001 | 4:00 P.M. | JOS |
| 07/10/2001 | ORDER SETTING HEARING ON MOTION FOR CONSOLIDATION | JOS |
| 07/10/2001 | FOR AUGUST 2, 2001, AT 4:00 P.M. | JOS |
| 09/26/2001 | ALIAS WRIT EXECUTED BY PLACING DEFENDANT IN JAIL | JOS |
| 10/01/2001 | SET FOR: FTA-ARRG 4/24 ON 10/02/2001 AT 1000A | JOS |
| 10/02/2001 | ***ARRAIGNMENT ORDER*** | JOS |
| 10/02/2001 | ORDER APPOINTING THE HON. KIRK POPE, DEFENDANT | JOS |
| 10/02/2001 | WAIVES READING OF INDICTMENT AND ENTERS A PLEA | JOS |
| 10/02/2001 | OF NOT GUILTY, BOND SET AT $100,000.00. CASE | JOS |
| 10/02/2001 | SET ON THE NOVEMBER 26, 2001, TRIAL DOCKET. | JOS |
| 10/02/2001 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | JOS |
| 10/03/2001 | SET FOR: JURY TRIAL ON 11/26/2001 AT 0900A   (AR10) | JOS |
| 10/05/2001 | ENTRY OF APPEARANCE | JOS |
| 10/05/2001 | MOTION FOR APPROVAL OF EXPENSES | JOS |
| 10/05/2001 | MOTION FOR DISCOVERY | JOS |
| 10/11/2001 | ORDER ON MOTION FOR DISCOVERY | JOS |

```
ACRO370                ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000252.00
OPER: SHG                      CASE ACTION SUMMARY
PAGE:    3                      CIRCUIT  CRIMINAL              RUN DATE: 07/26/2002
==============================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                  JUDGE: GRG

STATE  OF  ALABAMA              VS      GRIGGS AVERY L
                                        21 OAK STREET
CASE: CC 2001 000252.00
                                        FT MITCHELL, AL  36856 0000

DOB: 05/17/1977        SEX: M  RACE: B  HT: 6 00  WT: 170    HR: BLK EYES: BRO
SSN: 420271226  ALIAS NAMES:
==============================================================================
```

| Date | Action | |
|---|---|---|
| 10/11/2001 | MOTION FOR APPROVAL OF EXPENSES GRANTED | JOS |
| 10/23/2001 | WITNESS SUBPOENA ISSUED | JOS |
| 10/24/2001 | MOTION FOR EXCLUSION OF INVOLUNTARY AND UNCONSTI- | JOS |
| 10/24/2001 | TUTIONAL ADMISSIONS AND CONFESSIONS | JOS |
| 10/31/2001 | WRITTEN PLEA OF NOT GUILTY AND WAIVER OF | JOS |
| 10/31/2001 | ARRAIGNMENT | JOS |
| 11/16/2001 | (11/13/01) ORDER GRANTING MOTION TO CONSOLIDATE, | JOS |
| 11/16/2001 | HEARING ON MOTION TO SUPPRESS SET FOR NOVEMBER | JOS |
| 11/16/2001 | 19, 2001, AT 2:00 P.M. | JOS |
| 11/19/2001 | PARTY ADDED  W011  MIKE AFFLECK          (AW21) | JOS |
| 11/19/2001 | PARTY ADDED  W012  JESSIE MCKINNON        (AW21) | JOS |
| 11/19/2001 | WITNESS SUBPOENA ISSUED | JOS |
| 11/19/2001 | WITNESS SUBPOENA ISSUED | JOS |
| 11/21/2001 | (11/19/01) MOTION TO SUPPRESS GRANTED | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #1 | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #3 | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #5 | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #6 | JOS |
| 12/03/2001 | ***GUILTY VERDICT*** | JOS |
| 12/03/2001 | "WE THE JURY, FIND THE DEFENDANT, AVERY GRIGGS, | JOS |
| 12/03/2001 | GUILTY OF THE OFFENSE OF ROBBERY 1ST DEGREE, AS | JOS |
| 12/03/2001 | CHARGED IN THE INDICTMENT | JOS |
| 12/03/2001 | ***VERDICT*** | JOS |
| 12/03/2001 | JURY VERDICT OF GUILTY OF THE OFFENSE OF ROBBERY | JOS |
| 12/03/2001 | 1ST DEGREE AS CHARGED IN THE INDICTMENT.  THE | JOS |
| 12/03/2001 | DEFENDANT IS REMANDED TO THE CUSTODY OF THE | JOS |
| 12/03/2001 | SHERIFF OF RUSSELL COUNTY.  SENTENCING SET FOR | JOS |
| 12/03/2001 | JANUARY 7, 2002, AT 10:00 A.M.  DEFENDANT SHALL | JOS |
| 12/03/2001 | REMAIN IN JAIL UNDER NO BOND. | JOS |
| 12/05/2001 | CONVICTION REPORT TO BOARD OF REGISTRARS | JOS |
| 01/09/2002 | (1/7/02) ORDER CONTINUING SENTENING TO FEBRUARY 21 | JOS |
| 01/09/2002 | 2002, AT 2:00 P.M. | JOS |

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM   CASE: CC 2001 000252.00
OPER: SHG                    CASE ACTION SUMMARY
PAGE:   4                    CIRCUIT   CRIMINAL              RUN DATE: 07/26/2002
=================================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                       JUDGE: GRG

STATE  OF  ALABAMA                VS    GRIGGS AVERY L
                                        21 OAK STREET
CASE: CC 2001 000252.00
                                        FT MITCHELL, AL  36856 0000

