# THE STATE OF ALABAMA— JUDICIAL DEPARTMENT
# THE COURT OF CRIMINAL APPEALS

## CERTIFICATE OF JUDGMENT

Therkelsen
38910

**Criminal Appeals Case** **CR-01-1189**

Avery Griggs v. State of Alabama (Appeal from Russell Circuit Court: CC01-252; CC01-253).

Whereas, the appeal in the above cause having been duly submitted and considered, it is now hereby certified that on the 21st day of February, 2003, the judgment of the court below was affirmed.

**Witness, Lane W. Mann, Clerk,**
**Court of Criminal Appeals, this**
**11th day of March, 2003**

Lane W. Mann

**Clerk**
**Court of Criminal Appeals**
**State of Alabama**

EXHIBIT
tabbies
E