```
ACR0370                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2001 000252.00
OPER: DEB                     CASE ACTION SUMMARY
PAGE:   1                      CIRCUIT   CRIMINAL              RUN DATE: 09/26/2005
=================================================================================
IN THE CIRCUIT COURT OF   RUSSELL                                      JUDGE: GRG
STATE  OF  ALABAMA                    VS       GRIGGS AVERY L
                                               221719
CASE: CC 2001 000252.00                          200 WALLACE DRIVE
                                                 CLIO, AL    36017 2615

DOB: 05/17/1977          SEX: M  RACE: B  HT: 6 00  WT: 170   HR: BLK  EYES: BRO
SSN: 420271226  ALIAS NAMES:
=================================================================================
CHARGE01: ROBBERY 1ST           CODE01: ROB1   LIT: ROBBERY 1ST   TYP: F #: 001
OFFENSE DATE: 08/26/2000               AGENCY/OFFICER: 0570100 00PL226

DATE WAR/CAP ISS: 04/09/2001           DATE ARRESTED: 10/20/2000
DATE    INDICTED: 03/16/2001           DATE    FILED: 03/22/2001
DATE    RELEASED:                      DATE  HEARING:
     BOND AMOUNT:       $100,000.00           SURETIES:

DATE 1: 02/21/2002  DESC: SENT        TIME:  0200 P
DATE 2: 11/26/2001  DESC: JTRL        TIME:  0900 A

TRACKING NOS: DC 2000 002562 00 / GJ 2001 200067 00 /

   DEF/ATY: POPE NEAL KIRKLAND          TYPE: A                        TYPE:
            1110 BROAD STREET
            POST OFFICE BOX 849
            PHENIX CITY    AL 36868
                                                              00000
PROSECUTOR: DAVIS KENNETH E

=================================================================================
OTH CSE: DC200000256200 CHK/TICKET NO: WA-00-3061        GRAND JURY: 67
COURT REPORTER: _____ SID NO:    000000000
DEF STATUS: PRISON                DEMAND:                         OPER: JOS
=================================================================================
  TRANS DATE  |  ACTIONS, JUDGEMENTS, AND NOTES                            | OPE
=================================================================================
 03/22/2001   | ATTORNEY FOR DEFENDANT: GUZMAN JOSE ENRIQUE (AR01)         |
              |                                                            | JOS
 03/22/2001   | SET FOR:  ARRAIGNMENT ON 04/24/2001 AT 0900A(AR01)         |
              |                                                            | JOS
 03/29/2001   | MOTION FOR DISCOVERY BY STATE                              |
              |                                                            | JOS
 04/02/2001   | NOTICE SENT: 04/02/2001 GUZMAN JOSE ENRIQUE                |
              |                                                            | JOS
 04/06/2001   | ORDER ON MOTION FOR DISCOVERY BY STATE                     |
              |                                                            | JOS
 04/09/2001   | ALIAS WARRANT ISSUED: 04/09/2001            (AR08)         |
              |                                                            | JOS
 04/10/2001   | ORDER TO ISSUE ALIAS WRIT UPON DEFENDANT BEING             |
              |                                                            | JOS
 04/10/2001   |     RELEASED IN ERROR ON CC-2001-156 & 157. BOND           |
              |                                                            | JOS
 04/10/2001   |     SHALL REMAIN THE SAME. COST OF WRIT WAIVED.            |
              |                                                            | JOS
 04/13/2001   | TRANSMITTAL NOTICE       SENT TO DEFENSE ATTO(AR09)        |
              |                                                            | JOS
 04/18/2001   | DISTRICT ATTORNEY'S FEES ($184.50)                         |
              |                                                            | JOS
 04/24/2001   | UPON THE DEFENDANT'S FAILURE TO APPEAR IN COURT,           |
