79178

# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-04-1228

Ex parte Avery Griggs   (In re: State of Alabama vs. Avery Griggs)   (Russell Circuit Court: CC01-252, 253)

## ORDER

Upon consideration of the above referenced Petition for Writ of Mandamus, the Court of Criminal Appeals orders that said petition be and the same is hereby denied.

Done this the 6th day of April, 2005.

_____
H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. George R. Greene, Circuit Judge
Hon. Kathy S. Coulter, Circuit Clerk
Avery Griggs, Pro Se
Hon. Troy King, Attorney General
Hon. Kenneth Davis, District Attorney

EXHIBIT
G