IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AVERY GRIGGS, #221719, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 3:05-CV-782-A |
| GWENDOLYN C. MOSLEY, et al., | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Upon review of answer filed by the respondents on September 28, 2005 (Court Doc. No. 9), and for good cause, it is

ORDERED that on or before October 14, 2005 the respondents shall file a supplement to their answer which contains a copy of the Rule 32 petition filed by the petitioner in the Circuit Court of Russell County, Alabama.

Done this 30th day of September, 2005.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE