IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AVERY GRIGGS, )<br>AIS # 221719, )<br>    )<br>    Petitioner, )<br>    )<br>vs.   )<br>    )<br>GWENDOLYN MOSLEY, et al., )<br>    )<br>    Respondents. ) | CIVIL ACTION NO.<br>3:05-CV-782-A |

**MOTION FOR EXTENSION OF TIME
TO FILE RULE 32 PETITION**

Come now the Respondents, by and through the State of Alabama and, request an extension of time of fourteen (14) days to file a copy of the Rule 32 petition, pursuant to this Court's order of September 30, 2005. As ground for this request, Respondents state as follows:

1. Counsel for Respondents has requested the Rule 32 from the Russell County Circuit Court. As of this date, it has not been received.

2. The additional time will not prejudice the rights of the Petitioner.

WHEREFORE, THE PREMISES CONSIDERED, the Respondents pray for an additional fourteen (14) days to respond to the Order of this Honorable Court.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:


s/Jean A. Therkelsen
Jean A. Therkelsen
Assistant Attorney General

2

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>17th</u> day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the foregoing (including all exhibits) to the following non-CM/ECF participants:  <u>Avery Griggs, AIS # 221719, Easterling Correctional Facility, 200 Wallace Drive, Clio, Alabama, 36017-2615</u>.

                              s/Jean A. Therkelsen
                              Jean A. Therkelsen
                              Office of the Attorney General
                              Alabama State House
                              11 South Union
                              Montgomery, AL  36130-0152
                              Telephone: (334) 242-7300
                              Fax: (334) 242-2848
                              E-Mail:  <u>JTherkelsen@ago.state.al.us</u>

219448/84623-001

222058/84646-001