IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

AVERY GRIGGS, #221719,         )
         )
    Petitioner,         )
         )
    v.         )   CIVIL ACTION NO. 3:05-CV-782-A   )
GWENDOLYN C. MOSLEY, et al.,         )
         )
    Respondents.         )

## ORDER ON MOTION

Upon consideration of the motion for extension of time filed by the respondents on October 17, 2005 (Court Doc. No. 11), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the respondents be GRANTED an extension from October 14, 2005 to and including October 31, 2005 to file a response in compliance with the order entered on September 30, 2005 (Court Doc. No. 10).

Done this 18th day of October, 2005.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE