```
                                                              CASE: CC 2001 000253.00
                       ALABAMA JUDICIAL INFORMATION SYSTEM
ACR0370                        CASE ACTION SUMMARY            RUN DATE: 10/17/2005
OPER: JOS                       CIRCUIT   CRIMINAL
PAGE:   5                                                              JUDGE: GRG

IN THE CIRCUIT COURT OF RUSSELL              VS     GRIGGS AVERY L
                                                    221719
STATE OF ALABAMA                                    200 WALLACE DRIVE
                                                    CLIO, AL   36017 0000
CASE: CC 2001 000253.00
                            SEX: M  RACE: B  HT: 6 00  WT: 170  HR: BLK EYES: BRO
DOB: 05/17/1977  ALIAS NAMES:
SSN: 420271226

03/04/2005 | MOTION TO SUSPEND RULES AND PROCEED WITH RULE 32          | JOS
03/04/2005 | PETITION                                                  | JOS
03/04/2005 | TRANSMITTAL NOTICE         SENT TO DEFENDANT    (AR09)    | JOS
03/14/2005 | IN FORMA PAUPERIS DECLARATION                             | JOS
03/16/2005 | ORDER OF DENIAL ON REQUEST FOR IN FORMA PAUPERIS          | JOS
03/16/2005 | STATUS                                                    | JOS
03/16/2005 | ***RULE 32 PETITION RETURNED TO DEFENDANT******           | JOS
03/16/2005 | TRANSMITTAL NOTICE         SENT TO DEFENDANT    (AR09)    | JOS
04/08/2005 | ORDER OF DENIAL ON PETITION FOR WRIT OF MANDAMUS          | JOS
04/08/2005 | FROM THE COURT OF CRIMINAL APPEALS                        | JOS
04/19/2005 | COPY OF APPLICATION FOR REHEARING FILED WITH THE          | JOS
04/19/2005 | COURT OF CRIMINAL APPEALS                                 | JOS
04/21/2005 | APPLICATION FOR REHEARING OVERRULED                       | DEB
09/26/2005 | CASE ACTION SUMMARY PRINTED                     (AR08)    | JOS
10/17/2005 | CASE ACTION SUMMARY PRINTED                     (AR08)    | JOS
```



EXHIBIT H

OCT 17 2005 15:44                                    3342976250        PAGE.01