IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

AVERY GRIGGS )
)
    PETITIONER, )
)
VS. ) CASE NO. CC 01-253
)
STATE OF ALABAMA )
)
    RESPONDENT. )

ORDER

The Petitioner/Defendant Avery Griggs having filed a Request for In Forma Pauperis status and the Court having reviewed and considered same determines that the Petitioner/Defendant shows sufficient income to pay filing fee, it is therefore ORDERED that the Request is denied.

    Done this 15th day of March 2005.

                                    _____
                                    JUDGE, CIRCUIT COURT

FILED IN OFFICE MAR 16 AM 8:37 CIRCUIT/DIST. COURT RUSSELL CO. AL

EXHIBIT I