RECEIVED

2005 NOV 30 A 9:??

RA P. HACK?
S. DISTRICT
DDLE DISTR

IN THE DISTRICT COURT OF THE UNTIED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AVERY GRIGGS, #221719, | ) |
|     PETITIONER, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. 3;05-CV-782-A |
| | ) |
| GWENDOLYN C. MOSLEY, et al., | ) |
|     RESPONDENTS. | ) |

### MOTION FOR EXTENSION OF TIME

Comes now the Petitioner, Avery Griggs, by and through himself in the above entitled cause and moves this Court to allow additional time to comply with the order of October 31, 2005, requiring the Petitioner to respond to the order on or by November 21, 2005. The Petitioner cannot comply to the Court's order as directed on or by the required date, and needs additional time to respond. Petitioner states in support the following:

(1) The Petitioner is incarcerated at the Easterling Prison, in Clio, Alabama. He has to share a 14 capacity Law Library with the inmate population, which does not render him open access to

the Law Library, but has a limited appointment scheduled, by written appointment or scheduled dorm calls. Due to this arrangement, and the obligations entered to him as an inmate, the Petitioner cannot perfect his pleadings by November 21, 2005.

(2) The Petitioner request an additional 14 days to perfect the pleadings this court has ordered on October 31, 2005.

Wherefore, the premises considered the Petitioner prays this Court grant this motion in all respects.

Dated: 18 November 2005

Respectfully submitted,

*Avery Griggs*
Avery Griggs
221719
200 Wallace Drive
Easterling Prison
Clio, Alabama 36017-2615

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Officer of the Alabama Attorney General, by placing a copy of the same in the United States Mail on this 18th day of November, 2005.

*Avery Griggs*
Avery Griggs