In The District Court of The
United States
For The Middle District of Alabama
Eastern Division

RECEIVED

2005 DEC -7  A 9:00

DEBRA P. _____
U.S. DIS ____
MIDDLE ____

Avery Griggs, # 221719,    )
    Petitioner,    )
                )    Civil Action No.
v.    )    3:05-CV-782-A
Gwendolyn C. Mosley, et al.,    )
    Respondents.    )

Response To Order On Motion
And
Further Request For Extension

Comes Now The Petitioner, Avery Griggs, by and Through him-self in Response to The Court's Order of November 30, 2005, and states the Following in support:

(1) This Court Has Ordered that the Petitioner file his response on or before December 5, 2005, extending his time From November 30, 2005. The Petitioner can not comply For his inability to complete his pleading, to use The Institutional Law Library.

(2) The Easterling Prisons' Law Library is closed each week on Sunday and Monday, as well as all State and Federal Holidays. The Law Library was closed November 24, 2005 and November 25, 2005 For Thanksgiving. Also, on December 3, 2005 (Saturday) The Law Library was closed to population For End-of-month inventory, which does not re-open until Tuesday, December 6, 2005 (Sunday + Monday) regularly closed each week.

(3) Although, Petitioner is currently working on his pleading, he did not receive the order From This court until Friday Evening December 2, 2005 with no chance to enter The Law Library until December 6, 2005, one day After This court's

deadline to file his response.

Wherefore, the premises considered the Petitioner respectfully request an additional time frame of 10 days to compile and perfect his response to this court.

Respectfully submitted

Avery Griggs

Avery Griggs  221719
200 Wallace Drive
Easterling Prison
Clio, Alabama  36017-2615

Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the office of the Attorney General for the State of Alabama at 11 South Union Street, Montgomery, Alabama 36130, by placing a copy of the same in the Prison Mail Room for U.S. Mail on this 5th day of December, 2005.

Avery Griggs
Avery Griggs