IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AVERY GRIGGS, #221719, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05-CV-782-A   ) |
| GWENDOLYN C. MOSLEY, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on December 7, 2005 (Court Doc. No. 17), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from December 5, 2005 to and including December 15, 2005 to file a response in compliance with the order entered on October 31, 2005 (Court Doc. No. 14).

Done this 9th day of December, 2005.

      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE