RECEIVED

2006 FEB 15 A 9:45

RECEIVED

2006 FEB -8 A 9:34

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AVERY GRIGGS, #221719, | ) |
| PETITIONER, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. 3:05-CV-782-A |
| | ) |
| GWENDOLYN C. MOSLEY, et al., | ) |
| RESPONDENTS. | ) |

## MOTION TO ACCEPT LATE RESPONSE FROM COURT ORDER OF DECEMBER 9, 2005

COMES NOW the Petitioner, Avery Griggs by and and through himself in the above entitled cause and moves this Court for good cause shown to allow him to enter the response herein to the Court's Order of December 9, 2005, ordering the Petitioner to file his response by December 15, 2005. The Petitioner states in support the following:

(1) The Petitioner was being aided by the Inmate Law Clerk at the Easterling Correctional Facility, who was placed in segregation for having inmate's legal work in the law library on December 8, 2005, and all legal work was confiscated by prison officials. This action is demonstrated in the Civil Action filed in the United States District Court, for the Middle District of

Alabama, Northern Division, Civil Action No. CV-1238-MEF [WO], Johnson v. Jeaton.

(2) The Petitioner has been denied the Rights to Access to the Courts, where the trial court alleged that the Petitioner had sufficient funds to pay a filing fee, yet, actually records submitted to the Court indicated petitioner had on his account fifteen (15) cents, and at no time had his monthly average exceeded $18.25, quite less required to pay a filing fee. (See Petitioner's Exhibit A - Informa Pauperis Declaration). The exact informa pauperis is attached which was certified by the Easterling Correctional facilities' Business Office on March 9, 2005.

The Constitution guarantees prisoners the right of meaningful access to the courts. See **Bounds v. Smith**, 430 U.S. 817, 824, 828 (1977). Prisoners have fundamental constitutional right to adequate, effective, and meaningful access to courts to challenge violations of constitutional rights. The judiciary recognizes that prisoners face practical difficulties in exercising their right of legal access, and courts relax procedural hurdles in some circumstances to permit prisoners to file and prosecute claims. See **Houston v. Lack**, 487 U.S. 266, 274 (1988).

Legislature limits the ability of prisoners to file lawsuits in forma pauperis, or without paying filing fees. Prisoners may be responsibile for paying partial fees, depending on their financial resources, and prisoners who file three in forma pauperis complaints that are determined to be frivolous, malicious, or which fail to state a claim are barred from filing suits in forma pauperis. See 28 U.S.C. §§ 1915(g) (2000 & Supp. IV 2004).

The three strikes provisions of the Prison Litigation Reform Act (PLRA) may be suspended, even after the prisoner has filed three frivolous lawsuits, if a prisoner seeking in forma pauperis status is in imminent danger of serious physical injury. **Gibbs v. Cross**, 160 F.3d 962, 965 (3d Cir. 1998).

The Petitioner did not fail in the above categories, and did not have the funds necessary to pay the cost of paying his post-conviction remedy, pursuant to Rule 32 of the **Alabama Rules of Criminal Procedure**.

The Trial Court itself has violated the Petitioner, in allowing him to seek redress in his criminal conviction.

Wherefore, the premises considered the Petitioner prays this Court accept this late response, and set this matter for further proceedings.

Dated: 24 January 2006                Respectfully submitted,


                                      Avery Griggs
                                      221719
                                      200 Wallace Drive
                                      Easterling Prison
                                      Clio, Alabama 36017-2615

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Office of the Attorney General, at 11 South Union Street, Montgomery, Alabama 36130, by placing a copy of the same in the United States Mail postage prepaid on this 24th day of January, 2006.

                                      _____
                                      Avery Griggs
                                      Petitioner