PETITIONER'S EXHIBIT A

Case Number

CC    01    0253
ID    YR    NUMBER

(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

Circuit Court of Russell County, Alabama
_____
[Insert appropriate court]

Avery Griggs #221719
_____
(Petitioner)

vs.

State of Alabama
_____
(Respondent(s)

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED
## IN FORMA PAUPERIS

I, _____Avery Griggs_____ , declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.  Are you presently employed?    Yes _____        No __X__

    a.  If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    _____

    b.  If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

    _____Confined_____

    _____

2.  Have you received within the past twelve months any money from any of the following sources?

    a.  Business, profession, or other form of self-employment?

        Yes _____            No __✓__

    b.  Rent payments, interest, or dividends?

        Yes _____            No __✓__

    c.  Pensions, annuities, or life insurance payments?

        Yes _____            No __✓__

    d.  Gifts or inheritances?

        Yes _____            No __✓__

    e.  Any other sources?

        Yes _____            No __✓__

2

· If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

_____

3. Do you own cash, or do you have money in a checking or savings account?

Yes ___✓___                    No _____

(Include any funds in prison accounts.)

If the answer is "yes", state the total value of the items owned.

_____ See Attached Sheets _____

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes _____                    No ___✓___

If the answer is "yes", describe the property and state its approximate value.

_____

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____ N/A _____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____ Feb. 10, 2005 _____
                        (Date)

_____ Avery Griggs _____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __0.15__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _____ Easterling _____ institution:

_____ See Attached _____

_____ 3-9-05. _____                    _____ Brenda Horluck ASAF _____
DATE                                    AUTHORIZED OFFICER OF INSTITUTION

Rule 32                          3

```
                          STATE OF ALABAMA
                      DEPARTMENT OF CORRECTIONS
                      EASTERLING CORR FACILITY


AIS #: 221719      NAME: GRIGGS, AVERY L              AS OF: 03/09/2005

                    # OF        AVG DAILY        MONTHLY
           MONTH    DAYS        BALANCE          DEPOSITS
-----------------------------------------------------------------------

            MAR      22          $0.02            $0.00
            APR      30          $0.02            $0.00
            MAY      31          $4.98           $70.00
            JUN      30          $3.79           $20.00
            JUL      31         $10.25           $75.00
            AUG      31          $2.60           $20.00
            SEP      30          $0.40            $0.00
            OCT      31          $2.21           $45.00
            NOV      30         $18.25          $195.00
            DEC      31          $2.53           $20.00
            JAN      31          $0.00            $0.00
            FEB      28          $7.25           $45.00
            MAR       9          $0.15            $0.00
```