IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AVERY GRIGGS, #221719, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 3:05-CV-782-WHA |
| | ) |
| GWENDOLYN C. MOSLEY, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to accept late response filed by the petitioner on February 15, 2006 (Court Doc. No. 19), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 22nd day of February, 2006.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE