IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

AVERY GRIGGS, # 221719,                    )
                                           )
        Petitioner,                        )
                                           )
v.                                         )     CIVIL ACTION NO.  3:05cv782-WHA
                                           )
GWENDOLYN C. MOSLEY, *et al.*,             )
                                           )
        Respondents.                       )

## ORDER

On April 17, 2006, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 21)  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1.      That the Recommendation be and is hereby ADOPTED;

2.      That the petition for habeas corpus relief be and is hereby DENIED;

3.      That this case be and is hereby DISMISSED with prejudice; and

4.      That costs be and are hereby TAXED against the petitioner.

Done this the 8th day of May 2006.


                                    /s/ W. Harold Albritton
                                    W. HAROLD ALBRITTON
                                    SENIOR UNITED STATES DISTRICT JUDGE