IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AVERY GRIGGS, # 221719, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05cv782-WHA |
| | ) |
| GWENDOLYN C. MOSLEY, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the respondents and against the petitioner, that this action be and is hereby dismissed with prejudice, and that costs be and are hereby taxed against the petitioner.

Done this the 8th day of May 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIORUNITED STATES DISTRICT JUDGE