DOB: 05/17/1977        SEX: M  RACE: B  HT: 6 00  WT: 170   HR: BLK EYES: BRO
SSN: 420271226  ALIAS NAMES:
=================================================================================
```

| Date | Action | Op |
|------|--------|-----|
| 02/21/2002 | ***SENTENCING ORDER*** | JOS |
| 02/21/2002 | ORDER SENTENCING DEFENDANT TO LIFE IN THE CUSTODY | JOS |
| 02/21/2002 | OF THE DEPT. OF CORRECTIONS, CREDIT FOR TIME | JOS |
| 02/21/2002 | SERVED, TO RUN CONSECUTIVE TO CC-2001-253, | JOS |
| 02/21/2002 | COSTS, $250.00 VCF, ATTORNEY'S FEES AND REST- | JOS |
| 02/21/2002 | ITUTION.  THE PAYMENT OF MONIES SHALL BE A | JOS |
| 02/21/2002 | CONDITION OF PAROLE, EARLY RELEASE, SIR OR | JOS |
| 02/21/2002 | WORK RELEASE. | JOS |
| 02/22/2002 | TRANSCRIPT OF RECORD ISSUED: 02/22/2002        (AR08) | JOS |
| 02/22/2002 | CASE ACTION SUMMARY PRINTED                    (AR08) | JOS |
| 03/06/2002 | NOTICE OF APPEAL | SHG |
| 03/06/2002 | DOCKETING STATEMENT | SHG |
| 03/06/2002 | REPORTER'S TRANSCRIPT ORDER | SHG |
| 03/07/2002 | APPEAL DATE CHANGED FROM: 00/00/0000           (AR11) | SHG |
| 03/07/2002 | INDTRL TYPE CHANGED FROM:                      (AR11) | SHG |
| 03/07/2002 | IRA TYPE CHANGED FROM:                         (AR11) | SHG |
| 03/07/2002 | PROSECUTOR CHANGED FROM:                       (AR11) | SHG |
| 03/07/2002 | ATTY 1 CHANGED FROM:                           (AR11) | SHG |
| 03/07/2002 | ATTY 1 TYPE CHANGED FROM:                      (AR11) | SHG |
| 03/07/2002 | APPEAL TYPE CHANGED FROM:                      (AR11) | SHG |
| 03/07/2002 | ATYW TYPE CHANGED FROM:                        (AR11) | SHG |
| 03/07/2002 | COURT REPORTER 1 CHANGED FROM:                 (AR11) | SHG |
| 03/13/2002 | ATTORNEY'S FEE DECLARATION ($2,677.80) | JOS |
| 03/13/2002 | CASE ACTION SUMMARY PRINTED                    (AR08) | JOS |
| 07/24/2002 | CERTIFICATE OF COMPLETION AND TRANSMITTAL OF | SHG |
| 07/24/2002 | RECORD ON APPEAL BY THE TRIAL COURT CLERK | SHG |
| 07/26/2002 | CASE ACTION SUMMARY PRINTED                    (AR08) | SHG |

Agency No. 00PL22680    DC No. 00-2562    CC No. _____    G. J. No. 067S01

A TRUE BILL, presented to the judge Presiding in open Court by the Foreperson of this Grand Jury, and filed in open court this 16th day of March, 2001.

_____
Grand Jury Foreman

*Kathy Coulter*

Clerk of the Circuit Court
of Russell County
Twenty-Sixth Judicial Circuit

_____

# INDICTMENT

### THE STATE OF ALABAMA
*vs.*
*AVERY GRIGGS*
*SID:*

*alias*
*None Reported*

**CHARGES:**
1. ROBBERY 1ST DEGREE

**SECTION**

Bail fixed at $ 100,000 this 16 day of March, 2001.

_____
**Judge Presiding**

_____

**THE STATE OF ALABAMA**
**RUSSELL COUNTY**

01S1

**CIRCUIT COURT**
2001

Prosecutor: KENNETH DAVIS

**KENNETH DAVIS**
**DISTRICT ATTORNEY**
**TWENTY-SIXTH JUDICIAL**

Agency No. 00PL22680                    DC # 00-2562                    G. J. No.067S01

THE STATE OF ALABAMA, RUSSELL COUNTY

CIRCUIT COURT - TWENTY-SIXTH JUDICAL CIRCUIT

COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, AVERY GRIGGS, whose name is otherwise unknown to the Grand Jury than as stated, did, in the course of committing a theft of a Lincoln Navigator automobile, the property of DEMETRIUS JACKSON, use force or threaten the imminent use of force against the person of DEMETRIUS JACKSON, with the intent to overcome his physical resistance or physical power of resistance or to compel acquiescence to the taking of or escaping with the property, while the said AVERY GRIGGS, was armed with a deadly weapon or dangerous instrument, to-wit: a firearm, in violation of Section 13A-8-41 of the Code of Alabama, 1975, against the peace and dignity of the State of Alabama.

KENNETH DAVIS
District Attorney
Twenty-Sixth Judicial Circuit

WITNESSES:
OFFICER GREG BALLARD, COLUMBUS POLICE DEPARTMENT, COLUMBUS, GA  31901
OFFICER SONNY BANZACA, PCPD, PHENIX CITY, AL  36868
DANIEL BROWN, 130 POORHOUSE ROAD, SEALE, AL  36875
LT. ROBERT CASTEEL, PCPD, PHENIX CITY, AL  36867
SGT. PATRICK DAUGHTRY, PCPD, PHENIX CITY, AL  36867
BRYANT HARRIS, 1300 5TH AVENUE, COLUMBUS, GA  31901
LT FRANK IVEY, PCPD, PHENIX CITY, AL  36867
DEMETRIUS JACKSON, 3755 OAK DRIVE, COLUMBUS, GA  31907

STATE OF ALABAMA       RUSSELL COUNTY       CIRCUIT COURT

AGENCY NUMBER:       WARRANT NUMBER: GJ 2001 200067.00
OTHER CASE NBR:      CC-01-252

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    AVERY GRIGGS    AND BRING
HIM/HER BEFORE THE CIRCUIT   COURT OF RUSSELL COUNTY TO ANSWER THE STATE
OF ALABAMA ON A CHARGE(S) OF:
     ROBBERY 1ST    CLASS: A   TYPE: F   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.
DATED THIS 19 DAY OF MARCH, 2001.

BOND SET AT: (1)    $100,000.00   BOND TYPE:
         (2) _____
         (3) _____

KATHY COULTER
CLERK OF CIRCUIT COURT

---

CHARGES: ROBBERY 1ST      13A-008-041      F FELONY

---

NAME: AVERY GRIGGS       ALIAS:
ADDRESS: R.C. JAIL       ALIAS:
ADDRESS:
CITY: PHENIX CITY     STATE: AL     ZIP: 36867 0000
                                     PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 05/17/1977    RACE:      SEX:      HAIR:
EYE:      HEIGHT: 0'00"   WEIGHT: 000
SID: 000000000   SSN:

---

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( )   PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL

( )   RELEASING DEFENDANT ON APPEARANCE BOND

THIS _____21_____ DAY OF _March 2001_ ____

_Dave Callahan_
SHERIFF

_5735_
BY

---

OPERATOR: JOS     DATE: 03/19/2001

STATE OF ALABAMA      *      IN THE CIRCUIT COURT OF

       VS.             *      RUSSELL COUNTY, ALABAMA

AVERY GRIGGS         *      CASE NO. CC-01-252 & 01-253

## MOTION FOR DISCOVERY

     Comes now the State of Alabama by and through its District Attorney, Kenneth Davis and moves the Court pursuant to Rule 16.2 of the Alabama Rules of Criminal Procedure to issue an order directed to Hon. Jose Guzman, Counsel for Defendant, to-wit:

     1. To permit the State to analyze, inspect, and copy or photograph books, papers, documents, photographs, audio tapes, video tapes, tangible objects, buildings or places, or portions of any of these things, which are within the possession custody, or control of the Defendant and which the Defendant intends to introduce in evidence at the trial.

     2. To permit the State to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with this particular case, which are within the possession or control of the Defendant and which he intends to introduce in evidence at the trial or which were prepared by a witness whom the Defendant intends to call at the trial, if the results or reports relate to the witness's testimony.

     3. To produce and permit the State to inspect and copy the names and addresses of qualified mental health professionals who have personally examined the Defendant or any evidence in this case, as well as the results of or reports of mental examinations, scientific tests, experiments or comparisons and statements made by such professionals.

KENNETH DAVIS
DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing Motion for Discovery upon the Hon. Jose Guzman, Counsel for the Defendant, by placing the same in a receptacle reserved in his/her name in the Office of the Clerk of the Circuit Court of Russell County, Alabama. This the 29th day of March, 2001.

KENNETH DAVIS
DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT

4/2/2001 — Motion granted

STATE OF ALABAMA,                )   IN THE CIRCUIT COURT OF

    PLAINTIFF,               )   RUSSELL COUNTY, ALABAMA

ɜ.                               )   CASE NO. CC 01-252,253

AVERY GRIGGS                     )

    DEFENDANT.               )

## O R D E R

The State of Alabama, by and through its District Attorney, has filed a motion for discovery in the above case.  Upon consideration of the motion, it is **ORDERED** by the Court that the Defendant  shall:

1.  Permit the District Attorney to analyze, inspect, and copy or photograph books, papers, documents, photographs, tangible objects, buildings or places, or portions of any of these things, which are within the possession, custody or control of the defendant and which the defendant intends to introduce in evidence at the trial.

2.  Permit the District Attorney to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with the particular case, which are within the possession or control of the defendant and which the defendant intends to introduce in evidence at the trial or which were prepared by a witness whom the defendant intends to call at trial, if the results or reports relate to the witness's testimony.

**DONE** this 6th day of April, 2001.

_George Greene_

George R. Greene, Circuit Judge

000010

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
| | ) | RUSSELL COUNTY, ALABAMA |
| VS. | ) | CASE NO.  CC-01-252,253 |
| AVERY GRIGGS | ) | |
| DEFENDANT | ) | |

## ORDER

It being brought to the Court's attention that the defendant was released from jail after two of the defendant's cases CC-01-156,157 were Nol Prossed. It is hereby ORDERED that an alias writ is issued for the defendant in the above stated cases. Bond shall remain the same as previously set. Costs of alias writ is waived.

DONE this the 9th day of April, 2001.

_George Greene_
JUDGE, CIRCUIT COURT

STATE OF ALABAMA     *     IN THE CIRCUIT COURT OF

           *

    VS.       *     RUSSELL COUNTY, ALABAMA

           *

AVERY GRIGGS     *     CASE NO. CC-01-252 & 01-253

## MOTION FOR CONSOLIDATION OF OFFENSES

The State moves the Court for an order that the above actions be tried together, upon the ground that the alleged offenses charged against the defendant in the indictment in each of said actions could have been joined as a single indictment under Rule 13 of the Alabama Rules of Criminal Procedure in that they are:

1. Of the same or similar character; or

2. Based on the same conduct or are otherwise connected in their commission; or

3. Alleged to have been part of a common scheme or plan.

By trial together of said actions, the expense of and time consumed in trial will be materially reduced.



KENNETH DAVIS
DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT

## ORDER

A hearing on the Motion for Consolidation of Offenses is hereby set to be heard on the 2ND day of August, 2001, at 4:00 o'clock P.M.
This the 5 day of July, 2001.

JUDGE, CIRCUIT COURT

000012

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Hon. Jose Guzman,

Defendant's Attorney of Record, by placing said copy in the US Mail, postage prepaid, to

his address P. O. Box 2412, Columbus, GA 321902.

This the 25th day of April, 2001.


_____

**KENNETH DAVIS**
**DISTRICT ATTORNEY**
**26th JUDICIAL CIRCUIT**

IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

STATE OF ALABAMA,                    *      **CASE NUMBER:**
                                     *      CC-2001-252
        Plaintiff,                   *      CC-2001-253
                                     *
vs.                                  *      **CHARGES:**
                                     *      Robbery 1st, Attempted Murder
AVERY GRIGGS,                        *
                                     *
        Defendant.                   *

## MOTION FOR EXCLUSION OF INVOLUNTARY ADMISSIONS AND CONFESSIONS

Comes now the defendant, **Avery Griggs**, and moves the Court to suppress and exclude from evidence in the trial of this instant any comments or purported confessions that the defendant may have made at the time of his arrest and subsequent incarceration and as grounds thereof shows the following:

1.

That any statements, admissions or confession purportedly made by this defendant were made as a result of promises or other inducements that raised hope of leniency and reward and should be declared void in that in the instant case defendant was not advised by the arresting officers that he was a suspect therein and was not aware of same at the time the statements were made by him.

2.

That the statements, admissions and confessions purportedly made by this defendant were made at a time when he had not been advised of the charges against him or advised concerning his right to remain silent and his right to counsel and were not made within the guidelines of the standards set forth in *Miranda v. Arizona*, 348 U.S. 436, 86 S. Ct. 1602, 16 L. Ed. 2d 694

(1966).

WHEREFORE, Defendant prays that the Court inquire into the facts alleged herein and that the Court rule that any confessions, admissions or statements made by him be excluded from the evidence in the above entitled case.

Respectfully submitted this the 1st day of May, 2001.


Jose Guzman, Attorney for Defendant
Alabama Bar No.: GUZ001


908 Second Avenue
P.O. Box 2412
Columbus, GA 31902-2412
(706) 653-1111

## CERTIFICATE OF SERVICE

I, the undersigned, counsel for Defendant, do hereby certify that I have served a copy of the foregoing Motion for Exclusion of Involuntary Admissions and Confessions by personally handing the same to the Assistant District Attorney, or by leaving same with a responsible person in the District Attorney's Office, Phenix City, Alabama.

This 1st day of May, 2001.

Jose E. Guzman
Attorney for Defendant

By:_____
Jose E. Guzman
Ala. Bar No.: GUZ001

908 Second Avenue
P.O. Box 2412
Columbus, Georgia  31902-2412
(706) 653-1111

IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | **CASE NUMBER:** |
| | * | CC-2001-252 |
| Plaintiff, | * | CC-2001-253 |
| | * | |
| vs. | * | **CHARGES:** |
| | * | Robbery 1ˢᵗ, Attempted Murder |
| AVERY GRIGGS, | * | |
| | * | |
| Defendant. | * | |

## REQUEST OF DEFENDANT FOR PRODUCTION BY STATE

The Defendant, Avery Griggs, hereby requests the State of Alabama:

1. To produce and permit the defendant to inspect and copy any written or recorded statements made by the defendant to any law enforcement officer, official or employee which are within the possession, custody, or control of the State of Alabama, the existence of which is known to the district attorney.

2. To disclose to the defendant the substance of any oral statement made by the defendant before or after arrest to any law enforcement officer, official or employee which the State intends to offer into evidence at trial.

3. To produce and permit the defendant to analyze, inspect and copy or photograph each of the following which are within the possession, custody or control of the State and which are intended for use by the State as evidence at trial: Results of Scientific tests to include DNA testing or other medical or scientific test made upon the alleged victim in this case which the State intends to produce in evidence at trial.

4. To produce and permit the defendant to inspect and copy the following results or reports made in connection with this case, which are within the possession, custody or control of the State, and whose existence is known to the district attorney: Results of Scientific tests to include DNA testing or other medical or scientific test made upon the alleged victim in this case which the State intends to produce in evidence at trial.

000017

Inspection of these premises and objects is requested because they are material to the preparation of the defendant's defense or are intended for use by the State as evidence at trial.

This 1st day of May, 2001.

Jose E. Guzman
Attorney for Defendant

By: _____

Jose E. Guzman
Al. Bar No.: GUZ001

908 Second Avenue
P.O. Box 2412
Columbus, Georgia 31902
(706) 653-1111

IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | **CASE NUMBER:** |
| | * | CC-2001-253 |
| Plaintiff, | * | CC-2001-253 |
| | * | |
| vs. | * | **CHARGES:** |
| | * | Robbery 1st, Attempted Murder |
| AVERY GRIGGS, | * | |
| | * | |
| Defendant. | * | |

## MOTION FOR DISCOVERY

The Defendant, Avery Griggs, pursuant to Alabama Rules of Criminal Procedure 16.1 moves the court to Order the District Attorney to produce and make available for inspection and copying the following:

1. Any and all written or recorded statements or confessions alleged to have been made by the Defendant, Avery Griggs.

2. Any and all records of oral statements attributed to the Defendant before or after his arrest or the substance of any such statements.

3. All books, papers, documents, photographs, tangible objects, and other physical evidence in the possession of the State of Alabama.

4. The results or reports of any physical or mental examination or scientific tests or experiments made in connection with the matters charged in the indictments.

5. The standards or other written guidelines used by the Department of Forensic Science for examination of the physical evidence in this case.

6. Any and all tangible objects of any sort or type, or any books, papers, documents or records of any sort or type which were obtained from or belong tot he Defendant or were taken from his residence, or vehicle, or allegedly prepared by him.

7. Any and all tape recordings or any other such electronic recordings, and any and all transcripts thereof made, of any conversations or interviews between the Defendant and any other person.

8. Any all evidence which the State of Alabama intends to use upon the trial of this case, whether documentary or otherwise tangible.

9.    All records or other documents which reflect criminal convictions of any witness which the State of Alabama intends to call upon the trial of this case.

10.   All photographs made in connection with the matters charged in the indictment.

11.   All photographs made of the Defendant since his arrest on the charges herein.

12.   The transcript of the grand jury testimony of any and all witnesses who the state intends to call as a witness upon the trial of this case.

13.   Any and all waivers of rights that were presented to the Defendant for his signature whether signed or unsigned.

14.   Any and all exculpatory or otherwise favorable information as provided in such cases as *Brady v. Maryland*, 373 U.S. 83, 83 S. Ct. 1194, 10 L. Ed. 2d 215 (1963), and *Giles v. Maryland*, 386 U.S. 66, 87 S. Ct. 793, 17 L. Ed. 2d 737 (1967).

15.   Copies of any and all search warrants prepared, served or executed in connection with the matters charged in the indictment, as well as any affidavit supporting the warrants.

16.   All evidence which the State of Alabama intends to use upon the trial of this case, whether documentary or otherwise tangible.

This 1st day of May, 2001.

Jose E. Guzman
Attorney for Defendant

By: _____

Jose E. Guzman
Al. Bar No.: GUZ001

908 Second Avenue
P.O. Box 2412
Columbus, Georgia 31902
(706) 653-1111

000020

IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | **CASE NUMBER:** |
| | * | CC-2001-252 |
| Plaintiff, | * | CC-2001-253 |
| | * | |
| vs. | * | **CHARGES:** |
| | * | Robbery 1st, Attempted Murder |
| AVERY GRIGGS, | * | |
| | * | |
| Defendant. | * | |

### DEMAND FOR LIST OF WITNESSES

TO:    DISTRICT ATTORNEY

    AVERY GRIGGS, the defendant, hereby makes demand upon the State for a list of witnesses on whose testimony the charges against him are brought and witnesses whom the State expects to call at the trial of this case. This demand is made prior to arraignment and pursuant to Alabama law.

    This 1ST day of May, 2001.

Jose E. Guzman
Attorney for Defendant

By: _____
Jose E. Guzman
Al. Bar No.: GUZ001

908 Second Avenue
P.O. Box 2412
Columbus, Georgia 31902
(706) 653-1111

*5/14/2001 — Motion granted*
*6:6*

IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | **CASE NUMBER:** |
| | * | CC-2001-252 |
| Plaintiff, | * | CC-2001-253 |
| | * | |
| vs. | * | **CHARGES:** |
| | * | Robbery 1st, Attempted Murder |
| AVERY GRIGGS, | * | |
| | * | |
| Defendant. | * | |

## DEMAND FOR PRODUCTION OF DEFENDANT'S STATEMENTS AND SCIENTIFIC REPORTS

Defendant, Avery Griggs, moves that the State furnish Defendant, no later than ten (10) days before the trial of the case, (a) copies of all written statements made by defendant while in custody, and (b) in writing, all relevant and material portions of any and all oral communications and statements made by Defendant while in custody. Defendant further demands that the State furnish Defendant, as soon as possible, by the means provided in (a) and (b) of this motion, all information concerning statements made by Defendant while in custody whether they be oral or written, when discovered by the State.

In addition, Defendant demands that the State furnish him a complete copy of any written scientific reports in the possession of the prosecution which will be introduced in whole or in part against Defendant by the prosecution in its case in chief or in rebuttal.

These demand are made pursuant to the Code of Alabama.

This 1st day of May, 2001.

Jose E. Guzman
Attorney for Defendant

By: _____
Jose E. Guzman
Al. Bar No.: GUZ001

908 Second Avenue
P.O. Box 2412
Columbus, Georgia 31902
(706) 653-1111

5/14/2001    Motion granted
6 C

000022

STATE OF ALABAMA,                    )    IN THE CIRCUIT COURT OF

    PLAINTIFF,                       )    RUSSELL COUNTY, ALABAMA

VS.                                  )    CASE NO. CC 01-252,253

AVERY GRIGGS                         )

    DEFENDANT.                       )

## ORDER

Motion for discovery having been filed in the above styled cause pursuant to Rule 16 of the Alabama Rules of Criminal Procedure, the District Attorney of Russell County, Alabama is ORDERED to produce and disclose information and materials discoverable under the authority of Brady v. Maryland and Rule 16 of the Alabama Rules of Criminal Procedure.

**DONE** this the 8th day of May, 2001.

_George Greene_
George R. Greene, Circuit Judge

000023

STATE OF ALABAMA                    )        IN THE CIRCUIT COURT OF
                                    )
            PLAINTIFF,              )        RUSSELL COUNTY, ALABAMA
                                    )
       VS.                          )        CASE NO.: CC 01-252,253
                                    )
AVERY GRIGGS                        )
                                    )
            DEFENDANT.              )

## ORDER

The Court taking into consideration the defendant's motion for list of witnesses and the Court is of the opinion said motion should be granted, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that the State shall present to Attorney for the defendant a list of witnesses expected to be called at the trial of the above cases.

**DONE** this the 16th day of May, 2001.

FILED IN OFFICE
2001 MAY 16 · PH 2: 30
CIRCUIT/DIST. COURT
RUSSELL CO., AL

_George Greene_
JUDGE, CIRCUIT COURT

000024

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
| | ) | |
| PLAINTIFF, | ) | RUSSELL COUNTY, ALABAMA |
| | ) | |
| VS. | ) | CASE NO.: CC 01-252,253 |
| | ) | |
| AVERY GRIGGS | ) | |
| | ) | |
| DEFENDANT. | ) | |

ORDER

The Court taking into consideration the defendant's motion for Production of defendant's statements and scientific reports and the Court is of the opinion said motion should be granted, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that the State shall provide to Attorney for the Defendant the documents requested in the motion for production.

**DONE** this the 16th day of May, 2001.

FILED IN OFFICE
2001 MAY 16 PM 2: 31
CIRCUIT/DIST. COURT
RUSSELL CO. AL

_George Greene_
_____
JUDGE, CIRCUIT COURT

IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

STATE OF ALABAMA        *     CC-2001-252

vs.        *     CC-2001-253

AVERY GRIGGS        *     Robbery 1st, Attempted Murder

      Defendant.      *

## MOTION TO WITHDRAW

COMES NOW, JOSE GUZMAN, Attorney at Law and files this his motion to Withdraw as Attorney of Record for the above named defendant.  In support of his motion Jose Guzman shows the following:

1.

Jose E. Guzman, Attorney at Law, is the attorney of record for Defendant Avery Griggs and wishes to withdraw as counsel for said Defendant as the Defendant has made no contact with Attorney Jose E. Guzman since April, 2001.

2.

The defendant will either retain other counsel or continue his case pro se.

WHEREFORE, Jose Guzman prays that the Court Grant his motion and discharge him from further representation of the above named defendant.

Respectfully submitted this 18th day of June, 2001.

By: _____
Jose E. Guzman
Attorney for Defendant
Alabama Bar No.: GUZ001

908 Second Avenue
P.O. Box 2412
Columbus, Georgia  31902-2412
(706) 653-1111

6/21/01- Motion to withdraw granted GG

FILED IN OFFICE
2001 JUN 18  AM 10: 37
CIRCUIT/DISTRICT COURT
RUSSELL CO. AL

000026

## CERTIFICATE OF SERVICE

I, the undersigned, counsel for Defendant, do hereby certify that I have served a copy of the foregoing Motion To Withdraw as Attorney of Record by personally handing the same to the Assistant District Attorney, or by leaving same with a responsible person in the Office of the District Attorney, Phenix City, Alabama and by sending a copy to the Defendant, Avery Griggs by mail delivery to his last know address with proper postage affixed.

This 18th day of June, 2001.

Jose E. Guzman
Attorney for Defendant

By: _____
       Jose E. Guzman
       Ala. Bar No.: GUZ001

908 Second Avenue
P.O. Box 2412
Columbus, Georgia  31902-2412
(706) 653-1111

000027

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA                    *
                                    *
                                    *
        PLAINTIFFS,                 *
                                    *
                                    *         CASE NO.   CC-01-252
VS.                                 *
                                    *
AVERY GRIGGS                        *
                                    *
                                    *
        DEFENDANTS,                 *


## ORDER

It is hereby ORDERED that the request filed by Hon. Jose Guzman to withdraw as attorney for defendant is hereby granted.

DONE this the 29th day of June, 2001.


_George Green_
JUDGE, CIRCUIT COURT

000028

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| AVERY GRIGGS | * | CASE NO. CC-01-252 & 01-253 |

## MOTION FOR CONSOLIDATION OF OFFENSES

The State moves the Court for an order that the above actions be tried together, upon the ground that the alleged offenses charged against the defendant in the indictment in each of said actions could have been joined as a single indictment under Rule 13 of the Alabama Rules of Criminal Procedure in that they are:

1. Of the same or similar character; or

2. Based on the same conduct or are otherwise connected in their commission; or

3. Alleged to have been part of a common scheme or plan.

By trial together of said actions, the expense of and time consumed in trial will be materially reduced.

KENNETH DAVIS
DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT

## ORDER

A hearing on the Motion for Consolidation of Offenses is hereby set to be heard on the 2ND day of August, 2001, at 4:00 o'clock P.M.
This the 5 day of July, 2001.

JUDGE, CIRCUIT COURT

000029

IN THE CIRCUIT COURT OF

RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA                    )

     PLAINTIFF,                    )

VS.                                 )        CASE NO.  CC-01-252,253

AVERY GRIGGS                        )

     DEFENDANT.                    )

## ORDER

It is Ordered that the above styled cause is set for a hearing for the 2nd day of August, 2001 at 4:00 P.M. in Courtroom No. 1, Russell County Courthouse.

Dated this the 10th day of July, 2001.

_George Greene_

**JUDGE, CIRCUIT COURT**

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☒ No | ☒ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

| 1 ORI # 0570000 | 2 AGENCY NAME Russell County Sheriffs Dept. | 3 CASE # CO PL 32680 | 4 SFX |
|---|---|---|---|

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME Griggs, Avery Laprez | 6 ALIAS AKA |
|---|---|

| 7 SEX M | 8 RACE B A | 9 HGT 60" | 10 WGT 170 | 11 EYE Bro | 12 HAIR Blk | 13 SKIN Light | 14 | ☐ SCARS | ☐ MARKS | ☐ TATOOS | ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) Phenix City, Russell, AL | 16 SSN 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-1/2126 | 17 DATE OF BIRTH 05-19-77 | 18 AGE 24 | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS KEY MAJOR PRIMARY SCDY SUB-SECONDARY FINAL | 22 DL # | 23 ST |

| 24 FBI # | HENRY CLASS / NCIC CLASS | 25 IDENTIFICATION COMMENTS |

| 26 ☐ RESIDENT  ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 21 Oak st., Ft. mitchell, AL | 28 RESIDENCE PHONE (334) 855-3323 | 29 OCCUPATION (BE SPECIFIC) mechine oper. |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) unemployed | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 21 oak st. Ft. mitchell, AL | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO ☐ IN STATE ☐ OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☒ NONE ☐ OFFICER ☐ ARRESTEE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |
|---|---|---|---|---|

| 41 DATE OF ARREST 09-26-01 | 42 TIME OF ARREST 1015 ☒ AM ☐ MIL. ☐ 2. PM | 43 DAY OF ARREST S M T ☒ W T F S | 44 TYPE ARREST ☒ ON VIEW ☐ CALL ☐ WARRANT | 45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE – 1 ☐ FEL ☐ MISD Attempt Murder I | 47 UCR CODE 5015 | 48 CHARGE – 2 ☐ FEL ☐ MISD Robbery I | 49 UCR CODE 5013 |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE FTA | 51 WARRANT # DO-3062 | 52 DATE ISSUED ALA 8901 | 53 STATE CODE/LOCAL ORDINANCE FTA | 54 WARRANT # 00-3061 | 55 DATE ISSUED 04-18-01 |
|---|---|---|---|---|---|

| 56 CHARGE – 3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE – 4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |
|---|---|---|

**VEHICLE**

| 70 YR | 71 YMA | 72 YMO | 73 YST | 74 YCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : ☐ AM ☐ MIL. ☐ PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☒ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) | LOCAL USE |
|---|---|

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | CASE # | 108 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Taylor, H. | 112 ID # 5724 | 113 ARRESTING OFFICER (LAST, FIRST, M.) Smith, H. | 114 ID # 5202 | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY**                ACJIC  34 REV 10-90

C00031

ACR350                    ALABAMA JUDICIAL DATA CENTER
                        CIRCUIT  COURT  OF    RUSSELL  COUNTY

        ALIAS WARRANT                              CC 2001 000252.00
                      JID: GEORGE R. GREENE

------------------------------------------------------------------------
|      THE  STATE  OF  ALABAMA          VS GRIGGS AVERY L               |
| TO ANY LAW ENFORCEMENT OFFICER:                                      |
| YOU ARE HEREBY COMMANDED TO ARREST: GRIGGS AVERY L                   |
| AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF |
| FAILURE TO APPEAR ON THE CHARGE OF: ROBBERY 1ST          - FELONY     |
|                                                          -           |
|                                                                      |
| WITNESS MY HAND THIS      APRIL  9, 2001.                            |
|                                                                      |
|                                         Kathryn Coulter JBS          |
| BOND SET AT: NO BOND        -           ------------------------      |
|                                         JUDGE/CLERK/MAGISTRATE        |
------------------------------------------------------------------------
| DEFENDANT'S ADDRESS:            DEFENDANT'S DESCRIPTION:             |
| 21 OAK STREET                   HT: 600   WT: 170                    |
|                                 HAIR: BLK    EYE: BRO                |
| FT MITCHELL      , AL 36856 0000  BIRTH DATE: 05/17/1977             |
|                                 RACE: B     SEX: M                   |
|                                 SID#: 000000000                      |
|                                 SSN#: 420271226                      |
|                                                                      |
|   ALIAS:                                                             |
|   EMPLOYER: _____    PHONE NO: _____   |
|   TICKET NUMBER: WA-00-3061      AGENCY/OFFICER: 0570100/00PL2268    |
| NOTE:                                                                |
|                                                                      |
| THIS APPEARS TO BE A VALID ADDRESS                                  |
------------------------------------------------------------------------
|                                                                      |
|   OFFICERS RETURN:                                                   |
|   RECEIVED ON _____                                   |
|   EXECUTED ON ___9-26-01_____    BY: LT. H. Taylor             |
|   ( ) DEFENDANT ARRESTED, RELEASED ON BOND                          |
|   (X) DEFENDANT ARRESTED, IN JAIL                                   |
|   ( ) DEFENDANT ARRESTED, NOT BOOKED                                |
|   ( ) NOT FOUND                                                      |
|   ( ) OTHER _____                                     |
|                                                                      |
|                                         H. Taylor                    |
|   SHERIFF------------------           OFFICER                        |
|                                                                      |
|                                                                      |
|                                                                      |
|                                                                      |
|                                                                      |
------------------------------------------------------------------------
OPERATOR:JDS
PREPARED:04/09/2001

000032

STATE OF ALABAMA                    )        IN THE CIRCUIT COURT OF
                                    )
         PLAINTIFF,                 )        RUSSELL COUNTY, ALABAMA
                                    )
    VS.                             )        CASE NO.: CC 01- 252
                                    )
_Avery L. Griggs_                   )
         |                          )
         DEFENDANT.                 )


## ARRAIGNMENT ORDER

Defendant appeared in open court on this date at which time:

____  The defendant advised the Court that he/she had retained
      _____, Attorney at law, to represent him/
      her in these proceedings.

____  The defendant advised the Court that he/she was indigent and
      unable to employ counsel to represent him/her in these
      proceedings.  The Court appointed _____
      an experienced and competent attorney, to represent him/her in
      these proceedings.

____  The defendant applied for youthful offender status.  Ruling on
      said application was set for June 12, 2001 at 2:00 P.M.

____  The defendant waived the reading of the indictment and entered
      a plea of not guilty to the offense charged therein.

__✓__ The Court ordered an alias writ and preliminary forfeiture for
      the defendant's failure to appear in Court.

____  Plea deadline set for May 3, 2001 at 10:00 A.M.

____  Docket call set for May 7, 2001 at 10:00 A.M.

____  This case is scheduled for trial docket of May 14, 2001.

____  The defendant shall pay the sum of $_____ per week/month
      towards his/her attorney's fees.  Payments to begin _____.

____  _____
      _____

**DONE** this the 24th day of April, 2001.

                              _____
                              JUDGE, CIRCUIT COURT

STATE OF ALABAMA                    )        IN THE CIRCUIT COURT OF
                                   )
                PLAINTIFF,         )        RUSSELL COUNTY, ALABAMA
                                   )
        VS.                        )        CASE NO.: CC 01-252
                                   )
AVERY GRIGGS                       )
                                   )
                DEFENDANT.         )


## ARRAIGNMENT ORDER

Defendant appeared in open court on this date at which time:

✓    The defendant advised the Court that he/she was indigent and
     unable to employ counsel to represent him/her in these
     proceedings.  The Court appointed  Rick Pope
     an experienced and competent attorney, to represent him/her in
     these proceedings.

✓    Bond is set in the amount of $100,000.00.

✓    The defendant waived the reading of the indictment and entered
     a plea of not guilty to the offense charged therein.

___  The Court ordered an alias writ and preliminary forfeiture for
     the defendant's failure to appear in Court.

✓    Plea deadline and docket call are set for November 13, 2001 at
     10:00 A.M.

✓    This case is scheduled for trial docket of November 26, 2001.

___  The defendant shall pay the sum of $_____ per week/month
     towards his/her attorney's fees.  Payments to begin _____.

___  _____
     _____.


**DONE** this the 2nd day of October, 2001.

                              _George Greer_____
                              JUDGE, CIRCUIT COURT

000034

TO:        HON. TOMMY BOSWELL, SHERIFF

FROM:      CLERK'S OFFICE (By  JODY        )

DATE:        10/2/01

RE:        STATE OF ALABAMA  VS.  Avery L Griggs

CASE NO.(S):  CC-01-252        , 253

OFFENSE(S):  Robbery, 1st        Att. Murder

Bonds  $  100,000 00        $ 150,000 00

Please be advised that bond in the above-styled case(s) has been
reset at $  Above   by the authority of  Judge Greene .

COURT DATE:  Nov. 13 @ 9:30 am

Nov. 26. 01  trial docket

| State of Alabama<br>Unified Judicial System | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number 000035 |
|---|---|---|
| Form C-10<br>Page 1 of 2    Rev. 2/95 | | CC-01-252,253 |

IN THE _Circuit_ COURT OF _Russell County_, ALABAMA
(Circuit, District, or Municipal)                    (Name of County or Municipality)

STYLE OF CASE: _State of Alabama_ v. _Avery Griggs_
                              Plaintiff(s)                      Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☑ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

**AFFIDAVIT**

SECTION I.

1. IDENTIFICATION
   Full name _Avery L. Griggs_ Date of birth _May 17, 1977_
   Spouse's full name (if married) _N/A_
   Complete home address _21 Oak St    Ft. Mitchell, Al. 36856_

   Number of people living in household _2_
   Home telephone number _855-3325_
   Occupation/Job _unemployed_ Length of employment _N/A_
   Driver's license number _____ *Social Security Number _420271226_
   Employer _N/A_ Employer's telephone number _N/A_
   Employer's address _N/A_

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)    _No_

   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other _____

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   Monthly Gross Income                                          $ _0_
   Spouse's Monthly Gross Income (unless a marital offense)      _____
   Other Earnings: Commissions, Bonuses, Interest Income, etc.   _____
   Contributions from Other People Living in Household           _____
   Unemployment/Workmen's Compensation,                          _____
        Social Security, Retirements, etc.
   Other Income (be specific) _____                   _____
                    **TOTAL MONTHLY GROSS INCOME**          $ _0_

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage                                             $ _____
      Total Utilities: Gas, Electricity, Water, etc.            _____
      Food                                                      _____
      Clothing                                                  _____
      Health Care/Medical                                       _____
      Insurance                                                 _____
      Car Payment(s)/Transportation Expenses                    _____
      Loan Payment(s)                                           _____

*OPTIONAL

| Form C-10  Page 2 of 2    Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |
|---|---|

Monthly Expenses: (cont'd page 1)
    Credit Card Payment(s) _____
    Educational/Employment Expenses _____
    Other Expenses (be specific) _____ _____

       **Sub-Total**          A  $ _____

B.   Child Support Payment(s)/Alimony   $ _____

       **Sub-Total**          B  $ _____

C.   Exceptional Expenses   $ _____

    **TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only)  $ *0*

---

**Total Gross Monthly Income Less total monthly expenses:**

    **DISPOSABLE MONTHLY INCOME**    $ *0*

---

4.   **LIQUID ASSETS:**
    Cash on Hand/Bank (or otherwise available such as stocks,
      bonds, certificates of deposit)   $ _____
    Equity in Real Estate (value of property less what you owe) _____
    Equity in Personal Property, etc. (such as the value of
    motor vehicles, stereo, VCR, furnishing, jewelry, tools,
    guns, less what you owe)   _____
    Other (be specific)
    Do you own anything else of value? ☐ Yes  ☐ No
    (land, house, boat, TV, stereo, jewelry)   _____
    If so, describe _____
    _____

      **TOTAL LIQUID ASSETS**    $ *0*

---

5.   **Affidavit/Request**
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

\_\_5TH\_\_ day of \_\_OCTober\_\_, \_\_2001\_\_.

_____
Judge/Clerk/Notary

*Avery Griggs*
Affiant's Signature

*Avery Griggs*
Print or Type Name

---

**ORDER OF COURT**

**SECTION II.**
   **IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:**
    ☐ Affiant is not indigent and request is DENIED.
    ☒ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
      $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise
      ordered and disbursed as follows: _to reimburse St of AL all atty fees_
    ☐ Affiant is indigent and request is GRANTED.
    ☐ The prepayment of docket fees is waived.

   **IT IS FURTHER ORDERED AND ADJUDGED** that _N. Kirtland Pope_, is hereby appointed as counsel to represent affiant.
   **IT IS FURTHER ORDERED AND ADJUDGED** that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
   Done this \_\_2nd\_\_ day of \_\_Oct\_\_, \_\_2001\_\_.

          _____
          Judge

000037

| State of Alabama<br>Unified Judicial System | PLEA OF NOT GUILTY AND WAIVER OF<br>ARRAIGNMENT | Case Number |
|---|---|---|
| Form CR-9    Rev. 3/95 | | CC-01-252, 253 |

IN THE _Circuit_ _____ COURT OF _Russell County_ , ALABAMA
  (Circuit, District, or Municipal)                    (Name of County or Municipality)

☐ STATE OF ALABAMA v. _Avery Griggs_ , Defendant

---

Comes now, the defendant in the above-styled matter, and to the offense charged enters a plea of

☑ Not Guilty
☐ Not Guilty by Reason of Mental Disease or Defect
☐ Not Guilty and Not Guilty by Reason of Mental Disease or Defect

Defendant acknowledges receipt of the copy of the charge against him/her and further waives the right to have an arraignment at which the defendant is present in person, or at which the defendant is represented by an attorney.

But, the defendant specifically and expressly reserves the right upon the filing hereof to hereafter, but before trial or before such date as may be set by the court, to interpose any defenses, objections, or motions which the defendant had the right as a matter of law or rule to interpose in this cause, prior to the filing hereof.

Defendant's date of birth is _May 17, 1977_ _____ Defendant's age is _24_
The defendant is not eligible for consideration by the court for youthful offender status as provided by law.

_October 5, 2001_
Date

_October 5, 2001_
Date

Defendant _____

Attorney for Defendant _____

This is to certify that I am the attorney for the defendant in this matter, and that I have fully explained this form and all matters set forth herein, and pertaining hereto, to the defendant. I further state to the court that I have explained to the defendant his right to be arraigned in person and his right to have me represent him at arraignment. I further certify to the court that my client hereby knowingly, voluntarily, and intelligently waives these rights after a full and complete explanation of each and every one of them to him/her by me. BOTH MYSELF AND THE DEFENDANT UNDERSTAND THAT I AM RESPONSIBLE FOR ASCERTAINING WHAT DATE, IF ANY, HAS BEEN SET BY THE COURT FOR THE MAKING OR FILING OF ANY DEFENSES, OBJECTIONS, OR MOTIONS. I FURTHER UNDERSTAND THAT I AM RESPONSIBLE FOR NOTIFYING MY CLIENT OF THE DATE HIS/HER CASE IS SET FOR TRIAL, AND THAT I HAVE ADVISED AND INFORMED HIM/HER THAT IN THE EVENT HE/SHE FAILS TO APPEAR ON THE DATE HIS/HER CASE IS SET FOR TRIAL, ALL APPROPRIATE LEGAL ACTION WILL BE TAKEN BY THE COURT AGAINST THE DEFENDANT AND HIS/HER BOND. I further certify to the court that I have advised my client that he/she is responsible for obtaining the date his/her case is set for trial in this matter and that in the event he/she fails to appear on the date his/her case is set for trial all appropriate legal action will be taken by the court against the defendant and his/her bond, and I hereby certify that the defendant knows that he/she is personally responsible for obtaining the date his/her case is set for and for being present in court on that date.

_October 5, 2001_
Date

Attorney for Defendant Signature _____

_N. Kirkland Pope_
Printed or Typed Attorney's Name

I certify that I served a copy of the foregoing plea and waiver of arraignment on the Prosecutor by mailing/delivering a copy of the same to him/her on:

_1110 Broad St Phenix City, Al._
Address
  36867

_____
Date

This is to certify that my attorney has explained each and every matter and right set forth in this form and I have completely and fully read and do so understand each and every matter set forth in this form. I further state to the court that I do not wish to be personally present at an arraignment in this case and that I do not want to have an attorney represent me at an arraignment and WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS. I further state to the court that I have been informed of the charge against me and have received a copy of the charge.

_October 5, 2001_
Date

Defendant Signature _____

Filed in office this date _10/31/01_

_Kathryn Coulter_
Clerk

By _JLS_

000038

IN THE CIRCUIT COURT OF RUSSELL COUNTY ALABAMA

STATE OF ALABAMA         )

                       )

vs.                        )            CC-01-252

                       )            CC-01-253

AVERY L. GRIGGS        )

        Defendant,       )

## ENTRY OF APPEARANCE

    **PLEASE NOTE** the entry of the appearance of N. Kirkland Pope as attorney of record for the defendant, Avery L. Griggs.

Date:  October 5, 2001

                                         _____

                                         Attorney for Avery L. Griggs

1110 Broad Street
Post Office Drawer 849
Phenix City, Al. 36867
334-298-7062

FILED IN OFFICE
2001 OCT -5  AM 11:57
CIRCUIT/DIST. COURT
RUSSELL CO. AL

000039

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the District Attorney's office of Russell County, Alabama in this case with a copy of this document by leaving a copy in the District Attorney's box at the Russell County clerks office.

This the 5th day of October, 2001.

_____
Attorney for Avery L. Griggs

1110 Broad Street
Post Office Drawer 849
Phenix City, Al. 36868
334-298-7062

G00040

IN THE CIRCUIT COURT OF RUSSELL COUNTY ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | |
| vs. | ) | CC-01-252 |
| | ) | CC-01-253 |
| AVERY L. GRIGGS | ) | |
| Defendant, | ) | |

## MOTION FOR APPROVAL OF EXPENSES
## PURSUANT TO *MAY v. STATE*

COMES NOW the Defendant, Avery L. Griggs, by and through counsel, and shows as follows:

1.    N. Kirkland Pope was previously appointed to represent the Defendant in this matter.

2.    The Alabama Court of Criminal Appeals held in <u>May v. State</u>, that office overhead expenses constitute "expenses reasonably incurred" and are therefore reimbursable under <u>Code of Alabama</u>, 1975, Section 15-12-21. The Supreme Court of Alabama quashed previously issued writs of certiorari in that case on December 22, 1995.

3.    N. Kirkland Pope has through accounting for the firm's expenses computed his portion of the office overhead to average $3,660.00 per month ($43,920.00 per year).

**WHEREFORE**, counsel for the Defendant moves this honorable Court to approve payment of office overhead expenses in the amount of $21.00 per hour ($43,920.00 divided by 2080 hours).

Respectfully submitted this the 5th day of October, 2001.

*10/10/01 — Motion granted
66*

G00041

N. Kirkland Pope
Attorney for the Defendant
P.O. Box 849
Phenix City, Alabama 36868-849
(334) 298-7062

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the above and foregoing Motion upon the District Attorney of Russell County, Alabama, by placing a true and correct copy of same in a receptacle reserved for him in the Office of the Clerk of said Court.

N. Kirkland Pope
Attorney for Defendant

Date:  October 5, 2001

FILED IN OFFICE
2001 OCT -5  AM 11:56
CIRCUIT/DIST. COURT
RUSSELL CO., AL

IN THE CIRCUIT COURT OF RUSSELL COUNTY ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | |
| vs. | ) | CC-01-252 |
| | ) | CC-01-253 |
| AVERY L. GRIGGS | ) | |
| Defendant, | ) | |

## MOTION FOR DISCOVERY

The Defendant moves this Court for an order granting him discovery. The motion is made pursuant to Alabama Rules of Criminal Procedure 16.1, Articles 1, 6, and 15 of the Alabama Constitution, the 5th, 6th, 8th and 14th Amendments of the United States Constitution, *Brady v. Maryland*, 373 U.S. 83 (1963), 83 S. Ct. 1194, 10 L. Ed. 2d 215 (1968), and *Giles v. Maryland*, 368 U.S. 66, 87 S. Ct. 793, 17 L. Ed. 2d 737 (1967). The motion includes, but is not limited to, the following items:

A. Any written or recorded statements made by the Defendant to any law enforcement officer, official, or employee;

B. The substance of any oral statements made by the Defendant before or after arrest to any law enforcement officer, official, or employee;

C. Any written or recorded statements which the State intends to offer in evidence at the trial made by a co-defendant or accomplice, if any, to any law enforcement officer, official, or employee;

D. The substance of any oral statements made by any co-defendant or accomplice, if any, before or after arrest to any law enforcement officer, official, or employee;

E. Permission to analyze, inspect, and copy or photograph books, papers, documents, photographs, tangible objects, controlled substances, buildings or places, or portions of any of these things, which are within the possession, custody, or control of the State and which are material to the preparation of his defense, or which are intended for use by the State as evidence at trial, or which were obtained from or belong to the Defendant;

F. Permission to inspect and copy any result or reports of physical or mental examinations or scientific tests or experiments, if the examination, tests, or experiments were made in connection with this particular case;

G. Any and all electronic surveillance material;

H. Any and all evidence which tends to exculpate the Defendant, either through an indication of his innocence or through the potential impeachment of any state witness, and all information of whatever form, source, or nature, which may lead to evidence which tends to exculpate the Defendant whether by indicating his innocence or impeaching the credibility of any potential state witness, and all information which may become of benefit to the Defendant in preparing or presenting the merits of his defense or

*10/10/01 — Motion granted*
*6.6.*

innocence at trial. This request includes all facts and information of whatever form, source or nature which the District Attorney or his assistants, police departments involved, the Sheriff's departments involved, the Department of Public Safety, or any of their agents has or knows about, which is or may be calculated to become of benefit to the Defendant, either on the merits of the case or on the question of credibility of witnesses. Such evidence includes, but is not limited to:

(1) reports of examinations;

(2) all fingerprints taken from the Defendant at any time;

(3) all written or recorded statements or confessions of any and all persons; and in connection with this case, the circumstances under which they were made, and all notes and records of or pertaining to such oral statements;

I. All memoranda, documents, and reports of all law enforcement officers connected with the subject matter of the charges against the Defendant, as well as the same of the investigative staff of all prosecutors. The reports, documents and/or memoranda include, but are not limited to, "Felony Reports to the District Attorney's Office" and "Alabama Uniform Incident/Offense Reports";

J. To permit the Defendant to inspect and copy all notes, memoranda and/or documents of the individuals investigating these charges against the Defendant.

II

The Defendant further moves that the Court, pursuant to the cited authority, Order the State to investigate all of the following impeaching information within the possession, custody, and/or control of the State, or the existence of which is known or by the exercise of due diligence could become known to the State:

(1) Any and all consideration or promises of same given to or made on behalf of any and all State witnesses. By "consideration", the Defendant refers to absolutely anything of value or use, fees, special witness fees, transportation assistance, assistance to members of the witness' family or to associates of the witness, assistance or favorable treatment with respect to any criminal, civil or administrative dispute with the State or the United States, and anything else which could arguably create an interest or bias in the witness in favor of the State or against the Defense or could arguably act as an inducement to testify or to color one's testimony;

(2) Any and all prosecutions, investigations or possible prosecutions pending or which could be brought against any State witness any probationary, parole or deferred prosecution status of the witness;

(3) The arrest record summaries prepared by the FBI and/or the Department of Public Safety, Russell County Police and/or Sheriff's Department, which are available to the State on request for each and every one of the State's witnesses;

(4) All records and information revealing felony and/or misdemeanor convictions attributed to any and all State witnesses;

(5) Any and all personnel files for each State witness, including specifically, but not limited to, witnesses who are State and local police officers.

### III

The Defendant further moves that the Court, pursuant to the cited authority, Order the State of Alabama to produce all items of physical evidence that are pertinent to this case, and/or have been in its possession and control for inspection, examination and testing by experts designated by the Defendant, whether or not the State intends to introduce or attempt to introduce the evidence at trial.

### IV

The Defendant further moves that the Court, pursuant to the cited authority, Order the Prosecutor to provide the names, addresses, and telephone numbers and whereabouts of all witnesses to be called by the State in the trial of this case.

### V

The Defendant further moves that the Court, pursuant to the cited authority, Order the prosecutor to provide any and all additional information and/or evidence not previously requested in this Motion, which may in any way be material to his guilt, innocence, or sentence.

### VI

The Defendant further moves that the Court, pursuant to the cited authority, fix a time, place, and manner for the production, taking, inspection and/or copying of this discovery so as to allow the Defendant a reasonable time in advance of trial for inspection, copying, and study; the time for the discovery to be within ten (10) days from the entry of the order on the Defendant's Motion.

### VII

The Defendant further moves that the Court, pursuant to the cited authority, enter an Order requiring the Prosecutor's office to make continuing disclosure of all matters requested herein up to and during trial of the charges against the Defendant.

### VIII

The Defendant further moves that the Court, pursuant to the cited authority, Order that all of the State's files, reports, statements and all other items specified herein should be properly identified, and examined in camera by the Court, and that all items that are not disclosed to the Defendant pursuant to this Motion be made a part of the record of the Court where they will be available for appellate review and/or post-conviction relief if necessary.

IX

The Defendant further moves that the Court, pursuant to the cited authority, consider this Motion as continuing and as requiring release of evidence to the Defendant during the course of this case if circumstances demand such release, even if previous circumstances did not.

The materials sought by this Motion are essential to insure the Defendant his right to a fair trial, his right to confrontation, his right to prepare a defense in his own behalf, his right to effective assistance of counsel and his right to due process of law, all of which are guaranteed by the United States Constitution and the Constitution of the State of Alabama.

Date: October 5, 2001

N.  Kirkland Pope
Attorney for Avery L. Griggs

1110 Broad Street
Post Office Drawer 849
Phenix City, Al. 36867
334-298-7062

FILED IN OFFICE
2001 OCT -5  AM 11: 57
CIRCUIT/DIST. COURT
RUSSELL CO. AL

000046

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served the District Attorney's office of Russell County, Alabama in this case with a copy of this document by leaving a copy in the District Attorney's box at the Russell County clerks office.

    This the 5th day of October, 2001.

_____
Attorney for Avery L. Griggs

1110 Broad Street
Post Office Drawer 849
Phenix City, Al. 36868
334-298-7062

000047

IN THE CIRCUIT COURT OF RUSSELL COUNTY ALABAMA

STATE OF ALABAMA,                    )
                                     )
vs.                                  )          CC-01-252
                                     )          CC-01-253
AVERY L. GRIGGS,                     )
            Defendant.               )

## ORDER

Request for Discovery having been filed in the above styled cause pursuant to

Rule 16 of the Alabama Rules of Criminal Procedure, the District Attorney of Russell

County, Alabama is ordered to produce and disclose information and materials

discoverable under the authority of *Brady v. Maryland* and Rule 16 of the Alabama Rules

of Criminal Procedure.

Done this the ___9th___ day of ___October___, 2001.


                                    _____
                                    **CIRCUIT JUDGE**

FILED IN OFFICE
2001 OCT 11 PM 4: 24
CIRCUIT CLERK COURT
RUSSELL CO. AL

000048

IN THE CIRCUIT COURT OF RUSSELL COUNTY ALABAMA

STATE OF ALABAMA,                    )
                                     )
vs.                                  )        CC-01-252
                                     )        CC-01-253
AVERY L. GRIGGS,                     )
            Defendant.               )

### ORDER

    Upon consideration of the Motion for Approval of Expenses Pursuant to *May v. State* filed by Counsel for the Defendant, the Court is of the opinion that the same is due to be granted.

    It is therefore ordered that the Comptroller for the State of Alabama reimburse N. Kirkland Pope, at the conclusion of his representation of the Defendant at the trial court level, the sum of $21.00 per hour for each hour committed to the defense of the Defendant in this action, from the date of his appointment on the 9th day of October, 2001.

    DONE this the 9th day of October, 2001.


                                  CIRCUIT JUDGE

FILED IN OFFICE
2001 OCT 11 PM 4: 24
CIRCUIT/DIST. COURT
RUSSELL CO. AL

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | |
| vs. | ) | CC-01-252 |
| | ) | CC-01-253 |
| AVERY L. GRIGGS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXCLUSION OF INVOLUNTARY AND UNCONSTITUTIONAL ADMISSIONS AND CONFESSIONS

COMES NOW the Defendant Avery L. Griggs and moves this honorable Court to suppress and exclude from evidence in the trial of this instant any comments or purported confessions that the Defendant may have made at the time of his arrest and subsequent incarceration and as grounds thereof shows the following:

On October 19, 2000, Defendant was arrested and held in custody of the Columbus, Georgia Police Department (hereinafter CPD). Sergeant Vargo, of the Phenix City Police Department (hereinafter PCPD), responded to telephone calls from CPD, met with Defendant while Defendant was in the custody of the CPD. In his report of this incident, Sergeant Vargo stated:

> Inv. met with Det. Tony Culberson and Lt. H. Miller. Det. Culberson stated to Inv. that Griggs was wanting (sic) an attorney. Inv. met with Avery Griggs in an interview room and Inv. identified myself (sic) to him. Inv. asked Mr. Griggs was he willing to talk with me in reference to the case and he advised that he wanted an attorney. (See Report by Sgt. Mike Vargo, 00PL22680, attached)

Furthermore, Lt. Brian McGarr stated in his report of the arrest that "Sgt. Vargo indicated that Mr. Griggs wished an attorney." (See Supplement by Lt. Brian McGarr, 00PL22680, attached).

000050

After numerous requests by Defendant to have an attorney present before questioning and after agents from both the CPD and PCPD ignored such requests and continued to interrogate Defendant, Defendant made verbal statements and a video taped confession, both of which incriminate the Defendant.

In Miranda v. Arizona, the United States Supreme Court stated:

> ... If the individual states that he wants an attorney, the interrogation must cease until an attorney is present. At that time, the individual must have an opportunity to confer with the attorney and to have him present during any subsequent questioning. If the individual cannot obtain an attorney and he indicates that he wants one before speaking to police, they must respect his decision to remain silent. 384 U.S. 436, 474, 86 S.Ct. 1602, 1628, 16 L.Ed.2d 694, 723 (1966)

It is clear that the actions of agents of the PCPD violated Defendant's rights as protected by the Fifth, Sixth and Fourteenth Amendments to the Constitution of the United States. Defendant requested an attorney during interrogation by the Police. After Defendant made the request, interrogation continued. Defendant repeated his request for an attorney and his repeated requests were ignored and the interrogation continued.

WHEREFORE, Defendant prays for a speedy and just hearing on this, his Motion, and that the Court rule that any confessions, admissions or statements made by him be excluded from the evidence in the above entitled cause.

Respectfully submitted,

N. Kirkland Pope (POP018)
Attorney for Defendant

000051

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day served the above and foregoing Motion upon the District Attorney of Russell County, Alabama, by placing a true and correct copy of same in a receptacle reserved for him in the office of the Clerk of said Court.

             N. Kirkland Pope
             Attorney for Defendant

This the 24th of October, 2001

ri Oct 20 10:36:14 EDT 2000 Sgt.Mike Vargo
OPL22680                                                                000052

n 10-19-00 at approx. 18:30hrs. Inv.(who was off duty) was called at
home by Lt.Brian McGarr. Lt.McGarr advised Inv. that the
ndividual(later identified as Avery Griggs) that robbed and shot
Demetrius Jackson had been arrested and was currently at the Columbus
Police Dept. Lt.McGarr stated that Mr.Jackson and Bryant Harris(also an
employee of Gateway Lincoln Mercury) were walking inside Peachtree Mall
in Cols.,Ga. on this date when they saw and recognized Griggs as the individual
who shot and robbed Mr.Jackson. Lt.McGarr stated that they went and got
with mall security(Andy Gonzales) and they in turn called CPD.
Security(Gonzales) caught up with the b/m as the b/m(Avery Griggs) tried
to evade security in the parking lot. Security then held Griggs in
their office until CPD(Officer Greg Ballard) arrived. Lt.McGarr stated
to Inv. that he was meeting with Demetrius Jackson at Dennis
Boswell(Russell County Magistrate)office and Lt.McGarr asked Inv. would
I like to go to CPD and interview Griggs. Inv. advised Lt.McGarr that I
would. Lt.McGarr advised that he would be obtaining two warrants on
Avery Griggs(Attempted Murder and Robbery 1st).

    Inv. met with Det.Tony Culberson and Lt.H.Miller. Det.Culberson stated
to Inv. that Griggs was wanting an attorney. Inv. met with Avery Griggs
in an interview room and Inv. identified myself to him. Inv. asked
Mr.Griggs was he willing to talk with me in reference to the case and he
advised that he wanted an attorney.
    Inv. then left the room and Inv. went to another room where Officer
. .lard had taken personal belongings(wallet and cellular telephone)off
of Griggs. Inv. looked into the wallet and found a TIC Credit
Card(acc.#0000654094) and a TIC Membership Card( Mr.Jackson had earlier
stated to Inv. that the offender had advised him that he had went to TIC
Credit Union to see about getting a loan for the Navigator). Inv. also
found a piece of paper with the address of 946 34th Ave.(Cols.,Ga.)
31906(the address of 947 34th Ave. was given by offender when he placed it on
the application form at Gateway Lincoln Mercury). Inv. then found a
Gateway Lincoln Mercury business card with the name of Demetrius A.
Jackson(Demetrius Jackson had given the offender a business card on
8-26-00).( Officer Greg Ballard listed what Inv. had taken out of Griggs
wallet and taken for evidence in his supplement.)
    Inv. and Lt.McGarr went back into the interview room and showed Griggs
the business card that Inv. had found in his wallet. Inv's. left and
then Inv. went back into the interview room and Inv.(who was about to
leave CPD) asked Griggs one last time did he want to talk w/ Inv. about
the crime and Griggs replied"I wasn't trying to kill that man!" Inv.
asked Griggs again did he want to talk about it and he stated "I'll talk!"
    Inv. left the interview room and Inv. told Lt.McGarr and Lt.Miller
that he was willing to talk. Inv. went back into the interview room and
Inv. read the Miranda Rights to Griggs before he was asked any questions
and after Inv. had read the rights to him he stated that he understood
and he agreed to talk w/o an attorney. Mr. Griggs also signed a waiver
of rights form indicating that fact.
    Mr.Griggs confessed to shooting and robbing Mr.Jackson.(See videotape
f interview that was recorded by video camera at CPD for further details).

Lt.McGarr advised that Demetrius Jackson signed two warrants on Avery L.
Griggs for the felony offenses of Attempted Murder and Robbery 1st(bond
set at $200,000.00 on each charge for a total bond of $400,000.00.).     C00053

upplement by Lt. Brian McGarr.. 00PL22680..

000054

n 10-19-00 at approx. 17:15 Hrs. R/O was contacted by Sgt. S.
i'~s(215) regarding a telephone call he had received in the Criminal
n stigations Division office. Sgt. Miles relayed to R/O that he had
een contacted by Off. Greg Ballard ,of the Columbus Police Dept. Sgt.
iles further indicated that Off. Ballard reported he had received a
all to meet with Mall Security unit(s). Upon arrival Off. Ballard came
nto contact with Demetrius Jackson,Bryant Harris,and Mall Security. The
ecurity officer was detaining a male subject identified as Avery L.
riggs.
t approx. 17:20 Hrs. R/O made telephone contact with Off. Ballard at
he scene.Off. Ballard advised R/O that Mr. Jackson and Mr. Harris were
inside Peachtree Mall,when they made visual contact with Mr. Griggs.Mr.
Jackson identified Mr. Griggs as the black male subject that shot him
and took the vehicle he was showing to Griggs on 08-26-00.
Mr. Jackson left Mr. Harris to locate mall security and Harris began to
follow Griggs. Security was able to detain Mr. Griggs in the parking lot
and Columbus Police were contacted to respond.
Off. Ballard requested information relating to the case. R/O provided
the information and requested ,if possible,that Mr. Griggs be detained
while warrants were obtained for Mr. Griggs.
A P.C.P.D. computer search was completed on the name Avery Griggs.
R/O made telephone contact with Det T. Culberson,C.P.D. and he advised
that Mr. Griggs would be transported to C.P.D.
At approx. 17:40 Hrs. R/O made telephone contact with Mr. Greg
Waldrep(Russell County District Attorney's Office) advised him of the
identification of Griggs by Mr. Jackson. Mr. Waldrep authorized a
warrant(s) to be obtained on Griggs for Robbery 1st and Attempted
b der.
At approx. 17:55 Hrs. R/O was able to make telephone contact with Mr.
Dennis Boswell,Circuit Court Magistrate. R/O advised the circumstance(s)
of the case. Mr. Boswell advised he would be en-route to the courthouse
to sign warrants for the arrest of Griggs.
At approx. 18:10 hrs. R/O made contact with Mr. Jackson and Mr. Harris
in the lobby of the police department.Both Jackson and Harris advised
R/O the circumstances regarding the identification and apprehension of Griggs at
Peachtree Mall.R/O advised for Mr. Jackson and Mr. Griggs to follow R/O
to the Russelll County Courthouse.
At approx. 18:20 hrs. Jackson,Harris,& R/O met with Mr. Boswell at the
courthouse. Mr. Boswell completed warrants for attempted murder and
robbery 1st.Mr.Jackson signed the warrants.
R/O made telephone contact with Lt. L. Miller (C.P.D.) and advised that
warrants and certified copies had been obtained for the arrest of Griggs.
R/O made telephone contact with Sgt. Michael Vargo(194) and advised him
of the circumstances of the identification of Avery Griggs and that
warrants had been obtained. Sgt. Vargo advised that he would respond to
C.P.D. Persons Crimes and interview Mr. Griggs.
R/O traveled to C.P.D. and met with Sgt. Vargo and Lt. Miller in the
Person Crimes Division. Sgt. Vargo indicated that Mr. Griggs wished an
attorney.Sgt. Vargo presented R/O with items recovered from Mr. Grigg's
wallet during a inventory of his (Griggs) personal property.
Sgt. Vargo and R/O entered the interview room and presented Mr. Griggs
with items recovered from his wallet.
vestigators were in the process of leaving C.P.D.and Sgt. Vargo

000055

stepped back into the interview room where Mr. Griggs was. Sgt. Vargo
advised that Mr. Griggs was willing to give a statement regarding the
shooting of Mr. Jackson and theft of the Lincoln Navigator on 08-26-00.
A blank vhs tape was obtained from Lt. Miller and Mr. Griggs gave a taped
statement to Sgt. Vargo. Mr.Griggs waived his rights to an attorney
a   signed a waiver prior to the statement being given at approx. 20:10 Hrs.

C00056

STATE OF ALABAMA                    )        IN THE CIRCUIT COURT OF
                                    )
          PLAINTIFF,                )        RUSSELL COUNTY, ALABAMA
                                    )
     VS.                            )        CASE NO.: CC 01-252
                                    )                   01-253
_Avery L. Griggs_                   )
          DEFENDANT.                )

ORDER

     This matter coming before the Court for call of the criminal
trial docket on November 13, 2001.  It is therefore,

     **ORDERED, ADJUDGED AND DECREED:**

___  Upon failure of the defendant to appear in Court on this date,
     an alias writ and preliminary forfeiture is **ORDERED**.

___  Upon request/motion made in open court this matter is
     continued to trial docket set for _____, 2002.

___  Plea deadline is extended to _____, 2002 at 10:00 A.M.

___  Docket call is set for _____, 2002 at 10:00 A.M.

✓    Motion to consolidate is ✓ granted  ___ denied.

✓    Hearing on Motion to suppress is set for _11-19-01 at 2:00 PM_

___  Hearing on Motion to consolidate is set for _____.

___  Case is transferred to District Court/Municipal Court for
     disposition.

___  _____
     _____

     **DONE** this the 13th day of November, 2001.

                              _George Shelor_
                              JUDGE, CIRCUIT COURT

000057

STATE OF ALABAMA                    )        IN THE CIRCUIT COURT OF
                                    )
            PLAINTIFF,              )        RUSSELL COUNTY, ALABAMA
                                    )
      VS.                           )        CASE NO.: CC 01-252,253
                                    )
AVERY L. GRIGGS                     )
                                    )
            DEFENDANT.              )

## ORDER

The parties appearing before the Court for a hearing on the Defendant's motion to suppress, the State making it known to the Court that upon reviewing their files that the motion was in fact due to be granted and that the State had no objections to the Court granting said motion to suppress. It is therefore ORDERED that the Defendant's motion to Suppress is granted.

DONE this the 19th day of November, 2001.

_George Green_
JUDGE, CIRCUIT COURT

TERM DATE: 12/03/2001    PANEL: ALL    STATUS: ALL
----------------------------------------------------------------------
STRIKE  JUROR'S NAME / ADDRESS          BIRTH DATE   SEX  RACE    PANEL    JUROR#
----------------------------------------------------------------------