              |                                                            | JOS
 04/24/2001   |     PRELIMINARY FORFEITURE AND ALIAS WRIT ORDERED          |
              |                                                            | JOS
 04/26/2001   | MOTION FOR CONSOLIDATION OF OFFENSES                       |
              |                                                            | JOS
 05/02/2001   | DEMAND FOR PRODUCTION OF DEFENDANT'S STATEMENTS            |
              |                                                            | JOS
 05/02/2001   |     AND SCIENTIFIC REPORTS                                 |
              |                                                            | JOS
 05/02/2001   | DEMAND FOR LIST OF WITNESSES                               |
              |                                                            | JOS
```


EXHIBIT F

SEP 26 2005 11:58                                          3342976250

```
ACRO370                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2001 000252.00
OPER: DEB                      CASE ACTION SUMMARY
PAGE:   2                      CIRCUIT   CRIMINAL               RUN DATE: 09/26/2005
==========================================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                          JUDGE: GRG
STATE  OF  ALABAMA                       VS    GRIGGS AVERY L
                                               221719
CASE:  CC 2001 000252.00                       200 WALLACE DRIVE
                                               CLIO, AL   36017 2615

DOB: 05/17/1977       SEX: M  RACE: B   HT: 6 00   WT: 170   HR: BLK  EYES: BRO
SSN: 420271226   ALIAS NAMES:
==========================================================================================
   TRANS DATE   |  ACTIONS, JUDGEMENTS, AND NOTES                              | OPE
==========================================================================================
  05/02/2001    | REQUEST OF DEFENDANT FOR PRODUCTION BY STATE                  | JOS
  05/02/2001    | MOTION FOR DISCOVERY                                          | JOS
  05/02/2001    | MOTION FOR EXCLUSION OF INVOLUNTARY ADMISSIONS                | JOS
  05/02/2001    |     AND CONFESSIONS                                           | JOS
  05/09/2001    | ORDER ON MOTION FOR PRODUCTION                                | JOS
  05/09/2001    | TRANSMITTAL NOTICE       SENT TO DEFENSE ATTO(AR09)           | JOS
  05/16/2001    | ORDER ON DEMAND FOR DOCUMENTS                                 | JOS
  05/16/2001    | ORDER FOR THE STATE TO PRESENT TO ATTORNEY FOR                | JOS
  05/16/2001    |     DEFENDANT A LIST OF WITNESSES EXPECTED TO BE              | JOS
  05/16/2001    |     CALLED AT TRIAL                                           | JOS
  05/18/2001    | TRANSMITTAL NOTICE       SENT TO DEFENSE ATTO(AR09)           | JOS
  06/18/2001    | MOTION TO WITHDRAW                                            | JOS
  06/29/2001    | MOTION TO WITHDRAW GRANTED                                    | JOS
  07/10/2001    | ORDER SETTING MOTION FOR EXCLUSION OF INVOLUNTARY             | JOS
  07/10/2001    |     ADMISSIONS AND CONFESSIONS FOR AUGUST 2, 2001,            | JOS
  07/10/2001    |     4:00 P.M.                                                 | JOS
  07/10/2001    | ORDER SETTING HEARING ON MOTION FOR CONSOLIDATION             | JOS
  07/10/2001    |     FOR AUGUST 2, 2001, AT 4:00 P.M.                          | JOS
  09/26/2001    | ALIAS WRIT EXECUTED BY PLACING DEFENDANT IN JAIL              | JOS
  10/01/2001    | SET FOR: FTA-ARRG 4/24 ON 10/02/2001 AT 1000A                 | JOS
  10/02/2001    | ***ARRAIGNMENT ORDER***                                       | JOS
  10/02/2001    | ORDER APPOINTING THE HON. KIRK POPE, DEFENDANT                | JOS
  10/02/2001    |     WAIVES READING OF INDICTMENT AND ENTERS A PLEA            | JOS
  10/02/2001    |     OF NOT GUILTY, BOND SET AT $100,000.00.  CASE             | JOS
  10/02/2001    |     SET ON THE NOVEMBER 26, 2001, TRIAL DOCKET.               | JOS