```
0067  MOFFETT ROBERT JR              12/25/1941   M    B     00    000512
      P O BOX 3203                   STATUS: DISQUALIFIED
      PHENIX CITY AL  36868          OCCUP:
----------------------------------------------------------------------
0001  ADKINS ULYSSES                 12/26/1950   M    B     01    002081
      109 GULLATT ROAD               STATUS: OTHER
      OPELIKA AL  36804              OCCUP:
----------------------------------------------------------------------
0002  ALEXANDER RANDY DEE II         03/22/1977   M    B     01    013048
      PO BOX 355                     STATUS: OTHER
      FORT MITCHELL  AL  36856       OCCUP:
----------------------------------------------------------------------
0003  AVERY DAVID LEE                02/04/1933   M    B     01    000546
      P O BOX 20                     STATUS: OTHER
      FORT MITCHELL  AL  36856       OCCUP:
----------------------------------------------------------------------
0004  BARRETT NANCY H                08/13/1954   F    W     01    030537
      35 SOMMERSET DR                STATUS: OTHER
      PHENIX CITY AL  36867          OCCUP:
      COMMENTS: EXCUSED WEDNESDAY
----------------------------------------------------------------------
0005  BOELZ KACE STOKES              01/16/1971   F    W     01    028040
      3805 LYNN DRIVE                STATUS: EXCUSED
      PHENIX CITY  AL  36867         OCCUP:
      COMMENTS: 8 MONTHS PREG
----------------------------------------------------------------------
0006  BOWERS STEVEN G                09/27/1971   M    W     01    036363
      723 29TH STREET                STATUS: DISQUALIFIED
      PHENIX CITY  AL  36867         OCCUP:
      COMMENTS: MOVED TO LEE CO.
----------------------------------------------------------------------
0007  BRADLEY RHONDA KAY             11/17/1968   F    W     01    021372
      3003 POYNER DRIVE LOT 12       STATUS: FAILED TO APPEAR
      PHENIX CITY AL  36870          OCCUP:
----------------------------------------------------------------------
0008  BROOKS RONALD EDWARD           07/09/1955   M    W     01    001665
      41 WESTSIDE DRIVE              STATUS: OTHER
      PHENIX CITY AL  36869          OCCUP:
----------------------------------------------------------------------
0009  BROOKS TOMMY LEE               11/11/1966   M    B     01    005411
      1 B  LP STOUGH APTS            STATUS: FAILED TO APPEAR
      PHENIX CITY AL  36867          OCCUP:
----------------------------------------------------------------------
0010  BROWN DONALD EUGENE JR         08/28/1971   M    W     01    009547
      59 PINECREST DR 5              STATUS: EXCUSED
      SEALE  AL  36875               OCCUP:
      COMMENTS: CPA- BUSY TIME
----------------------------------------------------------------------
0011  BROWN MISTY R                  08/24/1978   F    W     01    016793
      3300 14TH STREET               STATUS: DISQUALIFIED
      PHENIX CITY  AL  36869         OCCUP:
      COMMENTS: MOVED TO BALDWIN C
----------------------------------------------------------------------
0012  CAIN LARRY D                   08/05/1965   M    W     01    031369
      4200 BRIDGECREST DRIVE AP      STATUS: UNDELIVERED
      PHENIX CITY AL  36867          OCCUP:
----------------------------------------------------------------------
0013  CASEY JANICE SMITH             11/26/1957   F    W     01    018041
      4 SKYLARK DR                   STATUS: UNDELIVERED
      PHENIX CITY AL  36867          OCCUP:
----------------------------------------------------------------------
```

```
JUP220                    ALABAMA JUDICIAL INFORMATION SYSTEM        PAGE:    2
OPER: SHG                          RUSSELL COUNTY                 RUN DATE: 07/26/2002
                              JUROR VENIRE BY STRIKE#             RUN TIME: 13:12:5   000059

TERM DATE: 12/03/2001    PANEL: ALL    STATUS: ALL
-------------------------------------------------------------------------------
STRIKE  JUROR'S NAME / ADDRESS        BIRTH DATE   SEX  RACE   PANEL   JUROR#
-------------------------------------------------------------------------------

0014  CASON JUARENE WILLIAMS          10/24/1955   F    B     01     000416
      1713 EPWORTH ST                 STATUS: OTHER
      PHENIX CITY  AL  36869          OCCUP:
-------------------------------------------------------------------------------
0015  COLLINS HELEN HUGHLEY M         01/07/1940   F    B     01     032201
      900 14TH AVE                    STATUS: OTHER
      PHENIX CITY  AL  36867          OCCUP:
-------------------------------------------------------------------------------
0016  COOK RICHARD BERNARD            02/18/1970   M    B     01     008882
      1801 AUBURN ROAD                STATUS: UNDELIVERED
      PHENIX CITY  AL  36867          OCCUP:
-------------------------------------------------------------------------------
0017  COOPER CORY WAYNE               11/05/1976   M    W     01     034699
      3005 HEATHER COURT              STATUS: OTHER
      PHENIX CITY  AL  36867          OCCUP:
-------------------------------------------------------------------------------
0018  COPES DOROTHY POPE              08/22/1935   F    W     01     027207
      5 PATRICIA DR                   STATUS: EXCUSED
      PHENIX CITY  AL  36869          OCCUP:
      COMMENTS: WORKS ON COMMISSIO
-------------------------------------------------------------------------------
0019  CROWELL TIFFINEY N              12/03/1970   F    B     01     028872
      6 MOSES PLACE                   STATUS: FAILED TO APPEAR
      PHENIX CITY  AL  36869          OCCUP:
-------------------------------------------------------------------------------
0020  DAVIS GERRYE NELLINE HE         07/31/1940   F    W     01     003883
      P O BOX 33                      STATUS: OTHER
      SEALE  AL  36875                OCCUP:
-------------------------------------------------------------------------------
0021  DAVIS ROSEVELT                  09/26/1962   M    B     01     016377
      PO BOX 454                      STATUS: FAILED TO APPEAR
      HURTSBORO  AL  36860            OCCUP:
-------------------------------------------------------------------------------
0022  DENTLER CYNTHIA ANN             11/30/1962   F    W     01     014713
      PO BOX 133                      STATUS: DISQUALIFIED
      FORT MITCHELL  AL  36856        OCCUP:
      COMMENTS: IN GERMANY
-------------------------------------------------------------------------------
0023  DIXON LEE                       08/10/1936   M    B     01     023458
      40 JOYCE DR                     STATUS: EXCUSED
      PHENIX CITY  AL  36869          OCCUP:
      COMMENTS: VISION IS BAD
-------------------------------------------------------------------------------
0024  DODD ELAINE PEARROW             11/03/1946   F    W     01     007076
      1910 TIMBERLAND DRIVE           STATUS: OTHER
      PHENIX CITY  AL  36867          OCCUP:
-------------------------------------------------------------------------------
0025  DORSEY DORENDIA SIMMONS         07/17/1964   F    B     01     007908
      966 HWY 165 LOT 119             STATUS: UNDELIVERED
      SEALE  AL  36875                OCCUP:
-------------------------------------------------------------------------------
0026  EILAND ROY                      02/26/1952   M    B     01     003467
      7 MERCER DR                     STATUS: OTHER
      SALEM  AL  36874                OCCUP:
-------------------------------------------------------------------------------
0027  EVANS JUDITH ELAINE             09/11/1944   F    W     01     011379
      2405 BROOKWOOD CIRCLE           STATUS: OTHER
      PHENIX CITY  AL  36867          OCCUP:
-------------------------------------------------------------------------------
```

```
JUP220                         ALABAMA JUDICIAL INFORMATION SYSTEM              PAGE:      3
OPER: SHG                               RUSSELL COUNTY                     RUN DATE: 07/26/2002
                                    JUROR VENIRE BY STRIKE#               RUN TIME: 13:12:51  000060
```

TERM DATE: 12/03/2001   PANEL: ALL   STATUS: ALL
--------------------------------------------------------------------------------
STRIKE  JUROR'S NAME / ADDRESS           BIRTH DATE   SEX  RACE    PANEL    JUROR#
--------------------------------------------------------------------------------

```
0028  FORD PATRICIA                  05/15/1969   F    B      01      002913
      P O BOX 59                   STATUS: OTHER
      FORT MITCHELL  AL  36856     OCCUP:
--------------------------------------------------------------------------------
0029  GARCIA MYRNA DORMITORIO        07/24/1952   F    O      01      001386
      1709 CARRIAGE DRIVE          STATUS: OTHER
      PHENIX CITY  AL  36867       OCCUP:
--------------------------------------------------------------------------------
0030  GARDNER XAVIER LASHAWN         01/27/1971   M    B      01      009715
      31 B  LP STOUGH APTS         STATUS: UNDELIVERED
      PHENIX CITY  AL  36867       OCCUP:
--------------------------------------------------------------------------------
0031  GILES REGINA ANDERSON          04/28/1967   F    W      01      030767
      69 LEE ROAD 2072             STATUS: UNDELIVERED
      VALLEY  AL  36854            OCCUP:
      COMMENTS: TEACHER/SCHOOL STA
--------------------------------------------------------------------------------
0032  GILLEY ERNEST DWAYNE           05/22/1961   M    W      01      004244
      1806 6TH AVENUE              STATUS: EXCUSED
      PHENIX CITY  AL  36867       OCCUP:
      COMMENTS: EMPLOYER HAS PD FO
--------------------------------------------------------------------------------
0033  GILLEY VIRGINIA DIANNE         11/19/1963   F    W      01      004579
      1806 6TH AVENUE              STATUS: POSTPONED
      PHENIX CITY  AL  36867       OCCUP:
      COMMENTS: MAIL CARRIER
--------------------------------------------------------------------------------
0034  GREGORY DEMETRIUS DARNE        12/21/1976   M    B      01      012632
      1119 4TH PLACE SOUTH         STATUS: FAILED TO APPEAR
      PHENIX CITY  AL  36869       OCCUP:
--------------------------------------------------------------------------------
0035  GRIGGS NELLIE RUTH             08/05/1940   F    W      01      003029
      3309 OVERLOOK DRIVE          STATUS: POSTPONED
      PHENIX CITY  AL  36867       OCCUP:
      COMMENTS: SHORT EMPLOYEES TH
--------------------------------------------------------------------------------
0036  GRIMES JUDY CHADWICK           05/24/1954   F    W      01      012953
      1801 46TH ST                 STATUS: EXCUSED
      PHENIX CITY  AL  36867       OCCUP:
      COMMENTS: EMPLOYMENT HARDSHI
--------------------------------------------------------------------------------
0037  GURLEY CYNTHIA YVONNE          04/08/1962   F    B      01      004163
      1109 A 1ST PLACE SOUTH       STATUS: UNDELIVERED
      PHENIX CITY  AL  36869       OCCUP:
--------------------------------------------------------------------------------
0038  HALL MILDRED WANGLE            02/24/1927   F    W      01      001802
      43 PATTERSON ROAD            STATUS: EXCUSED
      FORT MITCHELL  AL  36856     OCCUP:
      COMMENTS: GOING OUT OF TOWN
--------------------------------------------------------------------------------
0039  HANNA DEBORAH A                04/02/1965   F    W      01      029289
      ROUTE 1 BOX 43J              STATUS: UNDELIVERED
      SEALE  AL  36875             OCCUP:
--------------------------------------------------------------------------------
0040  HARRIS LATYSHIA KAVETA         07/29/1976   F    B      01      029832
      909 6TH PLACE SOUTH          STATUS: DISQUALIFIED
      PHENIX CITY  AL  36869       OCCUP:
      COMMENTS: MOVED
--------------------------------------------------------------------------------
0041  HEARD KING                     02/02/1944   M    B      01      008740
      1402 WRIGHT ROAD             STATUS: FAILED TO APPEAR
      PHENIX CITY  AL  36867       OCCUP:
--------------------------------------------------------------------------------
```

JUP220                    ALABAMA JUDICIAL INFORMATION SYSTEM          PAGE:     4
OPER: SHG                          RUSSELL COUNTY              RUN DATE: 07/26/2002
                              JUROR VENIRE BY STRIKE#          RUN TIME: 13:12:5

000061

TERM DATE: 12/03/2001    PANEL: ALL    STATUS: ALL