  10/02/2001    | AFFIDAVIT OF SUBSTANTIAL HARDSHIP                             | JOS
  10/03/2001    | SET FOR: JURY TRIAL ON 11/26/2001 AT 0900A   (AR10)           | JOS
  10/05/2001    | ENTRY OF APPEARANCE                                           | JOS
  10/05/2001    | MOTION FOR APPROVAL OF EXPENSES                               | JOS
  10/05/2001    | MOTION FOR DISCOVERY                                          | JOS
  10/11/2001    | ORDER ON MOTION FOR DISCOVERY                                 | JOS
```

```
ACR0370              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2001 000252.00
OPER: DEB                      CASE ACTION SUMMARY
PAGE:   3                      CIRCUIT  CRIMINAL             RUN DATE: 09/26/2005
==============================================================================
IN THE CIRCUIT COURT OF  RUSSELL                              JUDGE: GRG
STATE  OF  ALABAMA                      VS   GRIGGS AVERY L
                                             221719
  CASE: CC 2001 000252.00                    200 WALLACE DRIVE
                                             CLIO, AL  36017 2615

DOB: 05/17/1977        SEX: M  RACE: B  HT: 6 00  WT: 170   HR: BLK  EYES: BRO
SSN: 420271226  ALIAS NAMES:
==============================================================================
```

| Date | Action | |
|---|---|---|
| 10/11/2001 | MOTION FOR APPROVAL OF EXPENSES GRANTED | JOS |
| 10/23/2001 | WITNESS SUBPOENA ISSUED | JOS |
| 10/24/2001 | MOTION FOR EXCLUSION OF INVOLUNTARY AND UNCONSTI- | JOS |
| 10/24/2001 | TUTIONAL ADMISSIONS AND CONFESSIONS | JOS |
| 10/31/2001 | WRITTEN PLEA OF NOT GUILTY AND WAIVER OF | JOS |
| 10/31/2001 | ARRAIGNMENT | JOS |
| 11/16/2001 | (11/13/01) ORDER GRANTING MOTION TO CONSOLIDATE, | JOS |
| 11/16/2001 | HEARING ON MOTION TO SUPPRESS SET FOR NOVEMBER | JOS |
| 11/16/2001 | 19, 2001, AT 2:00 P.M. | JOS |
| 11/19/2001 | PARTY ADDED  W011  MIKE AFFLECK          (AW21) | JOS |
| 11/19/2001 | PARTY ADDED  W012  JESSIE MCKINNON       (AW21) | JOS |
| 11/19/2001 | WITNESS SUBPOENA ISSUED | JOS |
| 11/19/2001 | WITNESS SUBPOENA ISSUED | JOS |
| 11/21/2001 | (11/19/01) MOTION TO SUPPRESS GRANTED | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #1 | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #3 | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #5 | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #6 | JOS |
| 12/03/2001 | ***GUILTY VERDICT*** | JOS |
| 12/03/2001 | "WE THE JURY, FIND THE DEFENDANT, AVERY GRIGGS, | JOS |
| 12/03/2001 | GUILTY OF THE OFFENSE OF ROBBERY 1ST DEGREE, AS | JOS |
| 12/03/2001 | CHARGED IN THE INDICTMENT | JOS |
| 12/03/2001 | ***VERDICT*** | JOS |
| 12/03/2001 | JURY VERDICT OF GUILTY OF THE OFFENSE OF ROBBERY | JOS |
| 12/03/2001 | 1ST DEGREE AS CHARGED IN THE INDICTMENT. THE | JOS |
| 12/03/2001 | DEFENDANT IS REMANDED TO THE CUSTODY OF THE | JOS |
| 12/03/2001 | SHERIFF OF RUSSELL COUNTY.  SENTENCING SET FOR | JOS |
| 12/03/2001 | JANUARY 7, 2002, AT 10:00 A.M.  DEFENDANT SHALL | JOS |
| 12/03/2001 | REMAIN IN JAIL UNDER NO BOND. | JOS |
| 12/05/2001 | CONVICTION REPORT TO BOARD OF REGISTRARS | JOS |
| 01/09/2002 | (1/7/02) ORDER CONTINUING SENTENING TO FEBRUARY 21 | JOS |
| 01/09/2002 | 2002, AT 2:00 P.M. | JOS |

```
ACR0370                  ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2001 000252.00
OPER: DEB                        CASE ACTION SUMMARY
PAGE:    4                         CIRCUIT   CRIMINAL               RUN DATE: 09/26/2005
=====================================================================================
IN THE CIRCUIT COURT OF RUSSELL                                      JUDGE: GRG
STATE OF ALABAMA                      VS    GRIGGS AVERY L
                                            221719
CASE: CC 2001 000252.00                     200 WALLACE DRIVE
                                            CLIO, AL  36017 2615

DOB: 05/17/1977         SEX: M  RACE: B  HT: 6 00  WT: 170  HR: BLK  EYES: BRO