```
STRIKE   JUROR'S NAME / ADDRESS          BIRTH DATE   SEX  RACE   PANEL   JUROR#
-----------------------------------------------------------------------------------
0042   HIGHTOWER DONALD DAVID            02/10/1947    M    W      01     036778
       76 WOODLAND DRIVE                 STATUS: OTHER
       PHENIX CITY  AL  36869            OCCUP:
       COMMENTS: POSTPONMENT REQUES
-----------------------------------------------------------------------------------
0043   HODGE MARGARET LEE                08/26/1930    F    W      01     006975
       2103 S RAILROAD ST                STATUS: OTHER
       PHENIX CITY  AL  36867            OCCUP:

-----------------------------------------------------------------------------------
0044   HOOD ALLESANDRA NEKEETA           09/02/1975    F    B      01     022620
       901 25TH AVE APT C2               STATUS: UNDELIVERED
       PHENIX CITY  AL  36869            OCCUP:

-----------------------------------------------------------------------------------
0045   HUDSON DAVID LEWIS                11/04/1923    M    W      01     006660
       P O BOX 2819                      STATUS: DISQUALIFIED
       PHENIX CITY  AL  36868            OCCUP:
       COMMENTS: SICK
-----------------------------------------------------------------------------------
0046   HUDSON EDWARD PAUL                07/04/1976    M    W      01     013465
       1712 16TH AVE                     STATUS: OTHER
       PHENIX CITY  AL  36867            OCCUP:

-----------------------------------------------------------------------------------
0047   HUNTER LINDA LONG                 12/15/1950    F    B      01     018873
       UNIVERSITY APTS K 5               STATUS: OTHER
       PHENIX CITY  AL  36869            OCCUP:

-----------------------------------------------------------------------------------
0048   HUTCHINSON TERRY ALLEN            05/19/1955    M    W      01     015961
       2703 13TH AVENUE                  STATUS: OTHER
       PHENIX CITY  AL  36867            OCCUP:

-----------------------------------------------------------------------------------
0049   JACKSON FRED JUNIOR               10/11/1930    M    W      01     030953
       4460 OLD SEALE HWY                STATUS: DISQUALIFIED
       SEALE  AL  36875                  OCCUP:
       COMMENTS: STROKE VICTIM
-----------------------------------------------------------------------------------
0050   JENNINGS SANDY B                  01/04/1973    F    W      01     012216
       4 EASON DRIVE                     STATUS: OTHER
       PHENIX CITY  AL  36869            OCCUP:

-----------------------------------------------------------------------------------
0051   JOINER DEBORAH P                  09/14/1953    F    W      01     035947
       5 ASA COURT                       STATUS: UNDELIVERED
       SEALE  AL  36875                  OCCUP:

-----------------------------------------------------------------------------------
0052   JONES CELESTINE TONYA             08/28/1971    F    B      01     007630
       1611 8TH AVENUE                   STATUS: OTHER
       PHENIX CITY  AL  36867            OCCUP:

-----------------------------------------------------------------------------------
0053   KIRKLAND MERRY HARRIS             12/24/1960    F    W      01     031785
       23 SOMMERSET DR                   STATUS: POSTPONED
       PHENIX CITY  AL  36869            OCCUP:
       COMMENTS: NEW JOB
-----------------------------------------------------------------------------------
0054   LANCE NANCY LLOYD                 09/13/1947    F    W      01     036779
       4310 SUE DRIVE                    STATUS: POSTPONED
       PHENIX CITY  AL  36867            OCCUP:
       COMMENTS: HAS ALREADY PAID F
-----------------------------------------------------------------------------------
0055   LANIER CARRIE DAVIS               04/16/1955    F    B      01     010547
       5 MILLSTONE DRIVE                 STATUS: OTHER
       PHENIX CITY  AL  36867            OCCUP:

-----------------------------------------------------------------------------------
```

JUR220                    ALABAMA JUDICIAL INFORMATION SYSTEM                    PAGE:    5
OPER: SHG                         RUSSELL COUNTY                       RUN DATE: 07/26/2002
                           JUROR VENIRE BY STRIKE#                     RUN TIME: 13:12

000062

TERM DATE: 12/03/2001    PANEL: ALL    STATUS: ALL
----------------------------------------------------------------------------------------
STRIKE  JUROR'S NAME / ADDRESS          BIRTH DATE    SEX   RACE    PANEL    JUROR#
----------------------------------------------------------------------------------------

0056   LEMONS TIMOTHY                  07/22/1961    M     B      01      026371
       605 16TH AVE. SO.              STATUS: OTHER
       PHENIX CITY AL  36867          OCCUP:
----------------------------------------------------------------------------------------

0057   LEONARD REGGIE ANTIONO          08/08/1978    M     B      01      020122
       79 PRUDENCE RD PO BOX 98       STATUS: OTHER
       PITTSVIEW AL  36871            OCCUP:
----------------------------------------------------------------------------------------

0058   LIAS KENNETH NEAL               11/30/1964    M     B      01      013277
       800 LINCOLN DRIVE              STATUS: OTHER
       PHENIX CITY AL  36869          OCCUP:
----------------------------------------------------------------------------------------

0059   LINTON LESLIE MARIE             12/05/1972    F     W      01      017209
       2605 SOUTH RAILROAD STREE      STATUS: UNDELIVERED
       PHENIX CITY AL  36867          OCCUP:
----------------------------------------------------------------------------------------

0060   LONG MELINDA WHITMAN            10/11/1947    F     W      01      000970
       2302 45TH AVENUE               STATUS: OTHER
       PHENIX CITY AL  36867          OCCUP:
----------------------------------------------------------------------------------------

0061   MADDOX JOHN EDWIN               12/04/1960    M     W      01      025123
       5 CAROLINA ST                  STATUS: POSTPONED
       PHENIX CITY AL  36869          OCCUP:
       COMMENTS: NEW JOB
----------------------------------------------------------------------------------------

0062   MADDOX LUTHER GERALD            08/15/1931    M     W      01      021788
       24 BAY VIEW DRIVE              STATUS: FAILED TO APPEAR
       PHENIX CITY AL  36869          OCCUP:
----------------------------------------------------------------------------------------

0063   MARTIN JESSE BRUCE              08/03/1961    M     W      01      000130
       2013 S SEALE ROAD              STATUS: EXCUSED
       PHENIX CITY AL  36869          OCCUP:
       COMMENTS: WIFE HAS CANCER
----------------------------------------------------------------------------------------

0064   MATHEWS NICEY TAYLOR            03/19/1959    F     W      01      027623
       4747 HWY 431 S                 STATUS: DISQUALIFIED
       SEALE  AL  36875               OCCUP:
       COMMENTS: NEEDED POST., BUT
----------------------------------------------------------------------------------------

0065   MAXWELL GEORGE CLARENCE         12/03/1941    M     W      01      020538
       107 25TH STREET                STATUS: EXCUSED
       PHENIX CITY AL  36867          OCCUP:
       COMMENTS: KNEE SURGERY
----------------------------------------------------------------------------------------

0066   MILES EMBRY L                   01/11/1973    M     B      01      028225
       304 C RIVERVIEW APTS           STATUS: FAILED TO APPEAR
       PHENIX CITY AL  36867          OCCUP:
----------------------------------------------------------------------------------------

0067   MILLS TERESA D                  11/01/1959    F     W      01      020955
       1007 16TH STREET               STATUS: UNDELIVERED
       PHENIX CITY AL  36867          OCCUP:
----------------------------------------------------------------------------------------

0068   MOON U LEO                      08/09/1947    M     W      01      004139
       2105 PAUL DRIVE                STATUS: OTHER
       PHENIX CITY AL  36867          OCCUP:
       COMMENTS: MOTHER PASSED
----------------------------------------------------------------------------------------

0069   MOSES RONNIE GENE               06/16/1950    M     B      01      017625
       1302 6TH PLACE SOUTH APT       STATUS: FAILED TO APPEAR
       PHENIX CITY AL  36867          OCCUP:
----------------------------------------------------------------------------------------

```
JUR220        ALABAMA JUDICIAL INFORMATION SYSTEM        PAGE     6
OPER: SHG                     RUSSELL COUNTY          RUN DATE: 07/26/2002
                         JUROR VENIRE BY STRIKE#      RUN TIME: 13:12:51
```

C00063

TERM DATE: 12/03/2001   PANEL: ALL   STATUS: ALL
--------------------------------------------------------------------------
STRIKE  JUROR'S NAME / ADDRESS      BIRTH DATE   SEX  RACE   PANEL   JUROR#
--------------------------------------------------------------------------

```
0070  MOURING JUANITA SAPP          09/13/1932   F    W     01     018224
      2 PINERIDGE TRAIL            STATUS: OTHER
      PHENIX CITY AL 36869         OCCUP:
      COMMENTS: HAS RESERVATIONS O
--------------------------------------------------------------------------
0071  MYERS STEPHEN CHRISTOPH        10/26/1967   M    W     01     033034
      2701 1ST AVENUE              STATUS: OTHER
      PHENIX CITY AL 36867         OCCUP:

--------------------------------------------------------------------------
0072  NEVELS GLENDA MORRIS           06/30/1943   F    W     01     026787
      1900 LYNN DRIVE              STATUS: EXCUSED
      PHENIX CITY AL 36867         OCCUP:
      COMMENTS: JUST HAD SURGERY
--------------------------------------------------------------------------
0073  NEWMAN WANDA LYNN PAGE         11/03/1964   F    W     01     003051
      15 NEWMAN DRIVE              STATUS: OTHER
      SEALE AL 36875               OCCUP:

--------------------------------------------------------------------------
0074  NEWSOME ALTON O JR             05/01/1919   M    W     01     006381
      185 WOODLAND DRIVE           STATUS: DISQUALIFIED
      PHENIX CITY AL 36869         OCCUP:
      COMMENTS: HEALTH
--------------------------------------------------------------------------
0075  NOLAN CALVIN LEE               08/19/1956   M    W     01     005548
      19 ALLEN RD                  STATUS: EXCUSED
      PHENIX CITY AL 36867         OCCUP:
      COMMENTS: HARDSHIP, WORKS OU
--------------------------------------------------------------------------
0076  OLDS FAYE STROUD               09/18/1951   F    W     01     021862
      677 HWY 169 S                STATUS: OTHER
      SEALE AL 36875               OCCUP:
      COMMENTS: ON VACATION
--------------------------------------------------------------------------
0077  OLSON CHRISTOPHER LONG         10/14/1974   M    W     01     032617
      95 PIONEER DRIVE             STATUS: DISQUALIFIED
      SEALE AL 36875               OCCUP:
      COMMENTS: CONVICTED FELON
--------------------------------------------------------------------------
0078  PARHAM JEROME                  01/03/1953   M    B     01     024707
      814 28TH AVE                 STATUS: EXCUSED
      PHENIX CITY AL 36867         OCCUP:
      COMMENTS: WORKS OUT OF TOWN
--------------------------------------------------------------------------
0079  PARMER-PEED LINDA JOYCE        04/30/1965   F    W     01     006797
      98 WHITETAIL ROAD            STATUS: OTHER
      SEALE AL 36875               OCCUP:

--------------------------------------------------------------------------
0080  PEASE SUSAN D                  06/27/1959   F    W     01     033867
      614 SKYLINE DRIVE            STATUS: FAILED TO APPEAR
      FORTSON GA 31808             OCCUP:

--------------------------------------------------------------------------
0081  POPE TOMMY W                   10/02/1958   M    W     01     009298
      13 RAMSEY ROAD               STATUS: EXCUSED
      PHENIX CITY AL 36869         OCCUP:
      COMMENTS: NO REPLACEMENT AT
--------------------------------------------------------------------------
0082  POWERS LARRY REGINALD          01/18/1952   M    W     01     037197
      2003 SANDFORT RD             STATUS: OTHER
      PHENIX CITY AL 36869         OCCUP:

--------------------------------------------------------------------------
0083  RIVERS DAVIE LEE               02/24/1968   M    B     01     033451
      300 6TH PLACE APT 105 B      STATUS: FAILED TO APPEAR
      PHENIX CITY AL 36867         OCCUP:

--------------------------------------------------------------------------
```

```
JUR24  ALABAMA JUDICIAL INFORMATION SYSTEM                      PAGE:  7
OPER: SHG                        RUSSELL COUNTY              RUN DATE: 07/26/2002
                              JUROR VENIRE BY STRIKE#        RUN TIME: 13:12:51
                                                                       000064

TERM DATE: 12/03/2001   PANEL: ALL   STATUS: ALL
-------------------------------------------------------------------------------
STRIKE  JUROR'S NAME / ADDRESS          BIRTH DATE   SEX  RACE   PANEL   JUROR#
-------------------------------------------------------------------------------
0084  ROGERS JANICE SMITH            11/22/1963    F     B      01     015129
      1707 8TH STREET SOUTH          STATUS: UNDELIVERED
      PHENIX CITY  AL  36869         OCCUP:
-------------------------------------------------------------------------------
0085  ROLISON NICOLE HERRING         05/21/1973    F     W      01     028456
      1409 29TH ST                   STATUS: DISQUALIFIED
      PHENIX CITY  AL  36867         OCCUP:
      COMMENTS: MOVED TO GA
-------------------------------------------------------------------------------
0086  ROMERO OMAR C                  10/05/1967    M     X      01     029705
      P O BOX 146                    STATUS: UNDELIVERED
      FT MITCHELL  AL  36856         OCCUP:
-------------------------------------------------------------------------------
0087  ROSS WALTER LEE                12/15/1955    M     B      01     035115
      8 LEXINGTON CIRCLE             STATUS: FAILED TO APPEAR
      PHENIX CITY  AL  36869         OCCUP:
-------------------------------------------------------------------------------
0088  RUTLEDGE CAROLYN F             07/23/1956    F     B      01     025539
      PO BOX 3256                    STATUS: UNDELIVERED
      PHENIX CITY  AL  36868         OCCUP:
-------------------------------------------------------------------------------
0089  RUTLEDGE MARIA WASHINGT        07/22/1977    F     B      01     007213
      226 BATTLE RD                  STATUS: OTHER
      HURTSBORO  AL  36860           OCCUP:
-------------------------------------------------------------------------------
0090  SANKS MARTHA                   03/25/1940    F     B      01     009156
      P O BOX 28 CO RD 4             STATUS: EXCUSED
      PITTSVIEW  AL  36871           OCCUP:
      COMMENTS: BAD HEALTH
-------------------------------------------------------------------------------
0091  SHORT WALTON EUGENE            07/10/1978    M     W      01     003329
      10354 US HWY 29 N  LOT 50      STATUS: FAILED TO APPEAR
      VALLEY  AL  36854              OCCUP:
-------------------------------------------------------------------------------
0092  SIMS GAIL F                    06/22/1963    F     B      01     038032
      12 FARM COURT                  STATUS: UNDELIVERED
      PHENIX CITY  AL  36869         OCCUP:
-------------------------------------------------------------------------------
0093  SINGLETON AUDREY MAE           07/08/1927    F     W      01     003745
      7585 LEE ROAD 240              STATUS: UNDELIVERED
      PHENIX CITY  AL  36867         OCCUP:
      COMMENTS: LEE CO.
-------------------------------------------------------------------------------
0094  SKIPPER FRANKIE S              02/04/1930    F     W      01     012261
      104 BAYVIEW DRIVE              STATUS: OTHER
      PHENIX CITY  AL  36869         OCCUP:
-------------------------------------------------------------------------------
0095  SLEMONS BRIAN PATRICK          08/06/1978    M     W      01     004299
      10 SOMMERSET CT                STATUS: EXCUSED
      PHENIX CITY  AL  36869         OCCUP:
      COMMENTS: IN TRAINING/HARDSH
-------------------------------------------------------------------------------
0096  SMITH TEMPLE                   12/15/1911    M     W      01     015545
      P O BOX 52                     STATUS: FAILED TO APPEAR
      PHENIX CITY  AL  36868         OCCUP:
-------------------------------------------------------------------------------
0097  SPIVERY NANCY M                02/08/1934    F     B      01     007492
      110 17TH AVENUE SO             STATUS: OTHER
      PHENIX CITY  AL  36867         OCCUP:
-------------------------------------------------------------------------------
```

```
JUR220                      ALABAMA JUDICIAL INFORMATION SYSTEM                    PAGE:    8
OPER: SHG                              RUSSELL COUNTY                     RUN DATE: 07/26/2002
                                  JUROR VENIRE BY STRIKE#                 RUN TIME: 13:12:51

TERM DATE: 12/03/2001    PANEL: ALL    STATUS: ALL                            000065
-------------------------------------------------------------------------------------------
STRIKE  JUROR'S NAME / ADDRESS           BIRTH DATE    SEX  RACE    PANEL    JUROR#
-------------------------------------------------------------------------------------------
0098    STICKNEY WILLIAM JR              04/16/1966     M    B       01      019289
        1108 1ST PLACE SOUTH          STATUS: UNDELIVERED
        PHENIX CITY  AL  36869           OCCUP:

-------------------------------------------------------------------------------------------
0099    STRING CHARLES HERBERT           03/27/1956     M    W       01      006243
        PO BOX 207                    STATUS: UNDELIVERED
        FORT MITCHELL  AL  36856         OCCUP:

-------------------------------------------------------------------------------------------
0100    SUGGS CHRISTOPHER JAMES          04/09/1979     M    W       01      001249
        1809 46TH ST                  STATUS: DISQUALIFIED
        PHENIX CITY  AL  36867           OCCUP:
        COMMENTS: MOVED TO LEE CO.
-------------------------------------------------------------------------------------------
0101    SYKES CARIA L THOMAS             12/04/1944     F    B       01      004995
        95 BATTLE ROAD                STATUS: EXCUSED
        HURTSBORO  AL  36860            OCCUP:
        COMMENTS: TAKING CARE OF TER
-------------------------------------------------------------------------------------------
0102    TALLEY WILLIAM WARREN            07/06/1952     M    W       01      005965
        3207 SILVER LAKE DR           STATUS: UNDELIVERED
        PHENIX CITY  AL  36867           OCCUP:

-------------------------------------------------------------------------------------------
0103    TAYLOR MONA JONES                04/30/1960     F    B       01      001119
        901 28TH AVE                  STATUS: OTHER
        PHENIX CITY  AL  36869           OCCUP:

-------------------------------------------------------------------------------------------
0104    THOMAS DAVID L                   10/04/1933     M    B       01      035531
        702 KAOLIN DRIVE              STATUS: EXCUSED
        PHENIX CITY  AL  36869           OCCUP:
        COMMENTS: CANT READ
-------------------------------------------------------------------------------------------
0105    THOMAS JEPEMIAH JOEL             10/12/1979     M    B       01      002635
        PO BOX 14                     STATUS: EXCUSED
        PITTSVIEW  AL  36871            OCCUP:
        COMMENTS: COLLEGE STUDENT -
-------------------------------------------------------------------------------------------
0106    THOMAS JOSHUA CHARLES I          12/22/1967     M    W       01      022204
        3719 HARTFORD HWY             STATUS: FAILED TO APPEAR
        DOTHAN  AL  36305               OCCUP:

-------------------------------------------------------------------------------------------
0107    THOMAS RICHARD RAYMOND           05/14/1956     M    W       01      008324
        PO BOX 1819 STADIUM DR        STATUS: FAILED TO APPEAR
        PHENIX CITY  AL  36867           OCCUP:

-------------------------------------------------------------------------------------------
0108    THOMASON CEPHAS VALVAZE          09/07/1937     M    W       01      005132
        237 HITCHITEE ROAD            STATUS: EXCUSED
        SEALE  AL  36875               OCCUP:
        COMMENTS: DENTIST
-------------------------------------------------------------------------------------------
0109    TROTMAN DORIS H                  03/04/1916     F    W       01      008463
        1 WALNUT DRIVE                STATUS: DISQUALIFIED
        PHENIX CITY  AL  36869           OCCUP:
        COMMENTS: NURSING HOME
-------------------------------------------------------------------------------------------
0110    UPSHAW ULYSSES                   12/01/1950     M    B       01      002497
        2404 13TH AVENUE              STATUS: OTHER
        PHENIX CITY  AL  36867           OCCUP:

-------------------------------------------------------------------------------------------
0111    VEASEY YVONNE EILAND             08/03/1936     F    W       01      025955
        1402 9TH STREET SOUTH         STATUS: POSTPONED
        PHENIX CITY  AL  36869           OCCUP:

-------------------------------------------------------------------------------------------
```

00066

TERM DATE: 12/03/2001    PANEL: ALL    STATUS: ALL

```
STRIKE  JUROR'S NAME / ADDRESS          BIRTH DATE   SEX  RACE   PANEL    JUROR#
------------------------------------------------------------------------------------
0112   WADE JO ANN CHANCELLOR          11/22/1938    F    W      01      031637
       4700 16TH AVENUE                STATUS: EXCUSED
       PHENIX CITY  AL  36867          OCCUP:
       COMMENTS: TRAINING WITH WORK
------------------------------------------------------------------------------------
0113   WAGONER KATHY J                 07/20/1950    F    W      01      024290
       21 POWELL DRIVE                 STATUS: EXCUSED
       SEALE  AL  36875                OCCUP:
       COMMENTS: CARTAKER OF HUSBAN
------------------------------------------------------------------------------------
0114   WALKER MARC ANTHONY             07/25/1959    M    B      01      008047
       1701 8TH PL S                   STATUS: EXCUSED
       PHENIX CITY  AL  36869          OCCUP:
       COMMENTS: CARETAKER OF MOTHE
------------------------------------------------------------------------------------
0115   WATSON RODNEY SCOTT             04/08/1965    M    W      01      014297
       89A BAYVIEW DRIVE               STATUS: EXCUSED
       PHENIX CITY  AL  36869          OCCUP:
       COMMENTS: SELF EMPLOYED-HARD
------------------------------------------------------------------------------------
0116   WEBSTER JIMMIE DARLENE          09/04/1957    F    W      01      005827
       2312 DOBBS DRIVE                STATUS: OTHER
       PHENIX CITY  AL  36870          OCCUP:
------------------------------------------------------------------------------------
0117   WHITEHEAD PATRICK D             09/28/1977    M    W      01      002218
       1764 BRICKYARD ROAD             STATUS: OTHER
       PHENIX CITY  AL  36869          OCCUP:
------------------------------------------------------------------------------------
0118   WHITENER TRAVIS EUGENE          12/21/1974    M    W      01      030121
       909 S SEALE RD                  STATUS: FAILED TO APPEAR
       PHENIX CITY  AL  36869          OCCUP:
------------------------------------------------------------------------------------
0119   WIGGINS DAVID H                 08/22/1972    M    W      01      004715
       PO BOX 118                      STATUS: DISQUALIFIED
       FORT MITCHELL  AL  36856        OCCUP:
       COMMENTS: MOVED TO GA
------------------------------------------------------------------------------------
0120   WILBORN JERRY LEE               03/14/1975    M    B      01      019706
       58 MAYFLOWER DR                 STATUS: OTHER
       HURTSBORO  AL  36860            OCCUP:
------------------------------------------------------------------------------------
0121   WILLIAMS GEORGE THOMAS          03/20/1939    M    W      01      013881
       2910 WAR EAGLE DRIVE            STATUS: OTHER
       PHENIX CITY  AL  36870          OCCUP:
------------------------------------------------------------------------------------
0122   WILLIAMS GERALDINE ALEX         07/21/1947    F    B      01      037614
       229 HWY 165                     STATUS: OTHER
       PHENIX CITY  AL  36869          OCCUP:
------------------------------------------------------------------------------------
0123   WILLIAMS JOHNNY CLARENC         10/16/1955    M    B      01      023036
       136 CHRISTINE DR                STATUS: FAILED TO APPEAR
       HATCHECHUBBEE  AL  36858        OCCUP:
------------------------------------------------------------------------------------
0124   WILLIAMS SHIRLEY MCCOY          04/23/1952    F    B      01      011795
       230 A HWY 165                   STATUS: OTHER
       PHENIX CITY  AL  36867          OCCUP:
------------------------------------------------------------------------------------
0125   WILSON SHIRLEY STILL            12/19/1946    F    W      01      010131
       112 THE LANE                    STATUS: FAILED TO APPEAR
       PHENIX CITY  AL  36869          OCCUP:
------------------------------------------------------------------------------------
```

```
JUR220                    ALABAMA JUDICIAL INFORMATION SYSTEM              PAGE:    10
OPER: SHG                         RUSSELL COUNTY                    RUN DATE: 07/26/2002
                              JUROR VENIRE BY STRIKE#               RUN TIME: 13:12:51
```
                                                                              000067

TERM DATE: 12/03/2001   PANEL: ALL   STATUS: ALL
------------------------------------------------------------------------------------

STRIKE  JUROR'S NAME / ADDRESS          BIRTH DATE   SEX  RACE   PANEL   JUROR#
------------------------------------------------------------------------------------

 0126   WILSON TERESA DIANE             07/31/1972    F    W      01     020776
        112 THE LANE                  STATUS: POSTPONED
        PHENIX CITY  AL  36869        OCCUP:
        COMMENTS: WORK/HARDSHIP
------------------------------------------------------------------------------------
 0127   WINDON KATHY MAE                05/17/1965    F    W      01     010963
        29 SAWDUST TRAIL              STATUS: OTHER
        SEALE  AL  36875              OCCUP:

------------------------------------------------------------------------------------
 0128   WOODHAM TEDDI SHERIAL H         06/14/1962    F    W      01     023874
        1820 18TH AVENUE             STATUS: EXCUSED
        PHENIX CITY  AL  36867       OCCUP:
        COMMENTS: EMPLOYMENT HARDSHI
------------------------------------------------------------------------------------
 0129   WOODS BRENDA ANN                10/15/1967    F    B      01     018457
        174 A BLACKBOTTOM ROAD        STATUS: OTHER
        SEALE  AL  36875              OCCUP:

------------------------------------------------------------------------------------
 0130   YOUNG SHERMAN L                 07/18/1942    M    W      01     000833
        41 OLD WARE ROAD             STATUS: UNDELIVERED
        PHENIX CITY  AL  36869       OCCUP:
        COMMENTS: DECEASED
------------------------------------------------------------------------------------
 0131   YOUNGSTROM DIANA BROWN          03/24/1950    F    W      01     034283
        1911 KIMBERLY DR             STATUS: EXCUSED
        PHENIX CITY  AL  36867       OCCUP:
        COMMENTS: SURGERY
------------------------------------------------------------------------------------



              * * *   P R O G R A M   T O T A L S * * *


        RECORDS WRITTEN:   132

```
JUS250                   A  AMA JUDICIAL INFORMATION  STEM      RUN DATE: 12/03/2001
OPER: JOS                         RUSSELL COUNTY                 RUN TIME: 08:11:35
                           STRIKE LIST BY: STRIKE#