SSN: 420271226  ALIAS NAMES:
=====================================================================================
| 02/21/2002 | ***SENTENCING ORDER***                                          | JOS |
| 02/21/2002 | ORDER SENTENCING DEFENDANT TO LIFE IN THE CUSTODY               | JOS |
| 02/21/2002 |    OF THE DEPT. OF CORRECTIONS, CREDIT FOR TIME                 | JOS |
| 02/21/2002 |    SERVED, TO RUN CONSECUTIVE TO CC-2001-253,                   | JOS |
| 02/21/2002 |    COSTS, $250.00 VCF, ATTORNEY'S FEES AND REST-                | JOS |
| 02/21/2002 |    ITUTION.  THE PAYMENT OF MONIES SHALL BE A                   | JOS |
| 02/21/2002 |    CONDITION OF PAROLE, EARLY RELEASE, SIR OR                   | JOS |
| 02/21/2002 |    WORK RELEASE.                                                | JOS |
| 02/22/2002 | TRANSCRIPT OF RECORD ISSUED: 02/22/2002          (AR08)         | JOS |
| 02/22/2002 | CASE ACTION SUMMARY PRINTED                      (AR08)         | JOS |
| 03/06/2002 | NOTICE OF APPEAL                                                | SHG |
| 03/06/2002 | DOCKETING STATEMENT                                             | SHG |
| 03/06/2002 | REPORTER'S TRANSCRIPT ORDER                                     | SHG |
| 03/07/2002 | APPEAL DATE CHANGED FROM: 00/00/0000             (AR11)         | SHG |
| 03/07/2002 | INDTRL TYPE CHANGED FROM:                        (AR11)         | SHG |
| 03/07/2002 | IRA TYPE CHANGED FROM:                           (AR11)         | SHG |
| 03/07/2002 | PROSECUTOR CHANGED FROM:                         (AR11)         | SHG |
| 03/07/2002 | ATTY 1 CHANGED FROM:                             (AR11)         | SHG |
| 03/07/2002 | ATTY 1 TYPE CHANGED FROM:                        (AR11)         | SHG |
| 03/07/2002 | APPEAL TYPE CHANGED FROM:                        (AR11)         | SHG |
| 03/07/2002 | ATYW TYPE CHANGED FROM:                          (AR11)         | SHG |
| 03/07/2002 | COURT REPORTER 1 CHANGED FROM:                   (AR11)         | SHG |
| 03/13/2002 | ATTORNEY'S FEE DECLARATION ($2,677.80)                          | JOS |
| 03/13/2002 | CASE ACTION SUMMARY PRINTED                      (AR08)         | JOS |
| 07/24/2002 | CERTIFICATE OF COMPLETION AND TRANSMITTAL OF                    | SHG |
| 07/24/2002 |    RECORD ON APPEAL BY THE TRIAL COURT CLERK                    | SHG |
| 07/26/2002 | CASE ACTION SUMMARY PRINTED                      (AR08)         | SHG |
| 02/21/2003 | CERTIFICATE OF JUDGMENT                                         | TIW |
| 02/21/2003 | AFFIRMED BY MEMORANDUM                                          | JOS |
| 03/14/2003 | BY: U - UPHELD ON: 02/21/2003                    (AR11)         | TIW |
| 03/14/2003 | CERTIFICATE OF JUDGMENT                                         | JOS |
| 12/18/2003 | CASE ACTION SUMMARY PRINTED                      (AR08)         | JOS |
```

```
ACR0370              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2001 000252.00
OPER: DEB                     CASE ACTION SUMMARY
PAGE:   5                      CIRCUIT  CRIMINAL              RUN DATE: 09/26/2005
==================================================================================
IN THE CIRCUIT COURT OF   RUSSELL                                    JUDGE: GRG
STATE  OF  ALABAMA                     VS    GRIGGS AVERY L
                                             221719
CASE: CC 2001 000252.00                      200 WALLACE DRIVE
                                             CLIO, AL   36017 2615

DOB: 05/17/1977        SEX: M  RACE: B  HT: 6 00  WT: 170  HR: BLK  EYES: BRO
SSN: 420271226  ALIAS NAMES:
==================================================================================
| 04/06/2005 | ORDER OF DENIAL ON PETITION FOR WRIT OF MANDAMUS          | JOS |
| 04/08/2005 |   FROM THE COURT OF CRIMINAL APPEALS                      | JOS |
| 04/19/2005 | COPY OF APPLICATION FOR REHEARING FILED WITH THE          | JOS |
| 04/19/2005 |   COURT OF CRIMINAL APPEALS                               | JOS |