TERM DATE: 12/03/2001   PANEL: 001   STATUS: A

STRIKE  JUROR'S NAME                  STRIKE  JUROR'S NAME               43
```

| STRIKE | JUROR'S NAME | | STRIKE | JUROR'S NAME |
|---|---|---|---|---|
| 0001 | ADKINS ULYSSES | | 0097 | SPIVERY NANCY M |
| ~~0002~~ | ~~ALEXANDER RANDY DEE II~~ | | ~~0103~~ | ~~TAYLOR MONA JONES~~ |
| 0004 | BARRETT NANCY H | | ~~0113~~ | ~~UPSHAW ULYSSES~~ |
| 0008 | BROOKS RONALD EDWARD | | 0116 | WEBSTER JIMMIE DARLENE Robin |
| ~~0010~~ | ~~BROWN DONALD EUGENE JR~~ | | 0117 | WHITEHEAD PATRICK D |
| 0014 | CASON JUARENE WILLIAMS | | ~~0120~~ | ~~WILBORN JERRY LEE~~ |
| 0015 | COLLINS HELEN HUGHLEY M | | ~~0121~~ | ~~WILLIAMS GEORGE THOMAS~~ |
| ~~0017~~ | ~~COOPER CORY WAYNE~~ | | ~~0123~~ | ~~WILLIAMS GERALDINE ALEX~~ |
| ~~0020~~ | ~~DAVIS GERRYE NELLINE WE~~ | | ~~0124~~ | ~~WILLIAMS SHIRLEY MCCOY~~ |
| 0024 | DODD ELAINE PEARROW | | ~~0127~~ | ~~WINDON KATHY MAE~~ |
| 0026 | EILAND ROY | | ~~0129~~ | ~~WOODS BRENDA ANN~~ |
| ~~0027~~ | ~~EVANS JUDITH ELAINE~~ 1 | | | |
| ~~0028~~ | ~~FORD PATRICIA~~ | | | |
| 0029 | GARCIA MYRNA DORMITORIO | | | |
| 0042 | HIGHTOWER DONALD DAVID | | | |
| ~~0043~~ | ~~HODGE MARGARET LEE~~ 2 | | | |
| 0046 | HUDSON EDWARD PAUL | | | |
| ~~0047~~ | ~~HUNTER LINDA LONG~~ | | | |
| 0048 | HUTCHINSON TERRY ALLEN | | | |
| 0050 | JENNINGS SANDY B 7 Att. | | | |
| ~~0056~~ | ~~LEMONS TIMOTHY~~ | | | |
| 0057 | LEONARD REGGIE ANTIONO | | | |
| ~~0058~~ | ~~LIAS KENNETH NEAL~~ exc. | | | |
| ~~0063~~ | ~~MOON ULYSSES~~ 3 | | | |
| 0070 | MOURING JUANITA SAPP | | | |
| 0071 | MYERS STEPHEN CHRISTOPH | | | |
| 0073 | NEWMAN WANDA LYNN PAGE | | | |
| 0076 | OLDS FAYE STROUD | | | |
| ~~0079~~ | ~~PARMER REED LINDA JOYCE~~ 5 | | | |
| ~~0082~~ | ~~POWERS LARRY REGINALD~~ 6 | | | |
| ~~0089~~ | ~~RUTLEDGE MARIA Washington~~ | | | |
| ~~0094~~ | ~~SKIPPER FRANKIE S~~ 4 | | | |

CC-01-252-253        Dec. 3 2001

State of AL vs. Avery Griggs
Davis                Pope

| S | D |
|---|---|
| 1- 103 | 1- 27 |
| 2- 47 | 2- 43 |
| 3- 89 | 3- 68 |
| 4- 110 | 4- 94 |
| 5- 129 | 5- 79 |
| 6- 127 | 6- 82 |
| 7- 124 | 7- 50     Att. |
| 8- | 8- |
| 8- | 8- |
| 8- | |

CASE #  00FE22680

00069

DEFENDANT  AVERY LAPREZ GRIGGS

CHARGE  ATTEMPT TO COMMIT MURDER/ ROBBERY 1ST

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

X 1. NAME  DEMETRIUS A. JACKSON _____  EMPLOYER  GATEWAY LINCOLN MERCURY
ADDRESS  3755 OAK DRIVE    COLUMBUS,GEORGIA 31907
HOME PHONE  (706) 568-3392 _____  WORK PHONE  (706) 322-5575
CAN TESTIFY TO:  BEING THE VICTIM OF SAID CRIME. IDENTIFIED OFFENDER IN
PEACHTREE MALL ON 10-19-00 WHICH LED TO ARREST OF OFFENDER.

X 2. NAME  INV. MIKE VARGO _____  EMPLOYER  PCPD
ADDRESS  1111 BROAD STREET PHENIX CITY,ALABAMA 36867
HOME PHONE  ( )  - _____  WORK PHONE  (334) 448-2800
CAN TESTIFY TO:  ASSIGNED TO THE CASE. INTERVIEWED OFFENDER WHO CONFESSED
CONFESSED TO INV.

3. NAME  LT.BRIAN MCGARR _____  EMPLOYER  PCPD
ADDRESS  1111 BROAD STREET PHENIX CITY,ALABAMA 36867
HOME PHONE  ( )  - _____  WORK PHONE  (334) 448-2800
CAN TESTIFY TO:  ASSISTING IN CRIME SCENE AREA. PHOTOGRAPHED RECOVERED
LINCOLN NAVIGATOR. SPOKE W/ VICTIM AT THE MEDICAL CENTER.

4. NAME  INV.RICKEY LAWRENCE _____  EMPLOYER  PCPD
ADDRESS  1111 BROAD STREET PHENIX CITY,ALABAMA 36867
HOME PHONE  ( )  - _____  WORK PHONE  (033) 448-2800
CAN TESTIFY TO:  ASSISTING INV.VARGO BY DIAGRAMMING CRIME SCENE AND
ASSISTING INV. IN LIFTING FINGERPRINTS FROM STOLEN/RECOVERED NAVIGATOR.

5. NAME  DANIEL BROWN _____  EMPLOYER
ADDRESS  #130 POORHOUSE ROAD    SEALE,ALABAMA 36875
HOME PHONE  (334) 855-4156 _____  WORK PHONE  (334) 855-4711
CAN TESTIFY TO:  WITNESSING VICTIM FALL OUT OF THE LINCOLN NAVIGATOR.
CAME TO THE AID OF VICTIM AFTER THE FALL AND ROLL FROM NAVIGATOR.

X 6. NAME  JESSE MCKINNON _____  EMPLOYER
ADDRESS  4245 MAYFIELD DRIVE    COLUMBUS,GEORGIA  31907
HOME PHONE  (706) 561-7243 _____  WORK PHONE  ( )  -
CAN TESTIFY TO:  SAME AS ABOVE(DANIEL BROWN)

X 7. NAME  BRYANT HARRIS _____  EMPLOYER  GATEWAY LINCOLN MERCURY
ADDRESS  1300 5TH AVE. COLUMBUS,GEORGIA 31901
HOME PHONE  ( )  - _____  WORK PHONE  (706) 322-5575
CAN TESTIFY TO:  BEING W/ VICTIM AT PEACHTREE MALL ON 10-19-00 WHEN HE ALSO

CASE # _____00PL22680_____

DEFENDANT   AVERY LAPREZ GRIGGS

CHARGE   ATTEMPT TO COMMIT MURDER/ROBBERY 1ST

000070

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. NAME CONTINUED \*\*\*\*\*\*\*\*\*\* _____ EMPLOYER _____
   ADDRESS _____
   HOME PHONE ( ) - _____ WORK PHONE ( ) - _____
   CAN TESTIFY TO: ALSO IDENTIFIED OFFENDER. REMEMBERED WHEN THE OFFENDER
   CAME TO CAR DEALERSHIP ON 8-26-00 AND TEST DROVE NAVIGATOR W/ VICTIM

2. NAME MiKE AFFLECK _____ EMPLOYER _____
   ADDRESS _____
   HOME PHONE ( ) - _____ WORK PHONE ( ) - _____
   CAN TESTIFY TO: _____
   _____

3. NAME DAN SNOW _____ EMPLOYER _____
   ADDRESS _____
   HOME PHONE ( ) - _____ WORK PHONE ( ) - _____
   CAN TESTIFY TO: _____
   _____

X 4. NAME RANdy LAVOIE _____ EMPLOYER _____
   ADDRESS _____
   HOME PHONE ( ) - _____ WORK PHONE ( ) - _____
   CAN TESTIFY TO: _____
   _____

5. NAME ANdy GonZALES EMPLOYER _____
   ADDRESS _____
   HOME PHONE ( ) - _____ WORK PHONE ( ) - _____
   CAN TESTIFY TO: _____
   _____

X 6. NAME Greg BALLARd _____ EMPLOYER _____
   ADDRESS CPD _____
   HOME PHONE ( ) - ___—___ WORK PHONE ( ) - _____
   CAN TESTIFY TO: _____
   _____

7. NAME _____ EMPLOYER _____
   ADDRESS _____
   HOME PHONE ( ) - _____ WORK PHONE ( ) - _____
   CAN TESTIFY TO: _____

000071

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | |
| v. | ) | CC 01-252, |
| | ) | CC 01-253 |
| AVERY GRIGGS | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT AVERY GRIGGS' WITNESS LIST

MORRIS GRIGGS
AVERY GRIGGS
DELORIS CALDWELL

Respectfully submitted,

_____
ATTORNEY FOR DEFENDANT

N. KIRKLAND POPE
1110 BROAD STREET
P.O. Box 849
Phenix City, Alabama 36968-0849

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA          000072

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | |
| v. | ) | CC 01-252, |
| | ) | CC 01-253 |
| AVERY GRIGGS | ) | |
| | ) | |
| Defendant. | ) | |

## JURY INSTRUCTION #1

### DEFINITION AND BURDEN OF PROOF
### FOR THE CHARGE OF ATTEMPTED MURDER

Ladies and Gentlemen of the Jury, you are charged that the Defendant is innocent of the crime of Attempted Murder unless the State prove beyond a reasonable doubt that the Defendant

    1.    With the specific intent to cause the death of another person;

    2.    Made an overt act towards the commission of causing the death of another person.[1]

Attempted murder is a specific intent crime. The State must prove beyond a reasonable doubt that the Defendant knowingly and intentionally attempted to commit the crime of Murder.[2]

*12/3/01*
Given

*in general charge to the jury.*

_____
Refused

_____
Circuit Judge

---

[1] Code of Alabama 1975, §§ 13A-4-2, 13A-6-2

[2] Wells v. State, 768 So.2d 412 (Ala.Crim.App.1999)

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA          000073

STATE OF ALABAMA                    )
                                    )
v.                                  )          CC 01-252,
                                    )          CC 01-253
AVERY GRIGGS                        )
                                    )
        Defendant.                  )


### JURY INSTRUCTION #3

### DEFINITION AND BURDEN OF PROOF
### FOR THE CHARGE OF ROBBERY; FIRST DEGREE


Ladies and Gentlemen of the Jury, you are charged that the Defendant is innocent of the crime of ROBBERY; FIRST DEGREE unless the State proved beyond a reasonable doubt that the Defendant

  1.  Committed a theft; and in commission of that theft

  2.  Used force against the owner or any person present with intent to overcome his physical resistance; or

  3.  Was armed with a deadly weapon or dangerous instrument; or

  4.  Caused serious physical injury to another.[1]


_____                                            _____
Given                                              Refused

*incorrect instruction -
but included in general          _____
    charge -                     Circuit Judge


_____
[1] Code of Alabama 1975, §§13A-8-43, 13A-8-41.

000074

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA            )
                            )
v.                          )        CC 01-252,
                            )        CC 01-253
AVERY GRIGGS               )
                            )
        Defendant.          )


JURY INSTRUCTION #5


DEFENDANT'S CONSTITUTIONAL RIGHT NOT
TO TESTIFY AGAINST HIMSELF


Ladies and Gentlemen of the Jury, you are charged that you may not infer guilty or innocence upon the Defendant for not testifying.  The Defendant has a Constitutional right not to testify and you cannot hold that against him for exercising that right.  You are not to consider his not testifying in your deliberations.[1]


_12/3/01_
Given

_____
Refused


_____
Circuit Judge


---

[1] Fifth Amendment to the United States Constitution.

000075

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA          )
                          )
v.                        )        CC 01-252,
                          )        CC 01-253
AVERY GRIGGS              )
                          )
        Defendant.        )

## JURY INSTRUCTION #6

### CHARACTER TESTIMONY OF MS. CALDWELL

Ladies and Gentlemen of the Jury, you are charged that if you believe the character testimony given by Ms. Caldwell in this case you may find the Defendant not guilty solely on the basis of such testimony.

_____
Given

_____
Refused

_____
Circuit Judge

000076

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA                    )

VS.                                 )          CASE NO.   CC 01-252

AVERY GRIGGS                        )

     DEFENDANT.                    )


## GUILTY VERDICT


We the jury, find the defendant, Avery Griggs, guilty of the offense of Robbery 1st degree, as charged in the indictment.


                                  _____
                                    Foreperson
                                    12-3-01
                                    _____
                                    Date

000077

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | ) | RUSSELL COUNTY, ALABAMA |
| VS. | ) | CASE NO. CC 01-252 |
| AVERY GRIGGS | ) | |
| DEFENDANT. | ) | |

## VERDICT

December 3, 2001.  Now comes the defendant, with assistance of counsel, for trial by a jury of twelve upon his/her plea of not guilty.

December 3, 2001.  Now comes the jury and returns its unanimous verdict as follows:  "We, the Jury, find the defendant, Avery Griggs, guilty of the offense of Robbery 1st degree, as charged in the indictment.  Date:  December 3, 2001; Faye Olds, Foreperson."  The verdict being in proper form, the Court accepts the verdict.

The defendant is remanded to the custody of the Sheriff of Russell County.  Sentencing is scheduled for January 7, 2002 at 10:00 A.M.  Defendant shall remain in jail under no bond.

_____
George R. Greene, Circuit Judge

000078

December 24, 2001

TO:  Presiding Judge of Mr. Avery L. Griggs

Amid your hectic schedule and appointments, we submit a letter of consideration for Mr. Avery L. Griggs.  We understand that Mr. Griggs has been charged with armed robbery and aggravated assault, which may likely result in twenty(20) or more years of incarceration.

Please allow us a moment of your time to share our thoughts concerning Avery's personality and character.  Avery is a smart, compassionate, mannerable and friendly young man.  We have known Avery all of his life, we've watched him walk, talk and grow into a fine and responsible young man during some difficult and sorrowful times.  At an early age, Avery encountered devastating losses within a short period of time; the loss of mother, grandmother and grandfather, who were all instrumental and influential in rearing him.  Moreover, Avery witnessed the tragic loss of his mother's completely burned remains, who was killed in a automobile accident.  At the time, Avery was only twelve (12) years old, and he was emotionally withdrawn, silent and non-responsive.  Still today, we believe that Avery has not resolved or brought closure to this travesty.  Being a child, we are sure that this type of pain is quite difficult and indescribable.  Immediately after, Avery was cared and reared by loving and supportive uncles and relatives.

In an effort to explain our views, we are not seeking to minimize the incident charges nor the potential danger of the victim, but we do believe that Avery has learned a valuable lesson from past experiences that will guide him to make better judgment and choices in the future.  We also feel that locking the final bar doors on him will create more concerns that may bring harm to himself as well as others.

Your honor, we understand that you must carry out your duty and make decisions based on the facts (clear, unclear, true, false, right or wrong), but we mercifully ask you to find favor in minimizing Avery's sentence tenure.  However, we do agree that if one makes the crime, he or she must pay the time.  Therefore, we agree that Avery must serve and Avery must pay, but may we ask you to grant him another chance; hope to live life and hope to share life in a free society.

000079

We strongly feel that personal counseling will help Avery to address some deeper inner feelings that have been suppressed and preserved. On behalf of concerned citizens, families and friends, we sincerely ask you to take our letter in consideration as you make your final decision. Attached please find a listing of concerned citizens signature.

Sincerely submitted


Citizens, families and friends

cc: District Attorney Ken Davis
Attachment: Petition

000080

# Citizens, Families & Friends of Mr. Avery Griggs

1. Paul Thomas (cousin)
2. LaRisha Ascott (friend)
3. Le Shelley & Sr Thomas (cousin)
4. Ty Keisha L. Tompkins (cousin)
5. Keshuann L. Tompkins (cousin)
6. Betty James
7. Curt. i James
8. Cat a. Wees
9. Curtis Lee Davis
10. Anna Daniels
11. Emma Dunn
12. Ilean Davis
13. Emily nee Thelma
14. Ivan Tidoman
15. Joanna Davis
16. Cecil Joseph
17. Terrall Davis
18. Denise Davis

000081

# Citizens, Families & Friends of Mr. Avery Griggs

19. _Steve Thomas_

20. Antonia Thomas

21. _Amy Thomas_

22. _Catherine Thomas_

23. _Mr. Otis Thomas_

24. Dr. _Jimmie Smith_

25. _Tommy Hall_

26. Odia Bell Thomas (Aunt)

27. _Washington Warden Jr._

28. Jeffery Miller Sr.

29. Christine _Kelly_

30. Deloise Hoskins

31. Rosie L. Thomas

32. Eleen Thomas

33. _Alice Thomas_

34. _Barbara Cobb_

35. _Amos L. Thomas_

36. _Curtis Thomas_

000082

# Citizens, Families & Friends of Mr. Avery Griggs

37. _[illegible signature]_

38. _Laugenma Elias_

39. _[illegible signature]_

40. _[illegible signature]_

41. _Nettie [illegible]_

42. _[illegible signature]_

43. _[illegible signature]_

44. _[illegible signature]_

45. _[illegible] Griggs_

46. _Fred Mill[illegible]_

47. _[illegible signature]_

48. _Mary Miller_

49. _[illegible] Mill_

50. _Rev Ella Lias_

_Melita Jackson_

_[illegible signature]_

_[illegible] Lias_

000083

Eddie B. Briggs (Uncle)
Sterling Briggs (Uncle)
Bonnie Briggs
Carles Briggs
Junior Briggs
Michael Briggs (Uncle)
Judy Briggs
Morris Briggs (Uncle)
Sammie Briggs
Woodrow W. Briggs Jr (Uncle)

**Prentiss L. Griffith Detention Facility**
P.O. Box 640
Phenix City, Alabama 36869
(334) 298-8621

000084

## VISITATION RULES:

1. The regular visiting hours are from 9a.m. to 11 a.m,.evening hours 1p.m to 3p.m. only on Wednesdays and Saturdays
2. Visitors must be on the inmates visitors list
3. Visitors must have a picture ID in their possession
4. Persons under the age of 17 will not be allowed to visit without an adult, No one dressed in shorts, halter, tank tops, or bathing suits will be allowed to visit.
5. Visitation is provided on first come, first service bases. The visit should last for thirty minutes. Each inmate can have up to two visitors, visiting at the same time

## TELEPHONE CALLS:

1. Inmates may not receive telephone calls
2. Inmates telephones call are collect, from this facility
3. The inmate telephone provider is Evercom, their contact number is 1-800-844-6591 **This number should be used to report all problems.**

## MAIL:

1. Letters and money orders will be accepted by mail
2. Packages, stamps, or envelopes for inmates are not permitted through the mail.
3. Magazines or paper back books will be accepted only by prescriptions coming from a publishing company

## COMMISSARY:

1. Commissary form will be given to inmates every Sunday morning. This form should be completed by the inmates in a timely manner. This form consists of items the inmates can be purchased, weekly from the jail commissary.
2. Inmates may receive money orders, government checks and/or cashiers check through the mail, or any day but a visitation days up until 5p.m. Evening hours are 7p.m. to 11 p.m.
3. Inmates may not receive personal checks
4. Inmate commissary is provided by Swanson Inmate commissary service

## TOBACCO PRODUCTS:

1. The Russell County Jail is a "tobacco free"facility. No smoking or tobacco products are allowed in the building.

STATE OF ALABAMA            )        IN THE CIRCUIT COURT OF
VS.                        )        RUSSELL COUNTY, AL
AVERY GRIGGS,              )        CASE NO. CC 01-252
            DEFENDANT     )

### SENTENCING ORDER

The defendant and counsel, and counsel for the State of Alabama appeared in open court for the defendant to be sentenced on his/her conviction of ___ Robbery 1st degree _____

### HABITUAL FELONY OFFENDER

___ Defendant is sentenced as a habitual offender under the provision of Section 13A-5-9 and 10 of the <u>Code of Alabama.</u>

### SENTENCE

___ The Court conducted a sentencing hearing.

___ A pre-sentence report was requested by the defendant and considered by the Court.

___ Defendant waived a pre-sentence investigation and report.

___ Defendant is sentenced to the custody of the Commissioner of the Department of Corrections for a period of _____ year(s) ___ life.

___ Sentence to include five (5) years enhancement pursuant to 13A-12-270, <u>Code of Alabama</u>, and an additional five (5) years enhancement pursuant to 13A-12-250, <u>Code of Alabama</u>.

___ Defendant is sentenced to the custody of the Sheriff of Russell County for a period of _____ year(s) _____ month(s).

___ Defendant's sentence shall be concurrent with the sentence(s) imposed in _____

___ Defendant shall pay restitution in the amount of $_____ to _____. The Clerk of the court is authorized to collect and disburse the restitution. Restitution is to be paid prior to other court costs.

___ Defendant shall be given credit for time served.

___ Defendant shall pay a fine in the amount of $_____.

___ Defendant shall pay $10.00 per day incarceration fee.

___ Defendant shall pay the cost of this case.

___ Defendant shall pay the Alabama Crime Victims Compensation Commission $250.00

___ Defendant shall perform _____ hours of community service.

___ Defendant is assessed with $1000.00 penalty mandated by the Demand Reduction Assessment Account, Section 13A-12-281 of the <u>Code of Alabama</u> which will be suspended upon defendant's agreement to enroll in rehabilitation program and pay for same. The defendant may apply to the Court to reduce the amount due by any payments defendant has made.

___ Defendant shall undergo a substance abuse program while at the Department of Corrections.

___ Defendant shall complete a substance abuse program through the Court Referral Officer.

___ Defendant is assessed with $100.00 to Forensic Services Trust Fund Act No. 95-733.

___ Defendant's drivers license are suspended for a period of 6 months.

___ Defendant shall reimburse the State of Alabama the costs of his/her appointed counsel.

___ Payment of court ordered monies shall be a condition of parole, early release, S.I.R., or work release.

### SUSPENDED SENTENCE

___ Sentence is suspended, and the defendant is placed on ___supervised ___ unsupervised probation for a period of _____.

### SPLIT SENTENCE

___ Sentence is suspended, and the defendant is placed on supervised probation for a period of _____, however, as a first condition of probation the defendant shall serve a period of _____ in the custody of the commissioner of the Department of Corrections/Sheriff of Russell County. Upon release from incarceration, the defendant must report within 5 days to the Russell County Probation Office.

### REVERSE SPLIT SENTENCE

___ Sentence is suspended, and the defendant is placed on supervised probation for a period of _____; however, upon completion of said probation period, the defendant shall serve a period of _____ in the custody of the Sheriff of Russell County, Alabama.

### BOOT CAMP

___ Defendant shall serve up to 180 days in the custody of the Commissioner of the Department of Corrections and he shall successfully complete the disciplinary, Rehabilitation program. When said program is completed or defendant is released from said program, he shall be returned to this Court for a hearing on his application for probation.

___ Defendant waives any right to appeal and waives any right to any post conviction remedy.

___ Defendant was advised that he/she has the right to appeal his/her conviction and sentence, and if declared indigent he/she has the right to appointed counsel and the court reporter's transcript will be provided without cost to the defendant.

___ Review is scheduled for _____, 2002 at _____.

___ Defendant gave oral notice of appeal.

DONE and ORDERED in open court this ~~2~~ 21st day of ~~January~~ Feb., 2002.

_____
JUDGE, CIRCUIT COURT

000087

NAME: _Avery L. Griggs_          CC _01-252, 253_

## EXTENSION OF PROBATION OR PAROLE DATE NOTICE FOR FAILURE TO PAY COURT ORDERED MONIES

The length of time of probation or parole shall be automatically extended for six month intervals for all Defendants who have not fully paid all court ordered monies prior to the expiration of their initial term of probation or prior to the end of their parole date. Court ordered monies includes: fines, court costs, fees, and restitution.

*1521.50 + Atty fees ?*

The total of court ordered monies due in this case is _~~1221.50~~_.

All Defendants must keep a current address on file with the Circuit Clerk's Office of Russell County, Alabama. Failure to do so will be considered a violation of the Defendants' probation or parole.

George R. Greene
Circuit Judge

*Avery Griggs*

Your Honor,

First I would like to ask for forgiveness from the county of Russell County, and all those affected by this situation. I know I was wrong for being involved in this situation, and if I could take it back, from what I know and have learned now, believe me I would without a blink. The person I was then, which was about a year and a half ago, is no more, for I am a different person, with a positive different state of mind, who has learned the error of his ways, entire ways, vows to be a better person, proove his worth to society, and benefit society as well. I don't need rehabilitation behind prison walls to know I was wrong, why I was wrong, and learn how to behave among the public. When this situation occurred, I wasn't thinking straight due to bad influence and a voice, louder than the voice of reason, urging me on. Now I have had a year plus to think about my involvement and ways and I see where it has got me in life, absolutely nowhere. This is not what God, blessed the dead my mother, or my folks wanted or planned for me. I have let them down and society as well. I know better now, and will do what is right, no matter what temptation tempts me, or that voice louder than the voice of reason. So I ask you, Your Honor, please don't condemn me to prison without at least giving me a chance to proove the words that I speak, for I am not a bad person, just mislead, and it took time and incarceration to show me the error of my ways. I was caught up in a bad situation, with no way out, But if I am ever in a situation where I have no win, then I will do what is right by law and right by God.

continued . page 2

Being that I now have 2 Felonies, I have no choice by law or by God, but to do right by society, because if I don't, there are no more chances and only a Life Sentence waiting for me. I have learned to control myself in any environment and around anyone. More importantly I must behave myself, because I don't want to go to Hell, because jail is tough enough on me as it is, and jail doesn't even compare to Hell, so my best bet is to straighten up and do right. I am not saying I am a saint, because I am only human, but the only mistake I will make will be common mistakes, but as far as anything else, I promise not to harm any person, place, or thing, just have peace of mind. I also now have more people to think about, other than myself. I have an uncle, who recently got sick, that needs me. He and my grandfather took care of me when my mother past when I was 12 years old. When my grandfather died he continued to take care of me, now it is my turn to take care of him, but I can't if I am incarcerated. I will take any conditionary terms, and any length of probation, just as long as I can take care of my uncle and my folks as they have for me. The D.A. makes me out to be the worst person in the world, but I am not, I just like to enjoy myself, and really just easy going. I was led astray by bad influences, but know better now, and will do better. My faith in God will not allow me to do bad for good, because if I do, Hell is in my future. So as I said, Your Honor, forgive me, and please let me preeve myself to everyone that I have changed for the best. 9 months incarcerated, and a year and a half will change a persons state of mind and learn them of their ways. I know the error of my ways and will do better with a given chance.

Thank You

000090

The purpose for incarceration and imprisonment is for rehabilitating people, or persons, who have done a crime against society. If an individual know the wrong that he have done in order to be imprisoned and has learned his lesson, from his incarceration, and has behaved while incarcerated, shouldn't he at least be given a chance to prove that he has changed for the best and has learned his mistakes, with conditional terms of release. If a person does not have a bad record, and commits a crime, and or involved in a crime, and have learned their lesson by being incarcerated without hope of ever being free again wouldn't they at least be given a chance to prove themselves that they can be among society and behave, and abide by the law. I have learned my lesson and prison is not mandatory for my rehabilitation. Being locked down in a cell, alone, for 23 hours a day, everyday, you start to think about where you went wrong in life to get you where you are today. You learn what is wrong and right with all of the decisions you have made in life, and those that landed you in jail. You learn of your ways, what motivates you to act as you do, and what motivates you to do the things that you aren't suppose to do. Trying to be someone you aren't, just to fit in and bad influences, blinded me, but now I know better. It doesn't take counseling to rehabilitate a man, just a life threatening situation to open up his eyes. I vow to do right among society, and I am not just saying this to avoid prison or punishment but I do mean this, because there is a Higher Power to answer to for being so, I don't want to suffer now and suffer later, these past 2 years have been enough.

continued....

continued... page 2

Being that I am imprisoned, I face grave situations that I can't escape, or turn away from. My mindstate is staying out of trouble, troublesome situations, and doing what is right. Being this, I am more proned to confrotating situations that may put my life in jeopardy, all because I am just trying to do what is right and keep to myself. I am not a big person, I am not intimidating, and definitly not a threat to anyone imprisoned, therefore I am more likely to be attacked than being an attacker. Regardless if I try and avoid the situation, or protect myself, or even if I just cover myself and not fighting back, the Corrections Officers don't care and that will caus me to be a disciplinary problem, all because I just tried to protect myself. That type of situation probngs my probation or parole, and causes me nothing but heartache and pain. If I wasn't imprisoned I could easily avoid the situation by turning away, keeping to myself, or just plain out not be in that type of environment. All I am stating Your Honor, is just give me a chance for a new start. I have goals in life that I would like to achieve, but due to this situation, I had lost focus of them. I know I should have thought about this back when thi situation occurred, but I didn't because I was stupid. I know the error of my ways and guarantee that there will be no more trouble from me. Being incarcerated has scared me almost to death, and this is not where I want to be, and being that, my whole mindstate, mentality and being has all changed to do what is right. Forgive me your honr and whatever I can do to make this situation right, I will, yet and still. I just ask for another chance, any further incarceration is not needed of me for me to learn my lesson.

Avery Griggs

000092

AVERY GRIGGS

Mr. Jackson,

First I would like to ask for your forgiveness for my actions in this situation. I know it was a terrible experience for you to endure and a life threatening ordeal. I can't undo what happened and can not imagine the pain that you went through or change the past, yet I am eternally sorry and ask you to forgive me. I know my words may not mean anything to you, but I do mean this from the heart, if you choose to forgive me or not, and if you don't, I understand. But please know this, regardless of what happens to me you are safe and never will have to worry about me or anyone else being a danger to you due to this situation, and that is a promise. I did not set out intentionally to be involved in this situation, at the time I really did not have a choice, be involved or else.... Not only was I concerned for my welfare but I was concerned for whoever was on the opposite end of this situation, and most importantly my family. Please believe me when I tell you that nothing like this or anything else concerning harm will be done on my part, and if I am ever faced with that choice of do or die, then I guess I will die. This situation has taught me a valuable lesson, and my conscious still bother me with the guilt of being involved as well as me being incarcerated. Also, you wouldn't be reminded of me or this situation due to me not being incarcerated, or the knowledge of me being a danger for I will do my best to avoid you and stay out of your way due to psycological effects of the end.

continued ...

000093

continued   page 2                                    A. Griggs

In closing. I only ask you to forgive me and also to express how sorry I am about this situation. No need in worrying that I am a danger to you. for I am only concentrated on my future and taking care of my family. Eleven long months of incarceration has changed me, and I vow to at least attempt to make things somewhat right between you and I. Thank You for at least taking the time to hear my words and as I said I am sorry and please forgive me. I have asked God to forgive me through Christ now I am asking you.

Sincerely,

Avery Griggs

ACR359

000094

ALABAMA JUDICIAL DATA CENTER
RUSSELL COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2001 000252.00 01
GEORGE R. GREENE

COURT ORI: 057015 J

CIRCUIT COURT OF RUSSELL COUNTY

STATE OF ALABAMA            VS.        ALIAS:
GRIGGS AVERY L                         ALIAS:
21 OAK STREET
FT MITCHELL  AL  36856

DC NO: DC 2000 002562.00
G J: 67
SSN: 420271225
SID: 000000000
AIS:

SEX: M  HT: 6 00    WT: 170  HAIR: BLK  EYE: BRO
DOB: 05/17/1977              AGE:          FEATURES:
RACE: ( )W (X)B ( )O  COMPLEXION:

DATE OFFENSE: 08/26/2000   ARREST DATE: 10/20/2000   ARREST ORI: 0570100

CT CL COURT ACTION                      CA DATE
                                        12/03/2001
CHARGES @ CONV    CITES        01 A  CONVICTED        00/00/0000
ROBBERY 1ST      13A-008-041   00                     00/00/0000
                               00

JUDGE: GEORGE R. GREENE                PROSECUTOR: DAVIS KENNETH E

PROBATION APPLIED  ( )Y ( )N    GRANTED  DATE    REARRESTED DATE    REVOKED  DATE
( )Y ( )N                        ( )Y ( )N                          ( )Y ( )N

                          IMPOSED    SUSPENDED    TOTAL    JAIL CREDIT
15-18-8, CODE OF ALA 1975  00 00 000  00 00 000  00 00 000   00 00 167
( )Y (X)N    CONFINEMENT :  00 00 000               00 00 000
             PROBATION  :   00 00 000    SENTENCE BEGINS: 02/21/2002
DATE SENTENCED: 02/21/2002

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| | | $0.00 | $0.00 |
| PENITENTIARY | RESTITUTION | $184.50 | $184.50 |
| CONSECUT SENT | ATTORNEY FEE | $250.00 | $250.00 |
| LIFE | CRIME VICTIMS | $412.00 | $412.00 |
| | COST | $0.00 | $0.00 |
| | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | | |
| | TOTAL | $846.50 | $846.50 |

APPEAL DATE          SUSPENDED        AFFIRMED        REARREST
( )Y ( )N          ( )Y ( )N        ( )Y ( )N        ( )Y ( )N

REMARKS:

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

*Kathy Coulter*

KATHY COULTER

02/22/2002

OPERATOR: JOS
PREPARED: 02/22/2002

000095

STATE OF ALABAMA    )  I N THE CIRCUIT COURT OF

            )

v.             )  RUSSELL COUNTY, ALABAMA

            )

AVERY GRIGGS     )  CASE NO. CC-01-252 , 253

## NOTICE OF APPEAL TO THE COURT OF CRIMINAL APPEALS OF ALABAMA

   Notice is hereby given that AVERY GRIGGS appeals to the above named Court from the judgment of conviction entered in this case on the 3rd of December, 2001, adjudging the Defendant to be guilty of the offense of Robbery, 1st Degree and as punishment thereof sentencing the Defendant to life in prison to serve in the Department of Corrections of the State of Alabama.

              _____

              N. KIRKLAND POPE (POP018)

              ATTORNEY FOR DEFENDANT

POPE & RAYFIELD, P.C.
P.O. BOX 849
PHENIX CITY, ALABAMA 36868-0849

Filed:  March 6, 2002

000096

CERTIFICATE OF SERVICE

I hereby certify that I have on this date served copy of the foregoing motion by placing a true and correct copy of the same in a receptacle reserved for the District Attorney in the Office of the Clerk of Court's of Russell County, Alabama.

This the 6th day of March, 2002.


ATTORNEY FOR DEFENDANT

State of Alabama
Unified Judicial System

Form ARAP-26 (front)  8/91

## COURT OF CRIMINAL APPEALS
## DOCKETING STATEMENT

Criminal Appeal Number

**000097**

_____

### A. GENERAL INFORMATION:

☒ CIRCUIT COURT  ☐ DISTRICT COURT  ☐ JUVENILE COURT OF _____ RUSSELL _____ COUNTY

_____ AVERY GRIGGS _____, Appellant

V.  ☒ STATE OF ALABAMA  ☐ MUNICIPALITY OF _____

| Case Number | Date of Complaint or Indictment | Date of Judgment/Sentence/Order |
|---|---|---|
| CC-01-252, 253 | March 16, 2001 | 12/03/01 // 02/21/02 |

| Number of Days of Trial/Hearing | Date of Notice of Appeal | |
|---|---|---|
| 1                        Days | Oral: | Written:  03/06/02 |

Indigent Status Requested:  ☒ Yes  ☐ No          Indigent Status Granted:  ☒ Yes  ☐ No

### B. REPRESENTATION:

Is Attorney Appointed or Retained?  ☒ Appointed  ☐ Retained.    If no attorney, will appellant represent self?  ☐ Yes  ☐ No

| Appellant's Attorney (Appellant if pro se) (Attach additional pages if necessary) | Telephone Number |
|---|---|
| N. KIRKLAND POPE | 334.298.7062 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 1110 Broad Street | Phenix City | AL | 36867 |

### C. CODEFENDANTS: List each CODEFENDANT and the codefendant's case number.

| Codefendant | Case Number |
|---|---|
| Codefendant | Case Number |
| Codefendant | Case Number |

### D. TYPE OF APPEAL: Please check the applicable block.

1 ☒ State Conviction        4 ☐ Pretrial Order          7 ☐ Juvenile Transfer Order       10 ☐ Other (Specify)
2 ☐ Post-Conviction Remedy  5 ☐ Contempt Adjudication   8 ☐ Juvenile Delinquency          _____
3 ☐ Probation Revocation    6 ☐ Municipal Conviction    9 ☐ Habeas Corpus Petition        _____

### E. UNDERLYING CONVICTION/CHARGE: Regardless of the type of appeal checked in Section D, please check the box beside each offense category for which the appellant has been convicted or charged as it relates to this appeal. Also include the applicable section of the Code of Alabama for State convictions.

1 ☐ Capital Offense - § _____        6 ☐ Trafficking in Drugs - § _____    11 ☐ Fraudulent Practices - § _____
2 ☐ Homicide - § _____               7 ☒ Theft - § 13A-8-41                  12 ☐ Offense Against Family - § _____
3 ☒ Assault - § 13A-4-2                 8 ☐ Damage or Intrusion                 13 ☐ Traffic - DUI - § _____
4 ☐ Kidnapping/Unlawful                     to Property - § _____            14 ☐ Traffic - Other - § _____
     Imprisonment - § _____           9 ☐ Escape - § _____                  15 ☐ Miscellaneous (Specify):
5 ☐ Drug Possession - § _____        10 ☒ Weapons/Firearms - § 13A-8-42           _____ - § _____

### F. DEATH PENALTY:

Does this appeal involve a case where the death penalty has been imposed?  ☐ Yes  ☒ No

### G. TRANSCRIPT:

1. Will the record on appeal have a reporter's transcript?  ☒ Yes  ☐ No
2. If the answer to question "1" is "Yes," state the date the Reporter's Transcript Order was filed.  03/06/02
                                                                                                        (Date)
3. If the answer to question "1" is "No":
   (a) Will a stipulation of facts be filed with the circuit clerk?  ☐ Yes  ☐ No
   (b) Will the parties stipulate that only questions of law are involved and will the trial court certify the questions?  ☐ Yes  ☐ No

NOTE: If the appeal is from the district or juvenile court and the answer to question "1" is "No," then a positive response is required for question 3(a) or 3(b).

FILED IN OFFICE
2002 MAR -16 PM 3: 23
CIRCUIT CLERK COURT
RUSSELL CO., AL

Form ARAP- 26 (back)    8/91    COURT OF CRIMINAL APPEALS DOCKETING STATEMENT

**H. POST-JUDGMENT MOTIONS:** List all post-judgment motions by date of filing, type, and date of disposition (whether by trial court order or by the provisions of Rules 20.3 and 24.4 (ARCrP)):

| DATE OF FILING | | | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION | | |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Month | Day | Year |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**I. NATURE OF THE CASE:** Without argument, briefly summarize the facts of the case. Avery Griggs, in committing a theft of a Lincoln Navigator used or threatened imminent use of force against Demetrius Jackson while armed with a firearm. (13A-8-41)

Avery Griggs did with the intent to commit the crime of murder(13A-6-2) attempt to intentionally cause the death of Demetrius Jackson by shooting him with a firearm (13A-4-2).

**J. ISSUE(S) ON APPEAL:** Briefly state the anticipated issues that will be presented on appeal. *(Attach additional pages if necessary.)*

1. Sentencing.

2. Court erred in its ruling of Defendant's Batson Motion.

3. Court erred in failing to grant judgement of acquittal.

**K. SIGNATURE:**

_March 6, 2002_
Date

_[signature]_
Signature of Attorney/ Party Filing this Form

C00099

| State of Alabama Unified Judicial System<br><br>Form ARAP-1C     8/91 | REPORTER'S TRANSCRIPT ORDER -- CRIMINAL<br>See Rules 10(c) and 11(b) of the<br>Alabama Rules of Appellate Procedure (A.R. App. P.) | Criminal Appeal Number<br><br>_____-_____ |

BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.

☒ CIRCUIT COURT   ☐ DISTRICT COURT   ☐ JUVENILE COURT OF _____ RUSSELL _____ COUNTY

_____ AVERY GRIGGS _____ , Appellant

v.   ☒ STATE OF ALABAMA   ☐ MUNICIPALITY OF _____

| Case Number<br>CC-01-252 & CC-01-253 | Date of Judgment/Sentence/Order<br>12/03/01 // 02/21/02 |
| Date of Notice of Appeal<br>Oral:                    Written:     03/06/02 | Indigent Status Granted:<br>☒ Yes     ☐ No |

**PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:**
I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12-12-72, *CODE OF ALABAMA 1975*)

_____        _____        _____
Signature                                          Date                                      Print or Type Name

**PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED.** Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (see Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R. App. P.)):

MARK PROCEEDINGS REQUESTED:

COURT REPORTER(S)

A. ☒ TRIAL PROCEEDINGS - Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately

LINDA WILSON

B. ☒ ORGANIZATION OF THE JURY - This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

LINDA WILSON

C. ☐ ARGUMENTS OF COUNSEL - Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

| ADDITIONAL PROCEEDINGS REQUESTED | DATE | COURT REPORTER(S) |
|---|---|---|
| D.  Batson Motion Hearing | _____ | LINDA WILSON |
| E.  _____ | _____ | _____ |
| F.  _____ | _____ | _____ |
| G.  _____ | _____ | _____ |

**IMPORTANT NOTICE:** The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A.R. App. P.)

**PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER'S TRANSCRIPT:**
I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT THAT STATUS HAS NOT BEEN REVOKED; OR, (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

_____        March 6, 2002        N. Kirkland Pope
Signature                                 Date                              Print or Type Name

**DISTRIBUTION:** Original filed with Clerk of Trial Court and copies mailed to: (1) Clerk of the Court of Criminal Appeals. (2) the District Attorney, (3) the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction, and (4) to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript

G00100

ACR371
ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA VS GRIGGS AVERY L    JUDGE: GEORGE R. GREENE

APPEAL DATE: 03/05/2002

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:       __X__ YES    _____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: _____ YES    __X__ NO
    INDIGENT STATUS REVOKED ON APPEAL:             _____ YES    __X__ NO
    INDIGENT STATUS GRANTED ON APPEAL:             __X__ YES    _____ NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 12/03/2001        DATE OF SENTENCE: 02/21/2002

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 57/CC 2001 000252.00
CODE: ROB1   CONVICTION: ROBBERY 1ST        ACTION: CONVICTED
                                            STATUTE: 13A-008-041
SENTENCE:   CONF: 00 YRS 00 MOS 000 DAYS
SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS        LIFE: YES  LIFEWO: NO

POST-JUDGMENT MOTIONS FILED:   DT FILED    DT DENIED    CON BY AGREE
___   MOTION FOR NEW TRIAL      _____    _____   _____
___   MOTION FOR JUDG. OF ACQUIT _____   _____   _____
___   MOTION TO W/D GUILTY PLEA  _____   _____   _____
___   MOTION FOR ATTY TO W/DRAW  _____   _____   _____
___   OTHER                      _____   _____   _____

COURT REPORTER(S):              WILSON, LINDA S.
ADDRESS:                        C/O HON. GEORGE R. GREENE
                                PHENIX CITY   , AL  36867

APPELLATE COUNSEL #1:           POPE NEAL KIRKLAND
ADDRESS:                        1110 BROAD STREET

                                PHENIX CITY   , AL  36867
PHONE NUMBER:                   334-298-7062

APPELLATE COUNSEL #2:           _____
ADDRESS:                        _____
                                _____
                                _____
PHONE NUMBER:                   _____

APPELLANT (PRO SE):             GRIGGS AVERY L
ADDRESS:                        21 OAK STREET
                                FT MITCHELL   , AL  368560000

AIS #:

APPELLEE (IF CITY APPEAL):      _____
ADDRESS:                        _____
                                _____

I CERTIFY THAT THE INFORMATION PROVIDED          OPERATOR: SHG
ABOVE IS ACCURATE TO THE BEST OF MY          PREPARED: 03/07/2002
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS _7th_ DAY OF _Mar_. _02_    _Kathy Coulter/SHG_
                                                CIRCUIT COURT CLERK

## REQUEST FOR LOCAL EXTENSION OF TIME
## TO COMPLETE THE REPORTER'S TRANSCRIPT

G00101

Avery L. Griggs _____ v. ___ State of Alabama _____
Appellant's Name                     Appellee

Trial Court Case No. __CC01-252__ Notice of Appeal Date __3/6/02__
                      __CC01-253__

On appeal from the:  [X] Circuit Court of
                     [ ] District Court of ] __Russell__ County
                     [ ] Juvenile Court of

I, __Linda Wilson_____, a court reporter in the above referenced case,
hereby request a __28-__ day extension to complete the transcript in said cause for the reasons
I have set out below.  Currently this transcript is due on __5/1/02__, and with this extension
the transcript will be due on __5/29/02__.

REASONS: _____

_____

_____

_____

__Linda Wilson_____          __5/1/02_____
Court Reporter                      Date

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
### TRIAL COURT ACTION

[X] Upon consideration of the above request, I hereby grant a __28-__ day extension to complete said transcript, thus extending
the transcript's due date to __5/29/02__.  Upon granting this request, I direct the court reporter to file this order
with the Clerk of this Court and to mail or fax a copy hereof to the Clerk of the Court of Criminal Appeals at the address
noted below by no later than the transcript due date in effect immediately preceding this order.

[ ] The above referenced request for a local extension is denied.

                                         __5/1/02_____
_____          Date
Judge's Signature

Note:    Pursuant to Rule 11(c) of the Alabama Rules of Appellate Procedure, local extensions cannot total more than 28
days and cannot be to a date more than 84 days from the date of the notice of appeal.
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

The Clerk of the Court of Criminal Appeals          Fax (334) 242-4689
P. O. Box 301555
Montgomery, Alabama 36130-1555

COURT OF CRIMINAL APPEALS
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

C00102

H. W. "Bucky" McMILLAN
Presiding Judge
JOE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

May 8th, 2002

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

IMPORTANT NOTICE

Linda S. Wilson, Court Reporter
Court Reporter
1600 46th Street
Phenix City, AL 36867

RE: CR-01-1189
Avery L. Griggs v. State of Alabama (Appeal
from Russell Circuit Court: CC01-252;
CC01-253).

Dear Linda S. Wilson:

        Our records indicate that the transcript in the above referenced case was due to be
filed with the circuit clerk on May 1st, 2002.  If our information is incorrect, you should
contact this Court immediately to straighten this matter out.  Otherwise, to prevent this
court from remanding this cause back to the trial court with directions that the trial court
take specific action regarding the delinquent transcript, please be advised that you should
complete and file this transcript by no later than  May 29th, 2002.

                                            Sincerely,

                                            Lane W. Mann, Clerk
                                            Court of Criminal Appeals

LWM/di

cc:   Honorable George R. Greene, Circuit Judge
      Honorable Kathy S. Coulter, Circuit Clerk
      Honorable Neal Kirkland Pope, Attorney, Appellant
      Office of Attorney General

000103

## MOTION TO COURT OF CRIMINAL APPEALS FOR EXTENSION OF TIME TO FILE TRANSCRIPT

TO: The Clerk of the Court of Criminal Appeals
P. O. Box 301555
Montgomery, Alabama 36130-1555

Fax: (334) 242-4689

Criminal Appeals Case Number          CR ____ - ____ .

_Avery L. Griggs_          v. _State of Alabama_
Appellant's Name                              Appellee

Trial Court Case No. _CC01-252_          Notice of Appeal Date _3/6/02_
_CC01-253_

On appeal from the: [X] Circuit Court of
[ ] District Court of     _Russell_ County
[ ] Juvenile Court of

I, _Linda Wilson_ , a court reporter in the above referenced case, hereby request a _28-_ day extension to complete the transcript in said cause for the reasons I have set out below. Currently this transcript is due on _5/29/02_ , and with this extension the transcript will be due on _6/26/02_ .

REASONS: _____
_____
_____
_____
_____
_____
_____
_____

_Linda Wilson_                    _5/29/02_
Court Reporter                         Date

Note:    Rule 11(c) of the Alabama Rules of Appellate Procedure prohibits an appellate court from granting an extension if the request is not received by the clerk of the appellate court within the time originally prescribed or before the expiration of an extension previously granted. Based on internal ... of the Court of Criminal Appeals, no more than two 28-day extensions will be granted.

COURT OF CRIMINAL APPEALS
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

G00104

H. W. "Bucky" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

May 29th, 2002

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

RE: CR-01-1189

Avery L. Griggs v. State of Alabama (Appeal from Russell Circuit Court: CC01-252; CC01-253).

     You are hereby notified that the following action was taken in the above cause by the Court of Criminal Appeals:

     Additional time is granted to certify the completion of reporter's transcript to and including 06/26/2002.

Lane W. Mann, Clerk
Court of Criminal Appeals

LWM/sm

cc: Honorable George R. Greene, Circuit Judge
    Honorable Kathy S. Coulter, Circuit Clerk
    Linda S. Wilson, Court Reporter
    Honorable Neal Kirkland Pope, Attorney, Appellant

## MOTION TO COURT OF CRIMINAL APPEALS FOR EXTENSION OF TIME TO FILE TRANSCRIPT

G00105

TO:   The Clerk of the Court of Criminal Appeals
      P. O. Box 301555
      Montgomery, Alabama 36130-1555

Fax: (334) 242-4689

Criminal Appeals Case Number    CR ____-____

_Avery L. Griggs_                         v.   _State of Alabama_
Appellant's Name                               Appellee

Trial Court Case No. _CC 01-252_    Notice of Appeal Date _3/6/02_
                     _CC 01-253_

On appeal from the:  [✓] Circuit Court of
                     [ ] District Court of    _Russell_ County
                     [ ] Juvenile Court of

FILED IN OFFICE 2002 JUN 27 AM 8:26 CIRCUIT / APPEL. COURT RUSSELL CO. AL

I, _Linda Wilson_ , a court reporter in the above referenced case, hereby request a _28-_ day extension to complete the transcript in said cause for the reasons I have set out below. Currently this transcript is due on _6/26/02_ , and with this extension the transcript will be due on _7/24/02_ .

REASONS: _____

_____

_____

_____

_____

_____

_____

_Linda Wilson_                    _6/26/02_
Court Reporter                    Date

Note:   Rule 11(c) of the Alabama Rules of Appellate Procedure prohibits an appellate court from granting an extension if the request is not received by the clerk of the appellate court within the time ~~prescribed~~ or before the expiration of an extension previously granted. Based on internal ~~...~~ ~~than two~~ 28-day extensions will be granted.

STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

G00106

*H. W. "Bucky" McMILLAN*
Presiding Judge
*SUE BELL COBB*
*PAMELA W. BASCHAB*
*GREG SHAW*
*A. KELLI WISE*
Judges

June 26th, 2002

*Lane W. Mann*
Clerk
*Wanda K. Ivey*
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

RE: CR-01-1189

Avery L. Griggs v. State of Alabama (Appeal from Russell Circuit Court: CC01-252; CC01-253).

You are hereby notified that the following action was taken in the above cause by the Court of Criminal Appeals:

Additional time is granted to certify the completion of reporter's transcript to and including 07/24/2002.

Lane W. Mann, Clerk
Court of Criminal Appeals

LWM/sm

cc: Honorable George R. Greene, Circuit Judge
Honorable Kathy S. Coulter, Circuit Clerk
Linda S. Wilson, Court Reporter
Honorable Neal Kirkland Pope, Attorney, Appellant

FILED IN OFFICE
'02 JUN 28 PM 1:58
CIRCUIT/DIST. COURT
RUSSELL CO. AL