| 04/19/2005 | ADDR1 CHANGED FROM: 21 OAK STREET            (AR01)       | JOS |
| 04/19/2005 | HOME CITY CHANGED FROM: FT MITCHELL          (AR01)       | JOS |
| 04/19/2005 | STATUS CHANGED TO: "P" - PRISON              (AR01)       | JOS |
| 04/21/2005 | APPLICATION FOR REHEARING OVERRULED                       | JOS |
| 09/26/2005 | CASE ACTION SUMMARY PRINTED                  (AR08)       | DEB |
```

```
ACR0370              ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: CC 2001 000253.00
OPER: DEB                      CASE ACTION SUMMARY
PAGE:    1                     CIRCUIT    CRIMINAL             RUN DATE: 09/26/2005
IN THE CIRCUIT COURT OF RUSSELL                                 JUDGE: GRG

STATE   OF   ALABAMA                    VS      GRIGGS AVERY L
                                                221719
CASE: CC 2001 000253.00                         200 WALLACE DRIVE
                                                CLIO, AL    36017 0000

DOB: 05/17/1977       SEX: M  RACE: B  HT: 6 00  WT: 170   HR: BLK EYES: BRO
SSN: 420271226   ALIAS NAMES:

CHARGE01: ATTEMPT - MURDER       CODE01: MURDA LIT: ATTEMPT - MURD TYP: F #: 001
OFFENSE DATE: 06/26/2000                 AGENCY/OFFICER: 0570100 00PL226

DATE WAR/CAP ISS: 04/09/2001        DATE ARRESTED: 10/20/2000
DATE      INDICTED: 03/16/2001      DATE     FILED: 03/22/2001
DATE      RELEASED:                 DATE   HEARING:
         BOND AMOUNT:   $150,000.00          SURETIES:

DATE 1: 02/21/2002    DESC: SENT            TIME: 0200 P
DATE 2: 11/26/2001    DESC: JTRL            TIME: 0900 A

TRACKING NOS: DC 2000 002563 00  / GJ 2001 200068 00  /

     DEF/ATY: POPE NEAL KIRKLAND        TYPE: A                        TYPE:
              1110 BROAD STREET
              POST OFFICE BOX 849
              PHENIX CITY    AL 36868                        00000

PROSECUTOR: DAVIS KENNETH E


OTH CSE: DC200000256300  CHK/TICKET NO: WA-00-3062           GRAND JURY: 68
COURT REPORTER:                        SID NO:    000000000
DEF STATUS: PRISON              DEMAND:                              OPER: JOS

   TRANS DATE   | ACTIONS, JUDGEMENTS, AND NOTES                       | OPE
   03/22/2001   | ATTORNEY FOR DEFENDANT: GUZMAN JOSE ENRIQUE (AR01)   | JOS
   03/22/2001   | SET FOR:   ARRAIGNMENT ON 04/24/2001 AT 0900A(AR01)   | JOS
   03/29/2001   | MOTION FOR DISCOVERY BY STATE                         | JOS
   04/02/2001   | NOTICE SENT: 04/02/2001 GUZMAN JOSE ENRIQUE           | JOS
   04/06/2001   | ORDER ON MOTION FOR DISCOVERY BY STATE                | JOS
   04/09/2001   | ALIAS WARRANT ISSUED: 04/09/2001           (AR05)     | JOS
   04/10/2001   | ORDER TO ISSUE ALIAS WRIT UPON DEFENDANT BEING        | JOS
   04/10/2001   |    RELEASED IN ERROR ON CC-2001-156 & 157. BOND       | JOS
   04/10/2001   |    SHALL REMAIN THE SAME, COST OF WRIT WAIVED.        | JOS
   04/18/2001   | DISTRICT ATTORNEY'S FEES ($184.50)                    | JOS
   04/24/2001   | UPON THE DEFENDANT'S FAILURE TO APPEAR IN COURT,      | JOS
   04/24/2001   |    PRELIMINARY FORFEITURE AND ALIAS WRIT ORDERED      | JOS
   04/26/2001   | MOTION FOR CONSOLIDATION OF OFFENSES                  | JOS
   05/02/2001   | DEMAND FOR PRODUCTION OF DEFENDANT'S STATEMENTS       | JOS
   05/02/2001   |    AND SCIENTIFIC REPORTS                             | JOS
   05/02/2001   | MOTION FOR DISCOVERY                                  | JOS
   05/02/2001   | DEMAND FOR LIST OF WITNESSES                          | JOS
```

```
ACRO370                 ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: CC 2001 000253.00
OPER: DEB                         CASE ACTION SUMMARY
PAGE:   2                          CIRCUIT  CRIMINAL              RUN DATE: 09/26/2005
====================================================================================
IN THE CIRCUIT COURT OF RUSSELL
                                                                          JUDGE: GRG
STATE   OF  ALABAMA                     VS       GRIGGS AVERY T.