```
ACRO370            ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000253.00
OPER: SHG                   CASE ACTION SUMMARY
PAGE:    1                  CIRCUIT   CRIMINAL              RUN DATE: 07/26/2002
========================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                  JUDGE: GRG
```

STATE  OF  ALABAMA                VS      GRIGGS AVERY L
                                          21 OAK STREET
CASE: CC 2001 000253.00

                                          FT MITCHELL, AL  36856 0000

DOB: 05/17/1977        SEX: M  RACE: B  HT: 6 00  WT: 170    HR: BLK EYES: BRO
SSN: 420271226  ALIAS NAMES:
========================================================================
CHARGE01: ATTEMPT - MURDER     CODE01: MURDA LIT: ATTEMPT - MURD TYP: F #: 001
OFFENSE DATE: 08/26/2000            AGENCY/OFFICER: 0570100 00PL226

DATE WAR/CAP ISS: 04/09/2001        DATE ARRESTED: 10/20/2000
DATE    INDICTED: 03/16/2001        DATE    FILED: 03/22/2001
DATE    RELEASED:                   DATE  HEARING:
        BOND AMOUNT:     $150,000.00        SURETIES:

DATE 1: 02/21/2002  DESC: SENT      TIME: 0200 P
DATE 2: 11/26/2001  DESC: JTRL      TIME: 0900 A

TRACKING NOS: DC 2000 002563 00  /  GJ 2001 200068 00  /

    DEF/ATY: POPE NEAL KIRKLAND        TYPE: A                    TYPE:
             1110 BROAD STREET

         PHENIX CITY    AL 36867                        00000

PROSECUTOR: DAVIS KENNETH E


========================================================================
OTH CSE: DC200000256300 CHK/TICKET NO: WA-00-3062      GRAND JURY: 68
COURT REPORTER: _____ SID NO:    000000000
DEF STATUS: JAIL            DEMAND:                          OPER: SHG
========================================================================
    TRANS DATE     ACTIONS, JUDGEMENTS, AND NOTES                  OPE
========================================================================
| 03/22/2001 | ATTORNEY FOR DEFENDANT: GUZMAN JOSE ENRIQUE (AR01)  | JOS |
|------------|-----------------------------------------------------|-----|
| 03/22/2001 | SET FOR:  ARRAIGNMENT ON 04/24/2001 AT 0900A(AR01)  | JOS |
|------------|-----------------------------------------------------|-----|
| 03/29/2001 | MOTION FOR DISCOVERY BY STATE                       | JOS |
|------------|-----------------------------------------------------|-----|
| 04/02/2001 | NOTICE SENT: 04/02/2001 GUZMAN JOSE ENRIQUE         | JOS |
|------------|-----------------------------------------------------|-----|
| 04/06/2001 | ORDER ON MOTION FOR DISCOVERY BY STATE              | JOS |
|------------|-----------------------------------------------------|-----|
| 04/09/2001 | ALIAS WARRANT ISSUED: 04/09/2001        (AR08)      | JOS |
|------------|-----------------------------------------------------|-----|
| 04/10/2001 | ORDER TO ISSUE ALIAS WRIT UPON DEFENDANT BEING      | JOS |
|------------|-----------------------------------------------------|-----|
| 04/10/2001 |    RELEASED IN ERROR ON CC-2001-156 & 157. BOND     | JOS |
|------------|-----------------------------------------------------|-----|
| 04/10/2001 |    SHALL REMAIN THE SAME, COST OF WRIT WAIVED.      | JOS |
|------------|-----------------------------------------------------|-----|
| 04/18/2001 | DISTRICT ATTORNEY'S FEES ($184.50)                  | JOS |
|------------|-----------------------------------------------------|-----|
| 04/24/2001 | UPON THE DEFENDANT'S FAILURE TO APPEAR IN COURT,    | JOS |
|------------|-----------------------------------------------------|-----|
| 04/24/2001 |    PRELIMINARY FORFEITURE AND ALIAS WRIT ORDERED    | JOS |
|------------|-----------------------------------------------------|-----|
| 04/26/2001 | MOTION FOR CONSOLIDATION OF OFFENSES                | JOS |
|------------|-----------------------------------------------------|-----|
| 05/02/2001 | DEMAND FOR PRODUCTION OF DEFENDANT'S STATEMENTS     | JOS |
|------------|-----------------------------------------------------|-----|
| 05/02/2001 |    AND SCIENTIFIC REPORTS                            | JOS |
|------------|-----------------------------------------------------|-----|
| 05/02/2001 | MOTION FOR DISCOVERY                                 | JOS |
|------------|-----------------------------------------------------|-----|
| 05/02/2001 | DEMAND FOR LIST OF WITNESSES                         | JOS |
|------------|-----------------------------------------------------|-----|

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000253.00
OPER: SHG                     CASE ACTION SUMMARY
PAGE:   2                      CIRCUIT  CRIMINAL              RUN DATE: 07/26/2002
===================================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                      JUDGE: GRG

STATE  OF  ALABAMA                    VS      GRIGGS AVERY L
                                              21 OAK STREET
CASE: CC 2001 000253.00
                                          FT MITCHELL, AL  36856 0000

DOB: 05/17/1977        SEX: M  RACE: B  HT: 6 00  WT: 170   HR: BLK EYES: BRO
SSN: 420271226  ALIAS NAMES:
===================================================================================
   TRANS DATE     ACTIONS, JUDGEMENTS, AND NOTES                            OPE
===================================================================================
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 05/02/2001 | REQUEST OF DEFENDANT FOR PRODUCTION BY STATE | JOS |
| 05/02/2001 | MOTION FOR EXCLUSION OF INVOLUNTARY ADMISSTIONS | JOS |
| 05/02/2001 | AND CONFESSIONS | JOS |
| 05/09/2001 | ORDER ON MOTION FOR PRODUCTION | JOS |
| 05/16/2001 | ORDER ON DEMAND FOR DOCUMENTS | JOS |
| 05/16/2001 | ORDER FOR THE STATE TO PRESENT TO ATTORNEY FOR | JOS |
| 05/16/2001 | DEFENDANT A LIST OF WITNESSES EXPECTED TO BE | JOS |
| 05/16/2001 | CALLED AT TRIAL | JOS |
| 06/18/2001 | MOTION TO WITHDRAW | JOS |
| 07/10/2001 | ORDER SETTING MOTION FOR EXCLUSION OF INVOLUNTARY | JOS |
| 07/10/2001 | ADMISSIONS AND CONFESSIONS FOR AUGUST 2, 2001, | JOS |
| 07/10/2001 | 4:00 P.M. | JOS |
| 07/10/2001 | ORDER SETTING HEARING ON MOTION FOR CONSOLIDATION | JOS |
| 07/10/2001 | FOR AUGUST 2, 2001, AT 4:00 P.M. | JOS |
| 09/26/2001 | ALIAS WRIT EXECUTED BY PLACING DEFENDANT IN JAIL | JOS |
| 10/01/2001 | SET FOR: FTA-ARRG 4/24 ON 10/02/2001 AT 1000A | JOS |
| 10/02/2001 | ***ARRAIGNMENT ORDER*** | JOS |
| 10/02/2001 | ORDER APPOINTING THE HON. KIRK POPE, DEFENDANT | JOS |
| 10/02/2001 | WAIVES READING OF INDICTMENT AND ENTERS A PLEA | JOS |
| 10/02/2001 | OF NOT GUILTY, BOND SET AT $150,000.00. CASE | JOS |
| 10/02/2001 | SET ON THE NOVEMBER 26, 2001, TRIAL DOCKET. | JOS |
| 10/02/2001 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | JOS |
| 10/03/2001 | SET FOR: JURY TRIAL ON 11/26/2001 AT 0900A   (AR10) | JOS |
| 10/05/2001 | ENTRY OF APPEARANCE | JOS |
| 10/05/2001 | MOTION FOR APPROVAL OF EXPENSES | JOS |
| 10/05/2001 | MOTION FOR DISCOVERY | JOS |
| 10/11/2001 | ORDER ON MOTION FOR DISCOVERY | JOS |
| 10/11/2001 | MOTION FOR APPROVAL OF EXPENSES GRANTED | JOS |
| 10/23/2001 | WITNESS SUBPOENA ISSUED | JOS |
| 10/31/2001 | WRITTEN PLEA OF NOT GUILTY AND WAIVER OF | JOS |
| 10/31/2001 | ARRAIGNMENT | JOS |