                                                 221719
CASE:  CC 2001 000253.00                         200 WALLACE DRIVE
                                                 CLIO, AL  36017 0000

DOB: 05/17/1977         SEX: M   RACE: B   HT: 6 00   WT: 170   HR: BLK  EYES: BRO
SSN: 420271226   ALIAS NAMES:
====================================================================================
  TRANS DATE  |   ACTIONS, JUDGEMENTS, AND NOTES                              OPE
------------- |-----------------------------------------------------------------
  05/02/2001  | REQUEST OF DEFENDANT FOR PRODUCTION BY STATE                   JOS
  05/02/2001  | MOTION FOR EXCLUSION OF INVOLUNTARY ADMISSTIONS                JOS
  05/02/2001  |     AND CONFESSIONS                                            JOS
  05/09/2001  | ORDER ON MOTION FOR PRODUCTION                                 JOS
  05/16/2001  | ORDER ON DEMAND FOR DOCUMENTS                                  JOS
  05/16/2001  | ORDER FOR THE STATE TO PRESENT TO ATTORNEY FOR                 JOS
  05/16/2001  |     DEFENDANT A LIST OF WITNESSES EXPECTED TO BE               JOS
  05/16/2001  |     CALLED AT TRIAL                                            JOS
  06/16/2001  | MOTION TO WITHDRAW                                             JOS
  07/10/2001  | ORDER SETTING MOTION FOR EXCLUSION OF INVOLUNTARY              JOS
  07/10/2001  |     ADMISSIONS AND CONFESSIONS FOR AUGUST 2, 2001,             JOS
  07/10/2001  |     4:00 P.M.                                                  JOS
  07/10/2001  | ORDER SETTING HEARING ON MOTION FOR CONSOLIDATION              JOS
  07/10/2001  |     FOR AUGUST 2, 2001, AT 4:00 P.M.                           JOS
  09/26/2001  | ALIAS WRIT EXECUTED BY PLACING DEFENDANT IN JAIL               JOS
  10/01/2001  | SET FOR: FTA-ARRG 4/24 ON 10/02/2001 AT 1000A                  JOS
  10/02/2001  | ***ARRAIGNMENT ORDER***                                        JOS
  10/02/2001  | ORDER APPOINTING THE HON. KIRK POPE, DEFENDANT                 JOS
  10/02/2001  |     WAIVES READING OF INDICTMENT AND ENTERS A PLEA             JOS
  10/02/2001  |     OF NOT GUILTY, BOND SET AT $150,000.00.  CASE              JOS
  10/02/2001  |     SET ON THE NOVEMBER 26, 2001, TRIAL DOCKET.                JOS
  10/02/2001  | AFFIDAVIT OF SUBSTANTIAL HARDSHIP                              JOS
  10/03/2001  | SET FOR: JURY TRIAL ON 11/26/2001 AT 0900A  (AR10)             JOS
  10/05/2001  | ENTRY OF APPEARANCE                                            JOS
  10/05/2001  | MOTION FOR APPROVAL OF EXPENSES                                JOS
  10/05/2001  | MOTION FOR DISCOVERY                                           JOS
  10/11/2001  | ORDER ON MOTION FOR DISCOVERY                                  JOS
  10/11/2001  | MOTION FOR APPROVAL OF EXPENSES GRANTED                        JOS
  10/23/2001  | WITNESS SUBPOENA ISSUED                                        JOS
  10/31/2001  | WRITTEN PLEA OF NOT GUILTY AND WAIVER OF                       JOS
  10/31/2001  |     ARRAIGNMENT                                                JOS
```

```
ACRO370                  ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: CC 2001 000253.00
OPER: DEB                        CASE ACTION SUMMARY
PAGE:   3                          CIRCUIT CRIMINAL                  RUN DATE: 09/26/2005
===================================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                     JUDGE: GRG

STATE OF ALABAMA                           VS    GRIGGS AVERY L
                                                 221719
    CASE: CC 2001 000253.00                      200 WALLACE DRIVE