```
ACRO370            ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000253.00
OPER: SHG                  CASE ACTION SUMMARY
PAGE:   3                  CIRCUIT   CRIMINAL              RUN DATE: 07/26/2002
```

IN THE CIRCUIT COURT OF  RUSSELL                                      JUDGE: GRG

STATE  OF  ALABAMA              VS      GRIGGS AVERY L
                                       21 OAK STREET
CASE: CC 2001 000253.00

                                       FT MITCHELL, AL  36856 0000

DOB: 05/17/1977         SEX: M  RACE: B  HT: 6 00  WT: 170    HR: BLK EYES: BRO
SSN: 420271226  ALIAS NAMES:

| | |
|------------|-----------------------------------------------------|------|
| 11/16/2001 | (11/13/01) ORDER GRANTING MOTION TO CONSOLIDATE,    | JOS |
| 11/16/2001 |   HEARING ON MOTION TO SUPPRESS SET FOR NOVEMBER     | JOS |
| 11/16/2001 |   19, 2001, AT 2:00 P.M.                             | JOS |
| 11/19/2001 | PARTY ADDED  W009  MIKE AFFLECK          (AW21)      | JOS |
| 11/19/2001 | PARTY ADDED  W010  JESSIE MCKINNON       (AW21)      | JOS |
| 11/19/2001 | WITNESS SUBPOENA ISSUED                              | JOS |
| 11/19/2001 | WITNESS SUBPOENA ISSUED                              | JOS |
| 11/21/2001 | (11/19/01) MOTION TO SUPPRESS GRANTED                | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #1                                 | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #3                                 | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #5                                 | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #6                                 | JOS |
| 12/03/2001 | ***GUILTY VERDICT***                                 | JOS |
| 12/03/2001 | "WE THE JURY, FIND THE DEFENDANT, AVERY GRIGGS,     | JOS |
| 12/03/2001 |   GUILTY OF THE OFFENSE OF ATTEMPTED MURDER, AS      | JOS |
| 12/03/2001 |   CHARGED IN THE INDICTMENT                          | JOS |
| 12/03/2001 | ***VERDICT***                                        | JOS |
| 12/03/2001 | JURY VERDICT OF GUILTY OF THE OFFENSE OF ATTEMPTED   | JOS |
| 12/03/2001 |   MURDER, AS CHARGED IN THE INDICTMENT.  THE         | JOS |
| 12/03/2001 |   DEFENDANT IS REMANDED TO THE CUSTODY OF THE        | JOS |
| 12/03/2001 |   SHERIFF OF RUSSELL COUNTY.  SENTENCING SET FOR     | JOS |
| 12/03/2001 |   JANUARY 7, 2002, AT 10:00 A.M.  DEFENDANT SHALL    | JOS |
| 12/03/2001 |   REMAIN IN JAIL UNDER NO BOND.                      | JOS |
| 12/05/2001 | CONVICTION REPORT TO BOARD OF REGISTRARS             | JOS |
| 01/09/2002 | (1/7/02) ORDER CONTINUING SENTENING TO FEBRUARY 21   | JOS |
| 01/09/2002 |   2002, AT 2:00 P.M.                                 | JOS |
| 02/21/2002 | ***SENTENCING ORDER***                               | JOS |
| 02/21/2002 | ORDER SENTENCING DEFENDANT TO LIFE IN THE CUSTODY    | JOS |
| 02/21/2002 |   OF THE DEPT. OF CORRECTIONS, CREDIT FOR TIME       | JOS |
| 02/21/2002 |   SERVED, TO RUN CONSECUTIVE TO CC-2001-252,         | JOS |
| 02/21/2002 |   COSTS, $250.00 VCF, ATTORNEY'S FEES AND REST-      | JOS |
| 02/21/2002 |   ITUTION.  THE PAYMENT OF MONIES SHALL BE A         | JOS |

000110

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000253.00
OPER: SHG                    CASE ACTION SUMMARY
PAGE:    4                     CIRCUIT   CRIMINAL            RUN DATE: 07/26/2002
=============================================================================
IN THE CIRCUIT COURT OF RUSSELL
                                                                  JUDGE: GRG

STATE  OF  ALABAMA              VS      GRIGGS AVERY L
                                        21 OAK STREET
CASE: CC 2001 000253.00
                                        FT MITCHELL, AL  36856 0000

DOB: 05/17/1977        SEX: M  RACE: B  HT: 6 00  WT: 170   HR: BLK EYES: BRO
SSN: 420271226  ALIAS NAMES:
=============================================================================
| 02/21/2002 |    CONDITION OF PAROLE, EARLY RELEASE, SIR OR               JOS |
|------------|----------------------------------------------------------------|
| 02/21/2002 |    WORK RELEASE.                                            JOS |
|------------|----------------------------------------------------------------|
| 02/22/2002 |    TRANSCRIPT OF RECORD ISSUED: 02/22/2002    (AR08)        JOS |
|------------|----------------------------------------------------------------|
| 02/22/2002 |    CASE ACTION SUMMARY PRINTED               (AR08)         JOS |
|------------|----------------------------------------------------------------|
| 03/06/2002 |    NOTICE OF APPEAL                                         SHG |
|------------|----------------------------------------------------------------|
| 03/06/2002 |    DOCKETING STATEMENT                                      SHG |
|------------|----------------------------------------------------------------|
| 03/06/2002 |    REPORTER'S TRANSCRIPT ORDER                              SHG |
|------------|----------------------------------------------------------------|
| 03/07/2002 |    APPEAL DATE CHANGED FROM: 00/00/0000       (AR11)        SHG |
|------------|----------------------------------------------------------------|
| 03/07/2002 |    ATYW TYPE CHANGED FROM:                    (AR11)        SHG |
|------------|----------------------------------------------------------------|
| 03/07/2002 |    ATTY 1 CHANGED FROM:                       (AR11)        SHG |
|------------|----------------------------------------------------------------|
| 03/07/2002 |    APPEAL TYPE CHANGED FROM:                  (AR11)        SHG |
|------------|----------------------------------------------------------------|
| 03/07/2002 |    PROSECUTOR CHANGED FROM:                   (AR11)        SHG |
|------------|----------------------------------------------------------------|
| 03/07/2002 |    IRA TYPE CHANGED FROM:                     (AR11)        SHG |
|------------|----------------------------------------------------------------|
| 03/07/2002 |    ATTY 1 TYPE CHANGED FROM:                  (AR11)        SHG |
|------------|----------------------------------------------------------------|
| 03/07/2002 |    INDTRL TYPE CHANGED FROM:                  (AR11)        SHG |
|------------|----------------------------------------------------------------|
| 03/07/2002 |    COURT REPORTER 1 CHANGED FROM:             (AR11)        SHG |
|------------|----------------------------------------------------------------|
| 03/13/2002 |    ATTORNEY'S FEE DECLARATION ($2,677.80)                   JOS |
|------------|----------------------------------------------------------------|
| 03/13/2002 |    CASE ACTION SUMMARY PRINTED               (AR08)         JOS |
|------------|----------------------------------------------------------------|
| 07/24/2002 |    CERTIFICATE OF COMPLETION AND TRANSMITTAL OF             SHG |
|------------|----------------------------------------------------------------|
| 07/24/2002 |    RECORD ON APPEAL BY THE TRIAL COURT CLERK                SHG |
|------------|----------------------------------------------------------------|
| 07/26/2002 |    CASE ACTION SUMMARY PRINTED               (AR08)         SHG |
|------------|----------------------------------------------------------------|
|------------|----------------------------------------------------------------|
|------------|----------------------------------------------------------------|
|------------|----------------------------------------------------------------|
|------------|----------------------------------------------------------------|
|------------|----------------------------------------------------------------|
|------------|----------------------------------------------------------------|
|------------|----------------------------------------------------------------|
|------------|----------------------------------------------------------------|
|------------|----------------------------------------------------------------|
|------------|----------------------------------------------------------------|
|------------|----------------------------------------------------------------|
|------------|----------------------------------------------------------------|
```

Agency No. 00PL22680        DC No. 0-2563        CC No. _____        G. J. No. 068S01    **000111**

A TRUE BILL, presented to the judge Presiding in open Court by the Foreperson of this Grand Jury, and filed in open court this 16th day of _March_, 2001.

_____          _Kathy Coulter_          _____
Grand Jury Foreman                Clerk of the Circuit Court
                                   of Russell County
                                   Twenty-Sixth Judicial Circuit

# INDICTMENT

### THE STATE OF ALABAMA
#### vs.
#### AVERY GRIGGS
#### SID:

#### alias
#### None Reported

**CHARGES:**                                           **SECTION**

1. ATTEMPT TO COMMIT MURDER

Bail fixed at $ 150,000 this 14 day of _March_, 2001.

_____
Judge Presiding

THE STATE OF ALABAMA                                    CIRCUIT COURT
RUSSELL COUNTY                                          2001
                        ‑ 0192            2

Prosecutor: KENNETH DAVIS                               KENNETH DAVIS
                                                        DISTRICT ATTORNEY
                                                        TWENTY-SIXTH JUDICIAL

THE STATE OF ALABAMA, RUSSELL COUNTY

CIRCUIT COURT - TWENTY-SIXTH JUDICAL CIRCUIT

COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, AVERY GRIGGS, whose name is otherwise unknown to the Grand Jury, did with the intent to commit the crime of murder (Section 13A-6-2 of the Alabama Criminal Code) attempt to intentionally cause the death of another person, DEMETRIUS JACKSON, by shooting the said Demetrius Jackson with a pistol or other firearm a further and better description being otherwise unknown to the Grand Jury, in violation of Section 13A-4-2 of the Code of Alabama 1975, as amended, and against the peace and dignity of the State of Alabama.

KENNETH DAVIS
District Attorney
Twenty-Sixth Judicial Circuit

WITNESSES:

OFFICER GREG BALLARD, COLUMBUS POLICE DEPARTMENT, COLUMBUS, GA  31901
OFFICER SONNY BANZACA, PCPD, PHENIX CITY, AL  36868
DANIEL BROWN, 130 POORHOUSE ROAD, SEALE, AL  36875
LT. ROBERT CASTEEL, PCPD, PHENIX CITY, AL  36867
SGT. PATRICK DAUGHTRY, PCPD, PHENIX CITY, AL  36867
BRYANT HARRIS, 1300 5TH AVENUE, COLUMBUS, GA  31901
LT FRANK IVEY, PCPD, PHENIX CITY, AL  36867
DEMETRIUS JACKSON, 3755 OAK DRIVE, COLUMBUS, GA  31907

STATE OF ALABAMA          RUSSELL COUNTY          CIRCUIT 000113

AGENCY NUMBER:                    WARRANT NUMBER: GJ 2001 200063.00
                                 OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:          CC-01-253

YOU ARE HEREBY COMMANDED TO ARREST    AVERY GRIGGS    AND BRING
HIM/HER BEFORE THE CIRCUIT    COURT OF RUSSELL COUNTY TO ANSWER THE STATE
OF ALABAMA ON A CHARGE(S) OF:
               ATTEMPT - MURDER   CLASS: A  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 19 DAY OF MARCH, 2001.

BOND SET AT: (1)    $150,000.00  BOND TYPE:
             (2)  _____
             (3)  _____

KATHY COULTER
CLERK OF CIRCUIT COURT

----------------------------------------------------------------------
CHARGES: ATTEMPT - MURDER    13A-004-002          F  FELONY
----------------------------------------------------------------------

NAME: AVERY GRIGGS                    ALIAS:
ADDRESS: R.C. JAIL                    ALIAS:
ADDRESS:
CITY: PHENIX CITY         STATE: AL      ZIP: 36867 0000
                                       PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 05/17/1977    RACE:        SEX:       HAIR:
EYE:      HEIGHT: 0'00"   WEIGHT: 000
SID: 000000000  SSN:

----------------------------------------------------------------------
                    E X E C U T I O N

     EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

     ( ✓ )  PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL

     (  )  RELEASING DEFENDANT ON APPEARANCE BOND


     -----------------------------------------------------------
     -----------------------------------------------------------
THIS ____21____ DAY OF   March 2001
                        _____
                                SHERIFF

                         5735
                        BY

     -----------------------------------------------------------
     -----------------------------------------------------------
     -----------------------------------------------------------
     -----------------------------------------------------------

OPERATOR: JOS      DATE: 03/19/2001

STATE OF ALABAMA        *        IN THE CIRCUIT COURT OF
                        *
   VS.                  *        RUSSELL COUNTY, ALABAMA
                        *
AVERY GRIGGS            *        CASE NO.  CC-01-252 & 01-253

## MOTION FOR DISCOVERY

Comes now the State of Alabama by and through its District Attorney, Kenneth Davis and moves the Court pursuant to Rule 16.2 of the Alabama Rules of Criminal Procedure to issue an order directed to Hon. Jose Guzman, Counsel for Defendant, to-wit:

1.  To permit the State to analyze, inspect, and copy or photograph books, papers, documents, photographs, audio tapes, video tapes, tangible objects, buildings or places, or portions of any of these things, which are within the possession custody, or control of the Defendant and which the Defendant intends to introduce in evidence at the trial.

2.  To permit the State to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with this particular case, which are within the possession or control of the Defendant and which he intends to introduce in evidence at the trial or which were prepared by a witness whom the Defendant intends to call at the trial, if the results or reports relate to the witness's testimony.

3.  To produce and permit the State to inspect and copy the names and addresses of qualified mental health professionals who have personally examined the Defendant or any evidence in this case, as well as the results of or reports of mental examinations, scientific tests, experiments or comparisons and statements made by such professionals.

_____
KENNETH DAVIS
DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion for Discovery upon the Hon. Jose Guzman, Counsel for the Defendant, by placing the same in a receptacle reserved in his/her name in the Office of the Clerk of the Circuit Court of Russell County, Alabama.
This the 29th day of March, 2001.

_____
KENNETH DAVIS
DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT

SJS465    DOCKET NOTICE CONFIRMATION REPORT    RUN DATE: 04/02/2001
OPER: JOS                                       RUN TIME: 14:39:02
CONFIDENTIAL: N

DOCKET DATE: 04/24/2001    JUDGE: GEORGE R. GREENE    PARAGRAPH 000115
DOCKET TIME:   9:00AM       LOCATION: COURTROOM I

         PLEASE BRING YOUR ATTORNEY TO COURT WITH YOU

---

BELOW IS A COPY OF THE NOTICE THAT WAS MAILED ON THIS CASE: CC 2001 000253.00

---

              * * * IN THE CIRCUIT COURT OF RUSSELL COUNTY * * *

         DEFENDANTS AND ATTORNEYS MUST APPEAR BEFORE THIS COURT FOR
         ARRAIGNMENT AT THE TIME AND PLACE STATED BELOW...

            CASE:  CC 2001 000253.00
            DATE:  04/24/2001    TIME:  09:00AM
            PLACE: COURTROOM I
                   RUSSELL COUNTY COURTHOUSE
                   PHENIX CITY  ALABAMA

            CHARGE: ATTEMPT - MURDER


               JUDGE:  GEORGE R. GREENE
          PROSECUTOR:  DAVIS KENNETH E
            ATTORNEY:  GUZMAN JOSE ENRIQUE
           DEFENDANT:  GRIGGS AVERY L




            PLEASE BRING YOUR ATTORNEY TO COURT WITH YOU
                    CASE 0219 OF 0236 CASES
         (04/02/2001)                                 FORM: S465

---

                   ***** FRONT OF Z - FOLD *****
         KATHY COULTER
         PO BOX 518
         PHENIX CITY  AL  36868-0510


         GUZMAN JOSE ENRIQUE
         P.O. BOX 2412

         COLUMBUS        GA319020000

G00116

STATE OF ALABAMA,                    )    IN THE CIRCUIT COURT OF

    PLAINTIFF,                      )    RUSSELL COUNTY, ALABAMA

vs.                                  )    CASE NO. CC 01-252,253

AVERY GRIGGS                         )

    DEFENDANT.                      )

### O R D E R

    The State of Alabama, by and through its District Attorney, has filed a motion for discovery in the above case.  Upon consideration of the motion, it is **ORDERED** by the Court that the Defendant  shall:

    1.  Permit the District Attorney to analyze, inspect, and copy or photograph books, papers, documents, photographs, tangible objects, buildings or places, or portions of any of these things, which are within the possession, custody or control of the defendant and which the defendant intends to introduce in evidence at the trial.

    2.  Permit the District Attorney to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with the particular case, which are within the possession or control of the defendant and which the defendant intends to introduce in evidence at the trial or which were prepared by a witness whom the defendant intends to call at trial, if the results or reports relate to the witness's testimony.

    **DONE** this 6th day of April, 2001.

*George Greene*

George R. Greene, Circuit Judge

000117

STATE OF ALABAMA          )          IN THE CIRCUIT COURT OF

                         )          RUSSELL COUNTY, ALABAMA

VS.                       )          CASE NO.   CC-01-252,253

AVERY GRIGGS              )

     DEFENDANT            )


## ORDER

It being brought to the Court's attention that the defendant was released from jail after two of the defendant's cases CC-01-156,157 were Nol Prossed.  It is hereby ORDERED that an alias writ is issued for the defendant in the above stated cases.  Bond shall remain the same as previously set.  Costs of alias writ is waived.

DONE this the 9th day of April, 2001.


                                        _George Greene_
                                        JUDGE, CIRCUIT COURT

000118

STATE OF ALABAMA                    )        IN THE CIRCUIT COURT OF
                                    )
        PLAINTIFF,                  )        RUSSELL COUNTY, ALABAMA
                                    )
    VS.                             )        CASE NO.: CC 01- 253
                                    )
_Avery S. Griggs_                   )
                                    )
        DEFENDANT.                  )

## ARRAIGNMENT ORDER

Defendant appeared in open court on this date at which time:

____  The defendant advised the Court that he/she had retained
      _____, Attorney at law, to represent him/
      her in these proceedings.

____  The defendant advised the Court that he/she was indigent and
      unable to employ counsel to represent him/her in these
      proceedings.  The Court appointed _____
      an experienced and competent attorney, to represent him/her in
      these proceedings.

____  The defendant applied for youthful offender status.  Ruling on
      said application was set for June 12, 2001 at 2:00 P.M.

____  The defendant waived the reading of the indictment and entered
      a plea of not guilty to the offense charged therein.

✓    The Court ordered an alias writ and preliminary forfeiture for
      the defendant's failure to appear in Court.

____  Plea deadline set for May 3, 2001 at 10:00 A.M.

____  Docket call set for May 7, 2001 at 10:00 A.M.

____  This case is scheduled for trial docket of May 14, 2001.

____  The defendant shall pay the sum of $_____ per week/month
      towards his/her attorney's fees.  Payments to begin _____.

____  _____
      _____

**DONE** this the 24th day of April, 2001.

                                    _____
                                        JUDGE, CIRCUIT COURT

000119

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| AVERY GRIGGS | * | CASE NO. CC-01-252 & 01-253 |

## MOTION FOR CONSOLIDATION OF OFFENSES

The State moves the Court for an order that the above actions be tried together, upon the ground that the alleged offenses charged against the defendant in the indictment in each of said actions could have been joined as a single indictment under Rule 13 of the Alabama Rules of Criminal Procedure in that they are:

1. Of the same or similar character; or

2. Based on the same conduct or are otherwise connected in their commission; or

3. Alleged to have been part of a common scheme or plan.

By trial together of said actions, the expense of and time consumed in trial will be materially reduced.

_____

**KENNETH DAVIS**
**DISTRICT ATTORNEY**
**26TH JUDICIAL CIRCUIT**

## ORDER

A hearing on the Motion for Consolidation of Offenses is hereby set to be heard on the _____ day of _____, 2001, at _____ o'clock ____.M.
This the _____ day of _____, 2001.

_____

**JUDGE, CIRCUIT COURT**

000120

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Hon. Jose Guzman, Defendant's Attorney of Record, by placing said copy in the US Mail, postage prepaid, to his address P. O. Box 2412, Columbus, GA 321902.

This the 25th day of April, 2001.


_____

**KENNETH DAVIS**
**DISTRICT ATTORNEY**
**26th JUDICIAL CIRCUIT**

G00121

IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

STATE OF ALABAMA,                    *        **CASE NUMBER:**
                                     *           CC-2001-252
         Plaintiff,                  *           CC-2001-253
                                     *
vs.                                  *        **CHARGES:**
                                     *        Robbery 1st, Attempted Murder
AVERY GRIGGS,                        *
                                     *
         Defendant.                  *

## DEMAND FOR PRODUCTION OF DEFENDANT'S
## STATEMENTS AND SCIENTIFIC REPORTS

    Defendant, Avery Griggs, moves that the State furnish Defendant, no later than ten (10) days before the trial of the case, (a) copies of all written statements made by defendant while in custody, and (b) in writing, all relevant and material portions of any and all oral communications and statements made by Defendant while in custody. Defendant further demands that the State furnish Defendant, as soon as possible, by the means provided in (a) and (b) of this motion, all information concerning statements made by Defendant while in custody whether they be oral or written, when discovered by the State.

    In addition, Defendant demands that the State furnish him a complete copy of any written scientific reports in the possession of the prosecution which will be introduced in whole or in part against Defendant by the prosecution in its case in chief or in rebuttal.

    These demand are made pursuant to the Code of Alabama.

    This 1st day of May, 2001.

                                    Jose E. Guzman
                                    Attorney for Defendant

                                    By: _____
                                        Jose E. Guzman
                                        Al. Bar No.: GUZ001

908 Second Avenue
P.O. Box 2412
Columbus, Georgia 31902                5/14/2001    Motion granted
(706) 653-1111                                                6 C

000122

IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | **CASE NUMBER:** |
| | * | CC-2001-252 |
| Plaintiff, | * | CC-2001-253 |
| | * | |
| vs. | * | **CHARGES:** |
| | * | Robbery 1st, Attempted Murder |
| AVERY GRIGGS, | * | |
| | * | |
| Defendant. | * | |

## DEMAND FOR LIST OF WITNESSES

TO:  DISTRICT ATTORNEY

AVERY GRIGGS, the defendant, hereby makes demand upon the State for a list of witnesses on whose testimony the charges against him are brought and witnesses whom the State expects to call at the trial of this case. This demand is made prior to arraignment and pursuant to Alabama law.

This 1ST day of May, 2001.

Jose E. Guzman
Attorney for Defendant

By:  _____
Jose E. Guzman
Al. Bar No.: GUZ001

908 Second Avenue
P.O. Box 2412
Columbus, Georgia 31902
(706) 653-1111

5/14/2001 — Motion granted

6.6

000123

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | ) | RUSSELL COUNTY, ALABAMA |
| VS. | ) | CASE NO. CC 01-252, 253 |
| AVERY GRIGGS | ) | |
| DEFENDANT. | ) | |

## ORDER

Motion for discovery having been filed in the above styled cause pursuant to Rule 16 of the Alabama Rules of Criminal Procedure, the District Attorney of Russell County, Alabama is ORDERED to produce and disclose information and materials discoverable under the authority of Brady v. Maryland and Rule 16 of the Alabama Rules of Criminal Procedure.

DONE this the 8th day of May, 2001.

_George Greene_
George R. Greene, Circuit Judge

600124

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
| | ) | |
| PLAINTIFF, | ) | RUSSELL COUNTY, ALABAMA |
| | ) | |
| VS. | ) | CASE NO.: CC 01-252,253 |
| | ) | |
| AVERY GRIGGS | ) | |
| | ) | |
| DEFENDANT. | ) | |

## ORDER

The Court taking into consideration the defendant's motion for Production of defendant's statements and scientific reports and the Court is of the opinion said motion should be granted, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that the State shall provide to Attorney for the Defendant the documents requested in the motion for production.

**DONE** this the 16th day of May, 2001.

FILED IN OFFICE
2001 MAY 16 PM 2: 31
CIRCUIT/DIST. COURT
RUSSELL CO. AL.

*George Greene*
——————————————
JUDGE, CIRCUIT COURT

000125

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
| | ) | |
| PLAINTIFF, | ) | RUSSELL COUNTY, ALABAMA |
| | ) | |
| VS. | ) | CASE NO.: CC 01-252,253 |
| | ) | |
| AVERY GRIGGS | ) | |
| | ) | |
| DEFENDANT. | ) | |

## ORDER

The Court taking into consideration the defendant's motion for list of witnesses and the Court is of the opinion said motion should be granted, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that the State shall present to Attorney for the defendant a list of witnesses expected to be called at the trial of the above cases.

**DONE** this the 16th day of May, 2001.

FILED IN OFFICE
2001 MAY 16  PH 2: 30
CIRCUIT / DIST. COURT
RUSSELL CO., AL

_George Greene_
—————————————————
JUDGE, CIRCUIT COURT

000126

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA                    *
                                    *
                                    *
     PLAINTIFFS,                    *
                                    *
VS.                                 *        CASE NO.  CC-01-252 253
                                    *
AVERY GRIGGS                        *
                                    *
                                    *
     DEFENDANTS,                    *

ORDER

It is hereby ORDERED that the request filed by Hon. Jose

Guzman to withdraw as attorney for defendant is hereby granted.

DONE this the 29th day of June, 2001.


                              _____
                              JUDGE, CIRCUIT COURT

000127

| | | |
|---|---|---|
| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| AVERY GRIGGS | * | CASE NO. CC-01-252 & 01-253 |

## MOTION FOR CONSOLIDATION OF OFFENSES

The State moves the Court for an order that the above actions be tried together, upon the ground that the alleged offenses charged against the defendant in the indictment in each of said actions could have been joined as a single indictment under Rule 13 of the Alabama Rules of Criminal Procedure in that they are:

    1. Of the same or similar character; or

    2. Based on the same conduct or are otherwise connected in their commission; or

    3. Alleged to have been part of a common scheme or plan.

By trial together of said actions, the expense of and time consumed in trial will be materially reduced.