                                                 CLIO, AL  36017 0000

DOB: 05/17/1977       SEX: M  RACE: B  HT: 6 00  WT: 170  HR: BLK  EYES: BRO
SSN: 420271226   ALIAS NAMES:
===================================================================================
| 11/16/2001 | (11/13/01) ORDER GRANTING MOTION TO CONSOLIDATE.        | JOS |
| 11/16/2001 |      HEARING ON MOTION TO SUPPRESS SET FOR NOVEMBER     | JOS |
| 11/16/2001 |      19, 2001, AT 2:00 P.M.                             | JOS |
| 11/19/2001 | PARTY ADDED  W009  MIKE AFFLECK            (AW21)       | JOS |
| 11/19/2001 | PARTY ADDED  W010  JESSIE MCKINNON         (AW21)       | JOS |
| 11/19/2001 | WITNESS SUBPOENA ISSUED                                 | JOS |
| 11/19/2001 | WITNESS SUBPOENA ISSUED                                 | JOS |
| 11/21/2001 | (11/19/01) MOTION TO SUPPRESS GRANTED                   | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #1                                    | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #3                                    | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #5                                    | JOS |
| 12/03/2001 | JURY INSTRUCTIONS #6                                    | JOS |
| 12/03/2001 | ***GUILTY VERDICT***                                    | JOS |
| 12/03/2001 | "WE THE JURY, FIND THE DEFENDANT, AVERY GRIGGS,         | JOS |
| 12/03/2001 |     GUILTY OF THE OFFENSE OF ATTEMPTED MURDER, AS       | JOS |
| 12/03/2001 |     CHARGED IN THE INDICTMENT                           | JOS |
| 12/03/2001 | ***VERDICT***                                           | JOS |
| 12/03/2001 | JURY VERDICT OF GUILTY OF THE OFFENSE OF ATTEMPTED      | JOS |
| 12/03/2001 |     MURDER, AS CHARGED IN THE INDICTMENT.  THE          | JOS |
| 12/03/2001 |     DEFENDANT IS REMANDED TO THE CUSTODY OF THE         | JOS |
| 12/03/2001 |     SHERIFF OF RUSSELL COUNTY.  SENTENCING SET FOR      | JOS |
| 12/03/2001 |     JANUARY 7, 2002, AT 10:00 A.M.  DEFENDANT SHALL     | JOS |
| 12/03/2001 |     REMAIN IN JAIL UNDER NO BOND.                       | JOS |
| 12/05/2001 | CONVICTION REPORT TO BOARD OF REGISTRARS                | JOS |
| 01/09/2002 | (1/7/02) ORDER CONTINUING SENTENING TO FEBRUARY 21      | JOS |
| 01/09/2002 | 2002, AT 2:00 P.M.                                      | JOS |
| 02/21/2002 | ***SENTENCING ORDER***                                  | JOS |
| 02/21/2002 | ORDER SENTENCING DEFENDANT TO LIFE IN THE CUSTODY       | JOS |
| 02/21/2002 |     OF THE DEPT. OF CORRECTIONS, CREDIT FOR TIME        | JOS |
| 02/21/2002 |     SERVED, TO RUN CONSECUTIVE TO CC-2001-252,          | JOS |
| 02/21/2002 |     COSTS, $250.00 VCF, ATTORNEY'S FEES AND REST-       | JOS |
| 02/21/2002 |     ITUTION.  THE PAYMENT OF MONIES SHALL BE A          | JOS |
```

SEP 26 2005 12:01

```
ACR0370              ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: CC 2001 000253.00
OPER: DEB                      CASE ACTION SUMMARY
PAGE:   4                       CIRCUIT  CRIMINAL              RUN DATE: 09/26/2005
```

IN THE CIRCUIT COURT OF RUSSELL                                      JUDGE: GRG
STATE OF ALABAMA                     VS    GRIGGS AVERY L
                                            221719
CASE: CC 2001 000253.00                    200 WALLACE DRIVE
                                           CLIO, AL  36017 0000

DOB: 05/17/1977     SEX: M  RACE: B  HT: 6 00  WT: 170   HR: BLK  EYES: BRO
SSN: 420271226  ALIAS NAMES:

| Date | Action | Code | Oper |
|---|---|---|---|
| 02/21/2002 | CONDITION OF PAROLE, EARLY RELEASE, SIR OR | | JOS |
| 02/21/2002 | WORK RELEASE. | | JOS |
| 02/22/2002 | TRANSCRIPT OF RECORD ISSUED: 02/22/2002 | (AR08) | JOS |