**KENNETH DAVIS**
**DISTRICT ATTORNEY**
**26TH JUDICIAL CIRCUIT**

## ORDER

A hearing on the Motion for Consolidation of Offenses is hereby set to be heard on the _2ND_ day of _August_, 2001, at _4:00_ o'clock _P_.M.
This the _5_ day of _July_, 2001.

**JUDGE, CIRCUIT COURT**

IN THE CIRCUIT COURT OF

RUSSELL COUNTY, ALABAMA

600128

STATE OF ALABAMA                    )

    PLAINTIFF,                      )

VS.                                 )        CASE NO.   CC-01-252, 253

AVERY GRIGGS                        )

    DEFENDANT.                      )

## ORDER

It is Ordered that the above styled cause is set for a

hearing for the 2nd day of August, 2001 at 4:00 P.M. in Courtroom

No. 1, Russell County Courthouse.

Dated this the 10th day of July, 2001.


_George Greene_

**JUDGE, CIRCUIT COURT**

FILED IN OFFICE
2001 JUL 10 PH 3: 12
CIRCUIT/DIST. COURT
RUSSELL CO. AL

ACR350
ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF    RUSSELL COUNTY          COPL 22  000129

ALIAS WARRANT                                    CC 2001 000253.00
JID: GEORGE R. GREENE

```
-----------------------------------------------------------------------
|      THE  STATE OF ALABAMA          VS GRIGGS AVERY L
|TO ANY LAW ENFORCEMENT OFFICER:
|
|YOU ARE HEREBY COMMANDED TO ARREST: GRIGGS AVERY L
|AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
|FAILURE TO APPEAR ON THE CHARGE OF: ATTEMPT - MURDER        - FELONY
|                                                           -
|
|WITNESS MY HAND THIS      APRIL  9, 2001.
|
|
|BOND SET AT: NO BOND          -            Kathy Coulter
|                                         JUDGE/CLERK/MAGISTRATE
|
|-----------------------------------------------------------------------
|DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:
|
|21 OAK STREET                     HT: 600   WT: 170
|                                  HAIR: BLK    EYE: BRO
|FT MITCHELL      , AL 36856 0000  BIRTH DATE: 05/17/1977
|                                  RACE: B    SEX: M
|                                  SID#: 000000000
|                                  SSN#: 420271226
|
|  ALIAS:
|  EMPLOYER: _____  PHONE NO: _____
|  TICKET NUMBER: WA-00-3062     AGENCY/OFFICER: 0570100/00PL2268
|NOTE:
|
|THIS APPEARS TO BE A VALID ADDRESS
-----------------------------------------------------------------------
|  OFFICERS RETURN:
|  RECEIVED ON _____
|  EXECUTED ON _____4-26-01_____  BY: T.H. Taylor_____
|  ( ) DEFENDANT ARRESTED, RELEASED ON BOND
|  (X) DEFENDANT ARRESTED, IN JAIL
|  ( ) DEFENDANT ARRESTED, NOT BOOKED
|  ( ) NOT FOUND
|  ( ) OTHER _____
|                                   T.H. Taylor
|  SHERIFF-------------------        OFFICER-------------
|
|
|
|
|OPERATOR:JOS-----------------------------------------------------------
PREPARED:04/09/2001
```

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Co... |
|---|---|
| [1] Yes | [1] Yes |
| [2] No | [2] No |

000130

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

### IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 057.0000 | Russell County Sheriffs Dept. | 00.PL.22680 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Griggs, Avery Laprez | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 HAIR | 12 HAIR | 13 SKIN | 14 | 15 SCARS | 16 MARKS | 17 TATOOS | 18 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [X] M [ ] F | B | 6'0" | 170 | Bro | Blk | Light | | | | | |

| 16 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Phenix City, Russell, AL | 4210-1217-1/2126 | 05/17/77 | 24 | |

| 20 MO # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDY | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| 24 FBI # | HENRY CLASS | | | | | 25 IDENTIFICATION COMMENTS |
|---|---|---|---|---|---|---|
| | NCIC CLASS | | | | | |

| 26 [ ] RESIDENT [X] NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 21 Oak St., Ft. Mitchell, AL | (334) 855-3323 | machine oper. |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Unemployed | | ( ) |

### ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? [X] YES [ ] NO |
|---|---|---|
| 21 Oak St. Ft. Mitchell, AL | | [ ] IN STATE [ ] OUT STATE [ ] AGENCY |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJUREST | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| [ ] DRUNK [X] SOBER [ ] DRINKING [ ] DRUGS | [X] YES [ ] NO [ ] OFFICER [ ] ARRESTEE | [X] NONE | [ ] Y [X] N | [ ] HANDGUN [ ] RIFLE [ ] SHOTGUN [ ] OTHER FIREARM [ ] OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 09/26/01 | 1015 [ ] AM [X] PM [ ] MIL | S M T W T [F] S | [X] ON VIEW [ ] CALL [ ] WARRANT | [X] YES [ ] NO [ ] UNKNOWN |

| 46 CHARGE—1 [X] FEL [ ] MISD | 47 UCR CODE | 46 CHARGE—2 [X] FEL [ ] MISD | 48 UCR CODE |
|---|---|---|---|
| Attempt murder I | 5073 | Robbery I | 5073 |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 50 STATE CODE/LOCAL ORDINANCE | 53 WARRANT # | 54 DATE ISSUED |
|---|---|---|---|---|---|
| FTA | 00-3062 | 09/27/01 | FTA | 00-3061 | 09/27/01 |

| 56 CHARGE—3 [ ] FEL [ ] MISD | 57 UCR CODE | 58 CHARGE—4 [ ] FEL [ ] MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| | | M D Y | | | M D Y |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| [X] HELD [ ] TOT—LE [X] BAIL [ ] OTHER [ ] RELEASED | | |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

### VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | 79 IMPOUNDED? [ ] YES [X] NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | [ ] CONTINUED IN NARRATIVE |
|---|---|
| | |

### JUVENILE

| 82 JUVENILE DISPOSITION: | [ ] HANDLED AND RELEASED [ ] REF. TO JUVENILE COURT | [ ] REF. TO WELFARE AGENCY [ ] REF. TO OTHER POLICE AGENCY | [ ] REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|
| | | | | |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE |
|---|---|---|
| | | ( ) |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |
|---|---|---|---|
| | | | ( ) |

### RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M D Y : [ ] AM [ ] PM [ ] MIL | | | |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE [ ] YES [ ] NO [ ] PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| | | |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| |

| | LOCAL USE |
|---|---|
| | STATE USE |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|
| | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE [ ] Y [ ] N |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| Taylor, H | 51KU | C. 77/ H | 52A) | | |

000131

| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2          Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER | Case Number<br><br>CC-01-252,253 |

IN THE ___Circuit___ COURT OF ___Russell County___, ALABAMA
(Circuit, District, or Municipal)          (Name of County or Municipality)

STYLE OF CASE: ___State of Alabama___ v. ___Avery Griss___
Plaintiff(s)                          Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☑ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

### SECTION I.

1. IDENTIFICATION
   Full name ___Avery L. Griss___ Date of birth ___May 17, 1977___
   Spouse's full name (if married) ___N/A___
   Complete home address ___21 Oak St    Ft. Mitchell, AL.    36856___

   Number of people living in household ___2___
   Home telephone number ___855-3323___
   Occupation/Job ___unemployed___ Length of employment ___N/A___
   Driver's license number ___N/A___ *Social Security Number ___420271226___
   Employer ___N/A___ Employer's telephone number ___N/A___
   Employer's address ___N/A___

2. ASSISTANCE BENEFITS

   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.) ___No___

   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other _____

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   Monthly Gross Income                                         $ ___0___
   Spouse's Monthly Gross Income (unless a marital offense)     _____
   Other Earnings: Commissions, Bonuses, Interest Income, etc.  _____
   Contributions from Other People Living in Household          _____
   Unemployment/Workmen's Compensation,
        Social Security, Retirements, etc.                      _____
   Other Income (be specific) _____                   _____

   TOTAL MONTHLY GROSS INCOME                                   $ ___0___

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage                                             $ _____
      Total Utilities: Gas, Electricity, Water, etc.            _____
      Food                                                      _____
      Clothing                                                  _____
      Health Care/Medical                                       _____
      Insurance                                                 _____
      Car Payment(s)/Transportation Expenses                    _____
      Loan Payment(s)                                           _____

*OPTIONAL

000132

Form C-10  Page 2 of 2   Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**

Monthly Expenses: (cont'd page 1)
Credit Card Payment(s)
Educational/Employment Expenses
Other Expenses (*be specific*) _____

**Sub-Total**                                                          A $ _____

B.   Child Support Payment(s)/Alimony          $ _____

**Sub-Total**                                                          B $ _____

C.   Exceptional Expenses                               $ _____

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)  $ _0_____

---

Total Gross Monthly Income Less total monthly expenses:

**DISPOSABLE MONTHLY INCOME**                         $ _0_____

---

4.   LIQUID ASSETS:
Cash on Hand/Bank (*or otherwise available such as stocks,
bonds, certificates of deposit*)                 $ _____
Equity in Real Estate (value of property less what you owe)   _____
Equity in Personal Property, etc. (such as the value of
motor vehicles, stereo, VCR, furnishing, jewelry, tools,
guns, less what you owe)                         _____
Other (*be specific*)
Do you own anything else of value? ☐ Yes  ☐ No
(land, house, boat, TV, stereo, jewelry)
If so, describe _____

**TOTAL LIQUID ASSETS**                               $ _0_____

---

5.   Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status.  I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury.  I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me.  I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this
_5TH_ day of _OcTober_, _2001_.

_____
Judge/Clerk/Notary

_Avery Griggs_
Affiant's Signature

_Avery Griggs_
Print or Type Name

---

**ORDER OF COURT**

**SECTION II.**
**IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:**
☐ Affiant is not indigent and request is DENIED.
☒ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
$ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise
ordered and disbursed as follows: _To reimburse St of Al. all atty fees_
☒ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _N. Kirkland Pope_, is hereby appointed as counsel to represent
affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and
expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _2nd_ day of _Oct._, _2001_

_____
Judge

000133

TO:          HON. TOMMY BOSWELL, SHERIFF

FROM:        CLERK'S OFFICE (By _JODY_____ )

DATE:        ___10/2/01___

RE:          STATE OF ALABAMA VS. _Avery L Griggs_

CASE NO.(S): _CC-01-252_____ , _253_

OFFENSE(S): _Robbery, 1st_    _Att. murder_

_Bonds_ $ _100,000 ºº_    $ _150,000 ºº_

Please be advised that bond in the above-styled case(s) has been

reset at $ _Above_ by the authority of _Judge Greene_ .

COURT DATE: _Nov. 13 @ 9:30 am_

_Nov. 26, 01 trial docket_

000134

| | | Case Number |
|---|---|---|
| State of Alabama<br>Unified Judicial System<br><br>Form CR-9   Rev. 3/95 | PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT | *Ce -01-252/253* |

IN THE ___*Circuit*_____ COURT OF *Russell County*_____, ALABAMA
       *(Circuit, District, or Municipal)*         *(Name of County or Municipality)*

□ STATE OF ALABAMA v. ___*Avery Griggs*_____, Defendant

Comes now, the defendant in the above-styled matter, and to the offense charged enters a plea of

☑ Not Guilty
□ Not Guilty by Reason of Mental Disease or Defect
□ Not Guilty and Not Guilty by Reason of Mental Disease or Defect

Defendant acknowledges receipt of the copy of the charge against him/her and further waives the right to have an arraignment at which the defendant is present in person, or at which the defendant is represented by an attorney.

But, the defendant specifically and expressly reserves the right upon the filing hereof to hereafter, but before trial or before such date as may be set by the court, to interpose any defenses, objections, or motions which the defendant had the right as a matter of law or rule to interpose in this cause, prior to the filing hereof.

Defendant's date of birth is ___*May 17, 1977*___ Defendant's age is ___*24*___
The defendant is not eligible for consideration by the court for youthful offender status as provided by law.

___*October 5, 2001*___
Date

___*October 5, 2001*___
Date

_____
Defendant

_____
Attorney for Defendant

This is to certify that I am the attorney for the defendant in this matter, and that I have fully explained this form and all matters set forth herein, and pertaining hereto, to the defendant. I further state to the court that I have explained to the defendant his right to be arraigned in person and his right to have me represent him at arraignment. I further certify to the court that my client hereby knowingly, voluntarily, and intelligently waives these rights after a full and complete explanation of each and every one of them to him/her by me. BOTH MYSELF AND THE DEFENDANT UNDERSTAND THAT I AM RESPONSIBLE FOR ASCERTAINING WHAT DATE, IF ANY, HAS BEEN SET BY THE COURT FOR THE MAKING OR FILING OF ANY DEFENSES, OBJECTIONS, OR MOTIONS. I FURTHER UNDERSTAND THAT I AM RESPONSIBLE FOR NOTIFYING MY CLIENT OF THE DATE HIS/HER CASE IS SET FOR TRIAL, AND THAT I HAVE ADVISED AND INFORMED HIM/HER THAT IN THE EVENT HE/SHE FAILS TO APPEAR ON THE DATE HIS/HER CASE IS SET FOR TRIAL, ALL APPROPRIATE LEGAL ACTION WILL BE TAKEN BY THE COURT AGAINST THE DEFENDANT AND HIS/HER BOND. I further certify to the court that I have advised my client that he/she is responsible for obtaining the date his/her case is set for trial in this matter and that in the event he/she fails to appear on the date his/her case is set for trial all appropriate legal action will be taken by the court against the defendant and his/her bond, and I hereby certify that the defendant knows that he/she is personally responsible for obtaining the date his/her case is set for trial and for being present in court on that date.

___*October 5, 2001*___
Date

_____
Attorney for Defendant Signature

I certify that I served a copy of the foregoing plea and waiver of arraignment on the Prosecutor by mailing/delivering a copy of the same to him/her on:

_____
Date

*N. Kirkland Pope*
Printed or Typed Attorney's Name

*1110 Broad St Phenix Cty, Al.*
Address
*36867*

This is to certify that my attorney has explained each and every matter and right set forth in this form and I have completely and fully read and do so understand each and every matter set forth in this form. I further state to the court that I do not wish to have an attorney personally present at an arraignment in this case and that I do not want to have an attorney represent me at an arraignment and WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS. I further state to the court that I have been informed of the charge against me and have received a copy of the charge.

___*October 5, 2001*___
Date

Filed in office this date ___*10/5/01*___

_____
Defendant Signature

*Kathy Coulter*    By *JES*
Clerk

G00135

STATE OF ALABAMA            )        IN THE CIRCUIT COURT OF
                           )
        PLAINTIFF,         )        RUSSELL COUNTY, ALABAMA
                           )
    VS.                    )        CASE NO.: CC 01-253
                           )
AVERY GRIGGS               )
                           )
        DEFENDANT.         )

<u>ARRAIGNMENT ORDER</u>

Defendant appeared in open court on this date at which time:

___✓___ The defendant advised the Court that he/she was indigent and
unable to employ counsel to represent him/her in these
proceedings. The Court appointed ___Kirk Pope___
an experienced and competent attorney, to represent him/her in
these proceedings.

___✓___ Bond is set in the amount of $150,000.00.

___✓___ The defendant waived the reading of the indictment and entered
a plea of not guilty to the offense charged therein.

_____ The Court ordered an alias writ and preliminary forfeiture for
the defendant's failure to appear in Court.

___✓___ Plea deadline and docket call are set for November 13, 2001 at
10:00 A.M.

___✓___ This case is scheduled for trial docket of November 26, 2001.

_____ The defendant shall pay the sum of $_____ per week/month
towards his/her attorney's fees. Payments to begin _____.

_____ _____
_____.

**DONE** this the 2nd day of October, 2001.

_____
JUDGE, CIRCUIT COURT

G00136

IN THE CIRCUIT COURT OF RUSSELL COUNTY ALABAMA

STATE OF ALABAMA,            )
                             )
vs.                          )            CC-01-252
                             )            CC-01-253
AVERY L. GRIGGS,             )
            Defendant.       )

## ORDER

Request for Discovery having been filed in the above styled cause pursuant to

Rule 16 of the Alabama Rules of Criminal Procedure, the District Attorney of Russell

County, Alabama is ordered to produce and disclose information and materials

discoverable under the authority of *Brady v. Maryland* and Rule 16 of the Alabama Rules

of Criminal Procedure.

Done this the ___9th___ day of ___October___, 2001.

_George Greene_
**CIRCUIT JUDGE**

FILED IN OFFICE
2001 OCT 11  PM 4:24
CIRCUIT/DIST. COURT
RUSSELL CO., AL

000137

IN THE CIRCUIT COURT OF RUSSELL COUNTY ALABAMA

STATE OF ALABAMA,          )
                           )
vs.                        )          CC-01-252
                           )          CC-01-253
AVERY L. GRIGGS,           )
          Defendant.       )

## ORDER

Upon consideration of the Motion for Approval of Expenses Pursuant to *May v. State* filed by Counsel for the Defendant, the Court is of the opinion that the same is due to be granted.

It is therefore ordered that the Comptroller for the State of Alabama reimburse N. Kirkland Pope, at the conclusion of his representation of the Defendant at the trial court level, the sum of $21.00 per hour for each hour committed to the defense of the Defendant in this action, from the date of his appointment on the 9th day of October, 2001.

DONE this the 9th day of October, 2001.

CIRCUIT JUDGE

FILED IN OFFICE
2001 OCT 11  PM 4: 24
CIRCUIT DIST. COURT
RUSSELL CO. AL

000138

STATE OF ALABAMA                )        IN THE CIRCUIT COURT OF
                                )
            PLAINTIFF,          )        RUSSELL COUNTY, ALABAMA
                                )
        VS.                     )        CASE NO.:  CC 01-252
                                )                   01-253
_Avery L. Driggs_               )
            DEFENDANT.          )

ORDER

This matter coming before the Court for call of the criminal
trial docket on November 13, 2001.  It is therefore,

**ORDERED, ADJUDGED AND DECREED:**

____  Upon failure of the defendant to appear in Court on this date,
an alias writ and preliminary forfeiture is **ORDERED**.

____  Upon request/motion made in open court this matter is
continued to trial docket set for _____, 2002.

____  Plea deadline is extended to _____, 2002 at 10:00 A.M.

____  Docket call is set for _____, 2002 at 10:00 A.M.

✓  Motion to consolidate is ✓ granted  ____ denied.

✓  Hearing on Motion to suppress is set for _11-19-01 at 2:00 PM_

____  Hearing on Motion to consolidate is set for _____.

____  Case is transferred to District Court/Municipal Court for
disposition.

____  _____

____  _____

**DONE** this the 13th day of November, 2001.

_George Greene_
JUDGE, CIRCUIT COURT

000139

STATE OF ALABAMA     )  IN THE CIRCUIT COURT OF
                             )
        PLAINTIFF,   )  RUSSELL COUNTY, ALABAMA
                             )
   VS.             )  CASE NO.: CC 01-252,253
                             )
AVERY L. GRIGGS     )
                             )
        DEFENDANT.   )

## ORDER

The parties appearing before the Court for a hearing on the Defendant's motion to suppress, the State making it known to the Court that upon reviewing their files that the motion was in fact due to be granted and that the State had no objections to the Court granting said motion to suppress. It is therefore ORDERED that the Defendant's motion to Suppress is granted.

**DONE** this the 19th day of November, 2001.

_George Green_
JUDGE, CIRCUIT COURT

JUR250                    A  AMA JUDICIAL INFORMATION  S/E
OPER: JOS                        RUSSELL COUNTY              RUN DATE: 12/03/2001
                             STRIKE LIST BY: STRIKE#         RUN TIME: 000140

TERM DATE: 12/03/2001   PANEL: 001   STATUS: A

STRIKE   JUROR'S NAME                    STRIKE   JUROR'S NAME                    H3

0001  ADKINS ULYSSES                     0097  SPIVERY NANCY M
~~0002  ALEXANDER RANDY DEE II~~         ~~0103  TAYLOR NONA JONES~~
0004  BARRETT NANCY H                    ~~0110  UPSHAW ULYSSES~~
0008  BROOKS RONALD EDWARD               0116  WEBSTER JIMMIE DARLENE Robin
~~0010  BROWN DONALD EUGENE JR~~         0117  WHITEHEAD PATRICK D
0014  CASON JUARENE WILLIAMS             ~~0120  WILBORN JERRY LEE~~
0015  COLLINS HELEN HUGHLEY M            ~~0121  WILLIAMS GEORGE THOMAS~~
~~0017  COOPER CORY WAYNE~~              ~~0122  WILLIAMS GERALDINE ALEX~~
~~0020  DAVIS GERRYE NELLIUS HE~~        ~~0124  WILLIAMS SHIRLEY MCCOT~~
0024  DODD ELAINE PEARROW                ~~0127  WINDON KATHY MAE~~
0026  EILAND ROY                         ~~0129  WOODS BRENDA ANN~~
~~0027  EVANS JUDITH ELAINE~~ 1
~~0028  FORD PATRICIA~~                  CC-01-252-253     Dec.3 2001
0029  GARCIA MYRNA DORMITORIO            State of AL vs. Avery Griggs
0042  HIGHTOWER DONALD DAVID             Davis           Pope
~~0043  HODGE MARGARET LEE~~ 2
0046  HUDSON EDWARD PAUL                 ___S___         ___D___
~~0047  HUNTER LINDA LONG~~              1- 103          1- 27
0048  HUTCHINSON TERRY ALLEN             2- 47           2- 43
0050  JENNINGS SANDY B  7  Att.          3- 89           3- 68
~~0056  LEMONS TIMOTHY~~                 4- 110          4- 94
0057  LEONARD REGGIE ANTIONO             5- 129          5- 79
~~0058  LIAS KENNETH NEAL~~ exc.         6- 127          6- 82
~~0068  MOON ULYSSES~~ 3                 7- 124          7- 50    Att.
0070  MOURING JUANITA SAPP
0071  MYERS STEPHEN CHRISTOPH
0073  NEWMAN WANDA LYNN PAGE
0076  OLDS FAYE STROUD
~~0079  PARMER FEED LINDA JOYCE~~ 5
~~0082  POWERS LARRY REGINALD~~ 6
~~0087  RUTLEDGE MARIA Washington~~
~~0094  SKIPPER FRANKIE S~~ 4

RICT ATTORNEY'S WITNESS LIST                          CASE #        00PL22680

DEFENDANT   AVERY LAPREZ GRIGGS                                      **000141**

CHARGE   ATTEMPT TO COMMIT MURDER/ ROBBERY 1ST

*************************************************************************************

X 1. NAME  DEMETRIUS A. JACKSON          EMPLOYER    GATEWAY LINCOLN MERCURY
      ADDRESS  3755 OAK DRIVE    COLUMBUS,GEORGIA 31907
      HOME PHONE   (706) 568-3392          WORK PHONE    (706) 322-5575
      CAN TESTIFY TO:   BEING THE VICTIM OF SAID CRIME. IDENTIFIED OFFENDER IN
      PEACHTREE MALL ON 10-19-00 WHICH LED TO ARREST OF OFFENDER.

X 2. NAME  INV. MIKE VARGO              EMPLOYER    PCPD
      ADDRESS  1111 BROAD STREET PHENIX CITY,ALABAMA 36867
      HOME PHONE  ( )  -               WORK PHONE    (334) 448-2800
      CAN TESTIFY TO:   ASSIGNED TO THE CASE. INTERVIEWED OFFENDER WHO CONFESSED
      CONFESSED TO INV.

   3. NAME  LT.BRIAN MCGARR             EMPLOYER    PCPD
      ADDRESS  1111 BROAD STREET PHENIX CITY,ALABAMA 36867
      HOME PHONE  ( )  -               WORK PHONE    (334) 448-2800
      CAN TESTIFY TO:   ASSISTING IN CRIME SCENE AREA. PHOTOGRAPHED RECOVERED
      LINCOLN NAVIGATOR. SPOKE W/ VICTIM AT THE MEDICAL CENTER.

   4. NAME  INV.RICKEY LAWRENCE         EMPLOYER    PCPD
      ADDRESS  1111 BROAD STREET PHENIX CITY,ALABAMA 36867
      HOME PHONE  ( )  -               WORK PHONE    (033) 448-2800
      CAN TESTIFY TO:   ASSISTING INV.VARGO BY DIAGRAMMING CRIME SCENE AND
      ASSISTING INV. IN LIFTING FINGERPRINTS FROM STOLEN/RECOVERED NAVIGATOR.

   5. NAME  DANIEL BROWN                EMPLOYER
      ADDRESS  #130 POORHOUSE ROAD    SEALE,ALABAMA 36875
      HOME PHONE  (334) 855-4156        WORK PHONE    (334) 855-4711
      CAN TESTIFY TO:   WITNESSING VICTIM FALL OUT OF THE LINCOLN NAVIGATOR.
      CAME TO THE AID OF VICTIM AFTER THE FALL AND ROLL FROM NAVIGATOR.

X 6. NAME  JESSE MCKINNON              EMPLOYER
      ADDRESS  4245 MAYFIELD DRIVE    COLUMBUS,GEORGIA  31907
      HOME PHONE  (706) 561-7243        WORK PHONE   ( )  -
      CAN TESTIFY TO:   SAME AS ABOVE(DANIEL BROWN)

X 7. NAME  BRYANT HARRIS              EMPLOYER    GATEWAY LINCOLN MERCURY
      ADDRESS  1300 5TH AVE. COLUMBUS,GEORGIA 31901
      HOME PHONE  ( )  -               WORK PHONE    (706) 322-5575
      CAN TESTIFY TO:   BEING W/ VICTIM AT PEACHTREE MALL ON 10-19-00 WHEN HE ALSO

RRCI APPROVED CASE #_____ WPL22680

DEFENDANT __AVERY LAPREZ GRIGGS__

000142

CHARGE __ATTEMPT TO COMMIT MURDER/ROBBERY 1ST__

**************************************************************

1. NAME __CONTINUED *********__ EMPLOYER _____
   ADDRESS _____
   HOME PHONE __( ) -__ WORK PHONE __( ) -__
   CAN TESTIFY TO: __ALSO IDENTIFIED OFFENDER. REMEMBERED WHEN THE OFFENDER__
   __CAME TO CAR DEALERSHIP ON 8-26-00 AND TEST DROVE NAVIGATOR W/ VICTIM__

2. NAME __Mike Affleck__ EMPLOYER _____
   ADDRESS _____
   HOME PHONE __( ) -__ WORK PHONE __( ) -__
   CAN TESTIFY TO: _____

3. NAME __Dan Snow__ EMPLOYER _____
   ADDRESS _____
   HOME PHONE __( ) -__ WORK PHONE __( ) -__
   CAN TESTIFY TO: _____

X 4. NAME __Randy Lavoie__ EMPLOYER _____
   ADDRESS _____
   HOME PHONE __( ) -__ WORK PHONE __( ) -__
   CAN TESTIFY TO: _____

5. NAME __Andy Gonzales__ EMPLOYER _____
   ADDRESS _____
   HOME PHONE __( ) -__ WORK PHONE __( ) -__
   CAN TESTIFY TO: _____

X 6. NAME __Greg Ballard__ EMPLOYER _____
   ADDRESS __CPD__
   HOME PHONE __( ) -__ WORK PHONE __( ) -__
   CAN TESTIFY TO: _____

7. NAME _____ EMPLOYER _____
   ADDRESS _____
   HOME PHONE __( ) -__ WORK PHONE __( ) -__
   CAN TESTIFY TO: _____

000143

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA                    )
                                    )
v.                                  )        CC  01-252,
                                    )        CC  01-253
AVERY GRIGGS                        )
                                    )
        Defendant.                  )


## DEFENDANT AVERY GRIGGS' WITNESS LIST

MORRIS GRIGGS
AVERY GRIGGS
DELORIS CALDWELL



Respectfully submitted,



ATTORNEY FOR DEFENDANT


N. KIRKLAND POPE
1110 BROAD STREET
P.O. Box 849
Phenix City, Alabama 36968-0849