| 02/22/2002 | CASE ACTION SUMMARY PRINTED | (AR08) | JOS |
| 03/06/2002 | NOTICE OF APPEAL | | SHG |
| 03/06/2002 | DOCKETING STATEMENT | | SHG |
| 03/06/2002 | REPORTER'S TRANSCRIPT ORDER | | SHG |
| 03/07/2002 | APPEAL DATE CHANGED FROM: 00/00/0000 | (AR11) | SHG |
| 03/07/2002 | ATYW TYPE CHANGED FROM: | (AR11) | SHG |
| 03/07/2002 | ATTY 1 CHANGED FROM: | (AR11) | SHG |
| 03/07/2002 | APPEAL TYPE CHANGED FROM: | (AR11) | SHG |
| 03/07/2002 | PROSECUTOR CHANGED FROM: | (AR11) | SHG |
| 03/07/2002 | IRA TYPE CHANGED FROM: | (AR11) | SHG |
| 03/07/2002 | ATTY 1 TYPE CHANGED FROM: | (AR11) | SHG |
| 03/07/2002 | INDTRL TYPE CHANGED FROM: | (AR11) | SHG |
| 03/07/2002 | COURT REPORTER 1 CHANGED FROM: | (AR11) | SHG |
| 03/13/2002 | ATTORNEY'S FEE DECLARATION ($2,677.80) | | JOS |
| 03/13/2002 | CASE ACTION SUMMARY PRINTED | (AR08) | JOS |
| 07/24/2002 | CERTIFICATE OF COMPLETION AND TRANSMITTAL OF | | SHG |
| 07/24/2002 | RECORD ON APPEAL BY THE TRIAL COURT CLERK | | SHG |
| 07/26/2002 | CASE ACTION SUMMARY PRINTED | (AR08) | SHG |
| 02/21/2003 | CERTIFICATE OF JUDGMENT | | TIW |
| 02/21/2003 | AFFIRMED BY MEMORANDUM | | JOS |
| 03/14/2003 | BY: U - UPHELD ON: 02/21/2003 | (AR11) | TIW |
| 03/14/2003 | CERTIFICATE OF JUDGMENT | | JOS |
| 12/19/2003 | CASE ACTION SUMMARY PRINTED | (AR08) | JOS |
| 02/28/2005 | ****HOLDING RULE 32 PETITION UNTIL I.F.P. | | JOS |
| 02/28/2005 | RECEIVED AND RULED ON************ | | JOS |
| 02/28/2005 | ADDR1 CHANGED FROM: 21 OAK STREET | (AR01) | JOS |
| 02/28/2005 | HOME CITY CHANGED FROM: FT MITCHELL | (AR01) | JOS |
| 02/28/2005 | STATUS CHANGED TO: "P" - PRISON | (AR01) | JOS |
| 02/28/2005 | TRANSMITTAL NOTICE     SENT TO DEFENDANT | (AR09) | JOS |

```
ACR0370                ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: CC 2001 000253.00
OPER: DEB                       CASE ACTION SUMMARY
PAGE:  5                        CIRCUIT   CRIMINAL               RUN DATE: 09/26/2005
==================================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                  JUDGE: GRG

STATE  OF  ALABAMA                      VS      GRIGGS AVERY L
                                                221719
CASE: CC 2001 000253.00                         200 WALLACE DRIVE
                                                CLIO, AL  36017 0000

DOB: 05/17/1977         SEX: M  RACE: B  HT: 6 00   WT: 170   HR: BLK EYES: BRO
SSN: 420271226  ALIAS NAMES:
==================================================================================
| 03/04/2005 | MOTION TO SUSPEND RULES AND PROCEED WITH RULE 32            | JOS |
| 03/04/2005 |    PETITION                                                 | JOS |
| 03/04/2005 | TRANSMITTAL NOTICE        SENT TO DEFENDANT     (AR09)      | JOS |
| 03/14/2005 | IN FORMA PAUPERIS DECLARATION                               | JOS |
| 03/16/2005 | ORDER OF DENIAL ON REQUEST FOR IN FORMA PAUPERIS            | JOS |
| 03/16/2005 |    STATUS                                                   | JOS |
| 03/16/2005 | ***RULE 32 PETITION RETURNED TO DEFENDANT******             | JOS |
| 03/16/2005 | TRANSMITTAL NOTICE        SENT TO DEFENDANT     (AR09)      | JOS |
| 04/08/2005 | ORDER OF DENIAL ON PETITION FOR WRIT OF MANDAMUS            | JOS |
| 04/08/2005 |    FROM THE COURT OF CRIMINAL APPEALS                       | JOS |
| 04/19/2005 | COPY OF APPLICATION FOR REHEARING FILED WITH THE            | JOS |
| 04/19/2005 |    COURT OF CRIMINAL APPEALS                                | JOS |
| 04/21/2005 | APPLICATION FOR REHEARING OVERRULED                         | JOS |
| 09/26/2005 | CASE ACTION SUMMARY PRINTED                     (AR08)      | DEB |
```